Exhibits to Complaint in 1:25 cv-2071