# Exhibit A2: Dissolution

# Contents

Exhibit A2: Dissolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
1. Filing Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
2. Dissolution Filing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
3. Dissolution Check . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
4. Board Resolution For Dissolution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
5. Dissolution Email . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
6. Funds Acknowledgment Form . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
7. Board Resolution Approving Funds Distribution . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

# 1. Filing Information

**STATE OF WYOMING * SECRETARY OF STATE**
**BUSINESS DIVISION**
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
Phone: 307-777-7311 · Website: https://sos.wyo.gov · Email: business@wyo.gov

**Filing Information**

⚠️ **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | | | |
|---|---|---|---|
| Name | **Radian Industries Inc.** | | |
| Filing ID | **2024-001512967** | | |
| Type | Profit Corporation | Status | Inactive - Dissolved |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Archived |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 08/27/2024 3:29 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 05/12/2025 |

### Share Information

| | | | | | |
|---|---|---|---|---|---|
| Common Shares | 10,000,000 | Preferred Shares | 0 | Additional Stock | N |
| Par Value | 0.0001 | Par Value | 0.0000 | | |

**Principal Address** | **Mailing Address**
---|---
30 N Gould St Ste R | 300 LENORA ST
Sheridan, WY 82801 | SEATTLE, WA 98121

### Registered Agent Address

Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

### Parties

| Type | Name / Organization / Address |
|---|---|
| Incorporator | Michael Chapiro  300 Lenora St, Seattle, WA, 98121 |

### Notes

| Date | Recorded By | Note |
|---|---|---|

### Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|

### Amendment History

Page 1 of 2

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| Name | **Radian Industries Inc.** | | |
|---|---|---|---|
| **Filing ID** | **2024-001512967** | | |
| Type | Profit Corporation | Status | Inactive - Dissolved |

| ID | Description | | Date |
|---|---|---|---|
| 2025-005797467 | Articles of Dissolution | | 05/12/2025 |
| | Filing Status Changed  From: Active  To: Inactive - Dissolved | | |
| | Filing Sub Status Changed  From: Current  To: Archived | | |
| | Inactive Date Changed  From: No value  To: 05/12/2025 | | |
| See Filing ID | Initial Filing | | 08/27/2024 |

Page 2 of 2

## 2. Dissolution Filing



**Wyoming Secretary of State**
Herschler Building East, Suite 101
122 W 25th Street
Cheyenne, WY 82002-0020
Ph. 307.777.7311
Email: Business@wyo.gov

WY Secretary of State
FILED: 05/12/2025 03:00 PM
Original ID: 2024-001512967
Amendment ID: 2025-005797467

### Profit Corporation
### Articles of Dissolution by Shareholders

1. Corporation name:

    Radian Industries Inc.

2. Date dissolution was authorized: 04/29/2025
    *(Date – mm/dd/yyyy)*

3. **Approval of the dissolution.** *(Check the box to indicate that the dissolution was approved by the shareholders.)*

    ☑ The proposal to dissolve was duly approved by the shareholders in the manner required by this act and by the articles of incorporation.

**Signature:** Nathan Rappart
*(May be executed by Chairman of the Board, President or another of its officers.)*

**Date:** 04/29/2025
*(mm/dd/yyyy)*

Print Name: Nathan Rappart
Title: Chairman of the Board

Contact Person: Nathan Rappart
Daytime Phone Number: 216-808-0725
Email: n.rappart@gmail.com

*(An email address is required. Email(s) provided will receive important reminders, notices and filing evidence.)*

Received MAY - 5 2025 Secretary of State Wyoming

**Checklist**
☑ **Filing Fee: $60.00** Make check or money order payable to Wyoming Secretary of State.
☑ **Processing time is up to 15 business days** following the date of receipt in our office.
☑ The business entity is **active and in good standing with this office.**
☑ Please mail with payment to the address at the top of this form. **This form cannot be accepted via mail.**
☑ Please review the form prior to submission. **The Secretary of State's Office is unable to process incomplete forms.**

P-ArticlesDissolutionShareholders - Revised June 2021

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

### CERTIFICATE OF DISSOLUTION

**Radian Industries Inc.**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **12th** day of **May**, **2025**



Filed Date: 05/12/2025

*Chuck Gray*
Secretary of State

By: _____Dani Cronk_____

## 3. Dissolution Check



## 4. Board Resolution For Dissolution

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

**BOARD RESOLUTION OF RADIAN INDUSTRIES, INC.**
**APPROVING DISSOLUTION**
>
WHEREAS, the Board of Directors of Radian Industries, Inc. (the
"Company") has determined that it is in the best interests of the
Company and its shareholders to dissolve and wind up the affairs of
the Company;
>
NOW, THEREFORE, BE IT RESOLVED, that the Company shall be dissolved
effective immediately;
>
FURTHER RESOLVED, that Nathan Rapport, as Chairman, is authorized
and directed to execute and file Articles of Dissolution with the
Wyoming Secretary of State and to take all actions necessary to
carry out the dissolution of the Company;
>
FURTHER RESOLVED, that all acts taken by the officers and directors
of the Company in connection with the foregoing matters are hereby
ratified, confirmed, and approved.


Date: 04/29/25


Signed:
Nathan Rapport, Chairman
-----BEGIN PGP SIGNATURE-----

iQGzBAEBCgAdFiEEd4Rwr5+myJApz5lkpi/rAK/JYqMFAmgRQ8oACgkQpi/rAK/J
YqPv4wv+N0NASU5DcaYAqmR+tsJgWbKPCf7S5eTMbwjtYitrDAhRJ3fe8yFmgzd9
03N6wNZnccrAd5qkK6FJS4Nv/NED5OBd1SyemsSE0M9rqwbilnAao4QvKpQrCDqM
SpcmuKEGz0Bom0sIGvf5fgMe8jq2PTB8g9HuBEgqln625HGq60sU/ECteUJAnfMT
QCAjfmLSxj0/PxKFx1o9EovOj+FGFjLQc1lkaURxidqMezUpbQe3SpLuyQBsqrXh
K2pSMtZhuUrHH3xDZi5w/F/q3YxN7t+WsQFDiWmQRCSWA1crXX9rYZPZh1CQ7M/h
u+5wEjkdQH1gLOLx+5+c9sTUyCq66UTdN4ELMs+jNKME/Tz6UfsrI5q5bISyqGtE
nk8Rj50V9ttjHmTz7e4KvnDb7grTV0nSMX4EIkzkX1oKiRFGLFtOQNiJyXaa5+xa
MYQVmmKYhcWCmQQzMInoZm1xbDBi3rYl2bLIPxJAnOXt5ifgVkvfW8yqJA2BiR+c
2e9HIfAX
=EtRn
-----END PGP SIGNATURE-----)
```

# 5. Dissolution Email



Nathan Rapport <n.rapport@gmail.com>

## Dissolution of Radian Industries and Funds Availability

**Nathan Rapport** <n.rapport@gmail.com>  Tue, Apr 29, 2025 at 7:22 PM
To: Michael Chapiro <mrchapiro@gmail.com>, Michael Chapiro <michael@machcap.com>, michael@radianindustries.com

Hi Michael,

I'm writing to formally notify you that the Board of Directors of Radian Industries, Inc. has approved the dissolution of the company, effective immediately. The necessary dissolution filings have been submitted to the Wyoming Secretary of State.

As part of the dissolution process, the Board has approved the voluntary return of the approximately **$18,500** remaining in the company's bank account to you, in recognition of your contributions to the company.

Since you already have access to the company's Mercury account, you are authorized to withdraw these funds directly. Please consider this notification as formal confirmation that you are entitled to claim the available balance.

To complete the dissolution process cleanly, I'm attaching an optional acknowledgment form. Signing it is not mandatory, but it would help formally document that the financial obligations between you and Radian Industries have been fully satisfied. (If you prefer not to sign, that's fine--your withdrawal of the funds will serve as practical acknowledgment.)

Thanks for your collaboration over the past year, and best wishes on your future projects.

Sincerely,
Nathan Rapport

📄 **funds_acknowledgment.pdf**
23K

# 6. Funds Acknowledgment Form

funds_acknowledgment.md                                                                               2025-04-29

**ACKNOWLEDGMENT OF RECEIPT AND RELEASE**

I, Michael Chapiro, hereby acknowledge that I have received a payment of **$18,500** from Radian Industries, Inc., representing a voluntary return of contributed funds.

I further acknowledge that:

1. I have no further financial claims against Radian Industries, Inc., its officers, directors, or assets.
2. I release Radian Industries, Inc. and its officers and directors from any and all claims, liabilities, or obligations as of the date below.

Signed:
_____

Michael Chapiro

Date: _____

/

## 7. Board Resolution Approving Funds Distribution

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

**BOARD RESOLUTION OF RADIAN INDUSTRIES, INC.**
**APPROVING REPAYMENT OF CONTRIBUTED FUNDS**

WHEREAS, the Board of Directors of Radian Industries, Inc. (the
"Company") recognizes that Michael Chapiro contributed various sums
of money to the Company over the course of its operations;

WHEREAS, the Company currently maintains an approximate balance of
$18,500 in its corporate bank account;

WHEREAS, there is no outstanding debt obligation triggered under the
existing Loan Agreement with Michael Chapiro, and no other creditors
have claims against the Company;

NOW, THEREFORE, BE IT RESOLVED, that the Company shall return the
approximate balance of $18,500 to Michael Chapiro as a voluntary
repayment of contributed funds;

FURTHER RESOLVED, that upon receipt of said funds, Michael Chapiro
shall have no further claim against the Company or its officers,
directors, or assets;

FURTHER RESOLVED, that Nathan Rapport, as Chairman, is authorized
and directed to take all actions necessary to complete such
repayment prior to dissolution.

Date: 04/29/25

Signed:
Nathan Rapport, Chairman
-----BEGIN PGP SIGNATURE-----

iQGzBAEBCgAdFiEEd4Rwr5+myJApz5lkpi/rAK/JYqMFAmgRR10ACgkQpi/rAK/J
YqOL5Av/ag+F7knH6zeuFfVUE1xW10CUKw+eR4SikGgOYaHQouhCfQBJ/WVcM13H
fainnT6J0wwjTqKFza0Qv7G4bNiYg6P9lkWEd3h22oUAdQccfBUsxu3LhP4IwYVp
TUYyurhc9Ath0BAcqFIieylNoZZXw0XOoyLTHOqMXRp9Q1r+9kN1u+UQYi2wrGnL
KcBRhFPGuQK8p4k7qE+WZUUlbMk2Z4u3Kr17Puz+hj5OKweJ0+mrIqAyqyAxgbtn
MKHOFXYIsYWq98Vo94fZgf+UuRjCIwelt1Tr4HzrSfqy+F8JeuH/0hKIsdjBa5V4
qDrBO6tYS3GABdN10SGxcO8zcE9VLqWnFiFHoqsmCTj1M3iywO250AJCgu71uip9
f+AwmogOMm1J5N27lGfj6eGMVxpQkTT4hFpgB0jCXGn0pB5EeDKC/X0abgIO8haC
Zp+5M5kdx7HK9D6ZcnRyZz3NzMY/XNvAMa5gtcQVv5GlUYvJw2jo9ZvHsdRoyoJf
MQYmygTK
=4hJp
-----END PGP SIGNATURE-----)
```