# Exhibit A3: Employment Records

## Contents

Exhibit A3: Employment Records ..................................................................... 1
1. Michael Chapiro's Performance Review ..................................................... 1
2. Michael Chapiro's Termination Letter ........................................................ 5
3. Mail Label for Performance Review and Termination Letter ........................ 7
4. Michael Chapiro's LinkedIn Resume ........................................................ 8
5. Nathan Rapport's Degree Verification ..................................................... 13

## 1. Michael Chapiro's Performance Review

-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512

#### Performance Rating Scale:

**5 – Excellent**
Consistently exceeds expectations. Demonstrates exceptional competence, integrity, and judgment. No concerns.

**4 – Satisfactory**
Generally meets expectations. Minor issues may arise, but nothing requiring formal intervention.

**3 – Needs Improvement**
Recurring deficiencies in judgment or performance. Intervention required; not suited for independent or leadership roles without significant correction.

**2 – Unacceptable**
Serious deficiencies. Conduct or performance regularly places the organization at risk. Role must be reassessed or terminated.

**1 – Disqualifying**
Fundamentally incompatible with continued employment or fiduciary responsibility. Breaches of ethics, trust, or professionalism renders continuation untenable.

#### Performance Categories:
**Leadership and Vision:** Ability to set direction, align stakeholders, and inspire confidence.

**Judgment and Decision-Making:** Demonstrates sound reasoning under pressure; avoids impulsive or reckless choices.

**Professional Conduct:** Maintains decorum, exercises discretion, and represents the organization appropriately in all settings.

**Fiduciary Responsibility and Ethics:** Acts in the company's best interest; avoids conflicts of interest; adheres to legal and ethical standards.

**Communication and Interpersonal Skills:** Engages with investors, partners, and internal teams constructively and transparently.

**Operational Management:** Handles organizational tasks, financial matters, and regulatory compliance with competence.

**Strategic Alignment and Collaboration:** Works effectively with cofounders, officers, and contributors; respects agreements and shared goals.

**Trustworthiness and Confidentiality:** Honors commitments; protects sensitive information; avoids self-dealing or misrepresentation.

**Risk Management and Crisis Response:** Identifies and mitigates risks proactively; acts responsibly during institutional or reputational threats.

**Reputation and Public Representation:** Upholds the company's standing; avoids damage through public statements or personal conduct.

- ---

#### Performance Review: Michael Chapiro

**1. Leadership and Vision**
**Rating:** _1 – Disqualifying_
Defendant exhibited no evidence of a coherent or sustained vision aligned with company objectives. Instead, he diverted time and attention to unauthorized, undisclosed, and potentially competitive ventures—such as Phoenix Dynamics and Black Lattice—without notice or coordination, demonstrating a fundamental betrayal of strategic alignment and loyalty.

**2. Judgment and Decision-Making**
**Rating:** _1 – Disqualifying_
Chapiro sent unsanctioned, erratic, and inflammatory emails to Mercury Bank, invoking the CCP and Nazi Germany in his accusations, jeopardizing corporate banking relationships without informing his cofounder. He also engaged with prospective investors in a hostile, derisive, and recklessly accusatory manner, directly sabotaging investment opportunities and alienating potential stakeholders.

**3. Professional Conduct**

**Rating:** _1 – Disqualifying_
He publicly compared compliance officers to Nazis and demanded
travel logs of banking executives to support delusional allegations
of CCP infiltration. His interactions with investors and external
parties were replete with paranoia, vulgarity, and manic tirades,
irreparably damaging the company's image and eroding all
professional credibility.

**4. Fiduciary Responsibility and Ethics**
**Rating:** _1 – Disqualifying_
Chapiro secretly incorporated Radian Industries using false contact
information, misappropriated Plaintiff's inventions, and pitched
them to investors without disclosure or consent, in a calculated
breach of trust and failure to meet basic ethical standards or legal
obligations.

**5. Communication and Interpersonal Skills**
**Rating:** _1 – Disqualifying_
His written communications with banks, investors, and Plaintiff
routinely included vitriolic outbursts, conspiracy-laden narratives,
and unhinged rhetoric, making constructive engagement impossible and
rendering him unfit for any leadership or representative role.

**6. Operational Management**
**Rating:** _1 – Disqualifying_
Chapiro submitted unauthorized materials to federal agencies,
misrepresented their origin, and failed to complete basic tax
compliance tasks such as issuing W-2s or filing 1099s. He refused to
draft or file critical grant applications, directly undermining the
company's funding prospects. In addition, he issued an illegal and
usurious loan to the company and transferred funds through a
personally controlled shell company—rather than transferring funds
under his own name, as called for in the loan agreement--obscuring
liability, introducing hidden risk, and enabling self-dealing
behavior inconsistent with any legitimate operational framework. His
misconduct and inaction exposed the company to legal penalties,
reputational harm, disqualified it from essential funding. This
damage was foundational and ultimately fatal to the enterprise.

**7. Strategic Alignment and Collaboration**
**Rating:** _1 – Disqualifying_
He violated his interim agreement by acting unilaterally and in
secret, and consistently withheld material communications. His
pattern of evasion, misrepresentation, and backchannel activity
destroyed cofounder trust and rendered joint execution of any
company roadmap impossible.

**8. Trustworthiness and Confidentiality**
**Rating:** _1 – Disqualifying_

Chapiro disclosed confidential technical documents and trade secrets without authorization, falsely misattributed inventorship, and misrepresented proprietary IP to third parties. This egregious breach of confidentiality terminated all basis for internal trust and placed the company's intellectual assets at risk.

**9. Risk Management and Crisis Response**
**Rating:** _1 – Disqualifying_
Chapiro did not manage risk—he generated and escalated it. His unsupervised communications and unstable behavior with Mercury and external stakeholders created acute exposure to legal, regulatory, and financial catastrophe, all without corrective awareness or any mitigation strategy.

**10. Reputation and Public Representation**
**Rating:** _1 – Disqualifying_
Chapiro's conduct rendered the company effectively radioactive to investors. Public and private correspondence regularly included inflammatory, delusional, and self-aggrandizing rhetoric, making continued affiliation untenable in the eyes of investors, partners, and institutions.

**Overall Rating:** _1 – Disqualifying_
Michael Chapiro's behavior as an officer of Radian Industries constituted a systemic and sustained failure across every domain of responsibility. His pattern of deception, volatility, and reputational sabotage warrants immediate disqualification, permanent disassociation, and formal documentation for legal action.

-----BEGIN PGP SIGNATURE-----

iQGzBAEBCgAdFiEEFINe2TeChh8PkBkzC5zkrXne+54FAmhv6UgACgkQC5zkrXne
+56xLAv+POyyfbh5wZqYDad59sNsR0aFE4mITZKzpq0gJVHCfk/AHzHLZfB4yDU0
UvvVs5NUEVyrz9en8aOIaq+htNAsI/j1eO1t7G+bPd+kHZY3o0js6xJ90xoS15Gg
l0Bmn6X+0u8BPs4JtK6yEk+Vcz3ZujkwvxcGgMR3TQQaGyhGfDRIq+7MnxIVfawq
oyk0ADUAS8fuf5WchAGoN9ymdGEFb/lm5ndtKibmu966Wfwbh49CLhrQPzSSEOKb
wQXCeau8hffOMK5wwop9c9a4JVtqezGJjSYrzPN151gmvvQpUD36AEGMGNUmk8fy
LFAy74XbFAI5UqDZ18WPkPGvCFrp1xEjVf/VmNGCqtSnODSKJo5NxXthDVUeI1dW
JTJmx8fari5e3fV6oYHx1xuGX4q0Vz14yYWRPNzb1C8Q8kQP42c9XLWTyjj0gfM/
ZHVWsQSdQXGZNRreK2r8eHOV2wIv25G0otbTkrvK1FlwyG/uHDfnT8DUS/NA8PwI
O80+oXFn
=JLfw
-----END PGP SIGNATURE-----

## 2. Michael Chapiro's Termination Letter

```
-----BEGIN PGP SIGNED MESSAGE-----
Hash: SHA512
```

Subject: Formal Notice of Termination for Cause

Dear Mr. Chapiro,

This letter serves as formal notice that your relationship with Radian Industries is hereby terminated for cause, effective immediately. This action is taken pursuant to your conduct as a cofounder, officer, and/or managing member of the company, and is intended to document the events that necessitated the dissolution of the business.

The grounds for termination include, but are not limited to:

* Gross misconduct in external communications, including sending erratic and hostile messages to financial institutions, jeopardizing core banking relationships.

* Reputational harm to the company, arising from your comparison of compliance officers to Nazi war criminals, as well as insults directed at potential investors, partners, and customers, among other unprofessional public statements.

* Concealment of material information from other officers, including hostile correspondence with Mercury's compliance department.

* Breach of fiduciary duty through ideologically motivated attacks on investors, diversion of intellectual property, and failure to maintain basic standards of professionalism.

* Violation of conflict of interest obligations, including secretly promoting Phoenix Dynamics and Black Lattice to investors while misrepresenting the ownership and origin of core technologies.

* Unauthorized submission of grant-related and technical materials to federal agencies, including misrepresenting the origin of key inventions and failing to disclose Plaintiff's role as the actual inventor.

* Secret incorporation of the company using false contact information and without notice to Plaintiff, in direct violation of the parties' interim partnership agreement.

These actions are incompatible with any leadership or fiduciary role in Radian Industries. Your behavior created untenable legal,

operational, and reputational risk, and directly contributed to the company's collapse.

Accordingly, you are hereby removed from all positions, stripped of any representative authority, and formally terminated for cause, retroactive to August 27, 2024—the date on which you secretly incorporated the company using false contact information, in breach of our interim partnership agreement. This termination is being documented to ensure clarity in the historical and legal record.

Sincerely,
Nathan Rapport
Founder, Radian Industries
-----BEGIN PGP SIGNATURE-----

iQGzBAEBCgAdFiEEFINe2TeChh8PkBkzC5zkrXne+54FAmhv3C4ACgkQC5zkrXne
+56qggv/Uas7PjJJXGOFrRZZpnpitcLHs1oRzc30qecgmIk0yThhmmWppcem5955
JE1nJduLcJxnVBHKIxycyWQG+TC86uYw7VhmUhfPAqhNQjweb5O8qpBjXFYm9wm1
0nh0z0sVUOkd7C5nWoLMkvDp1j9kf8km/bKfoMl2IR5TN8J6J3ow7krmQRgJcSUM
ceAJxcbw+tGmbwnPcu3zavukuBw1WimCLwxlYGD6YbtEzdfISvu99RckhEq/V1C6
zKKqMuBqYuB4khe0rWuW7zwAwmlpjc+IKsTv2KJUonqyhcnMyRbXmVhEt63CETBo
8M2JngoFfKvrM8an+Bz9rodItKUExOJIGlHFIj/a03LO/CEsFqsq0kjhH1MaIgxD
KK3Giy7HO9DzpNUeQ1FKXqJMn9GVjgMNZ1ePL9FJhtDz/aD6/9xA3kpD1betWpfp
iwEHqOTnwuG4G44IKq8MjePAWWtvq5PK8wOg/hihPMrE5U+LaiLAMi6SJENuGO3Y
91NpGBJ+
=lnLt
-----END PGP SIGNATURE-----

## 3. Mail Label for Performance Review and Termination Letter

Radian Industries
Nathan Rapport
1893 W 54TH ST
CLEVELAND OH 44102-3256

$6.04    US POSTAGE
FIRST-CLASS IMI
Aug 05 2025
Mailed from ZIP 44102
1 OZ FIRST-CLASS MAIL LETTER
RATE
ZONE 1
11923275



endicia

063S0010282493

**USPS CERTIFIED MAIL**

9407 1118 9876 5475 7772 85

Radian Industries
Michael Chapiro
1893 W 54TH ST
CLEVELAND OH 44102-3256

Figure 1: Proof-of-mailing.

## 4. Michael Chapiro's LinkedIn Resume

Contact

www.linkedin.com/in/
michaelchapiro (LinkedIn)

Top Skills
Color Theory
LED Displays
LCD Projectors

Languages
English (Native or Bilingual)
Spanish (Professional Working)

Publications
Will composites be competitive with
metals in 3D printing?

Full-strength 5-axis carbon fibre 3D
printing revolutionizes aviation and
space

Current achievements and future
outlook for composites in 3D printing

5-Axis 3D Printing of Continuous
Fiber Carbon/Carbon Composites

Patents
Eyewear With Melanopically-
informed Optical Characteristics And
Smart Connectivity

Additive manufacturing of composite
materials

5-axis continuous carbon fiber 3d
printing and meta-materials, parts,
structures, systems, and design
methods thereby enabled

# Michael Chapiro

Co-founder & CEO at Stealth Defense Startup

Denver Metropolitan Area

## Summary

My work underpins major subsystems across the West's hypersonic weapons, strategic re-entry vehicles, and missile interceptors. Inventor/developer of the world's most bleeding edge materials and manufacturing capabilities. Now building bleeding edge hardware in other categories. Also interested in high leverage hardware that supports human performance & health.

_____

## Experience

Stealth Startup
Co-founder & CEO
January 2024 - Present (1 year 6 months)
Building something new in aerospace & defense

Chroma
Founder & Chairman
September 2019 - Present (5 years 10 months)
Bootstrapped (zero investors) a high power photonics / consumer health
hardware company to low-mid 7 figure yearly revenues. Hired and mentored
the current CEO who manages all operations while executing on the doctrine
and hardware systems I developed.

Chroma makes the world's leading edge high power density photonic devices
for biological applications, with consumer and enterprise sales spanning over
65 countries.  Chroma is also expanding into foods.

Cutting edge high power density photobiomodulation and synthetic sunlight
for indoor environments that have brightness levels around 1% of outdoor
intensities. Enabling peak human health and wellness.

Mantis Composites Inc.
Advisor, Co-Founder; (previously) 1st CTO & Chief Strategy Officer
October 2014 - Present (10 years 9 months)

Page 1 of 5

Mantis Composites has helped define the frontier across advanced hypersonics. Sales and partnerships with the world's largest aerospace/ defense companies. Sales to NASA, NSF, MDA, DLA, USAF, Army, and allied nations.

Currently advising on materials science, technology strategy, business development, and gov relations. Previously, as Chief Strategy Officer, I ideated and spearheaded the push into CMCs & hypersonics, generating enough DoD interest to ensure ongoing growth of the company. Ensured company crossed chasm into being a sustainable, core part of the defense industrial base all with zero institutional investment capital.

Established and maintained key relationships with US Gov (DoD & other), corporate customers, and engineering/research partners. Solved key materials engineering problems in design, process, and supply chain to help bring about the first and only high performance carbon fiber 3D printing capability. Primary revenue generator (authored various proposals and development plans that were awarded contracts).

(On lower temp side, components 70% lighter than optimized titanium or aluminum parts, with a general purpose additive manufacturing process applicable across nearly every aviation & space system.)

Forward Contracts Inc. (DBA Caliber)
Founder & CEO
May 2021 - November 2022 (1 year 7 months)
Seattle, Washington, United States

With a superb ex-Amazon and ex-Microsoft dev team, developed and patented (pending) a number of embedded derivatives algorithms and automation tools to effect novel, hyperlocalized forwards markets to stabilize supply chains and labor markets amidst growing global instability and uncertainty.

While the response from prospective customers was many times glowing, and we built excellent alpha level versions of our apps, the bootstrapped nature of the startup made it eventually come to an end without external investors due to a combination of Fed rate hikes and the product being a bit "too forward thinking" (no pun intended). The tools we built are likely to be demanded more broadly starting 2025-2026 so we may revisit then.

Page 2 of 5

https://contracts.runcaliber.com - pseudo-swaptions in labor contracts to help corporations reduce churn and attract top talent

https://runcaliber.com - the world's lowest fee bitcoin-only brokerage, with practical automation tools (since we needed a brokerage internally anyway.

**Reflow Labs**
Chief Pandemic Ender
March 2020 - March 2021 (1 year 1 month)
Bellingham, Washington, United States

Incredibly bizarrely, the singular person on the planet to correctly solve COVID / respiratory pandemics, with the solution still not deployed. Made the classic founder's error of making market assumptions when it turned out there was no market interest in ending COVID (many principal-agent problems).

Alas, people don't seem to care about ending pandemics or thinking about how things work that require a middle school science level of expertise. Maybe next pandemic. Frankly, it is rather appalling (and embarrassing for those of means) that no one else has implemented our approach since our patent applications lapsed. Follow @reflow_labs on twitter.

Initially developed a copper-loaded spray paint coating in response to the COVID-19 pandemic (provides a self-decontaminating surface). Unfortunately, I was not aware of the historical precedent and science behind respiratory disease pandemics -- basically, we know they're pretty much all airborne, and large public health organizations (WHO, CDC, etc) get politicized and deny this out of fear of causing fear.

Once I realized the basics of how transmission works and that fomites do not contribute significantly, I switched to Reflow Labs (early summer 2020). Was awarded a 1517 $1k grant, interviewed with Y Combinator, project pitch to NSF was approved, and preliminary data indicated low cost FB ad conversions.

**Black Lattice, Inc**
CEO & Founder
February 2020 - March 2021 (1 year 2 months)

Shape X Properties = Performance. A pivotal shift in the design, materials, and manufacturing of geometrically complex composites. DoD funded (fastest ever company founding to Air Force contract awarded at ~3.5 weeks afaik, and as

Page 3 of 5

a solopreneur at the time, no less), followed by an additional Air Force contract under Agility Prime.

Black Lattice was developing advanced materials and manufacturing technologies that will underpin the objectives of affordable mass, combined with a leap in performance beyond machined or 3D printed metals. Moreover, this technology transform will underpin major shifts in the energy sector.

Black Lattice recognizes the primacy of materials and manufacturing in the technology stack -- we applaud the ingenuity displayed by companies making incumbent processes go further, but you can only go as far as your underlying capabilities will allow and the returns will eventual diminish if you do not use the best tools available.

Mach Capital
Founding Partner
March 2019 - September 2019 (7 months)
An advanced hardware VC firm on its zeroeth fund with a premise that proved to vastly outperform (top decile), alas the LPs were not good enough, and I realized I was actually not going upstream enough!

A VC fund for the machines inside the machines of the next generation of aviation, space, and defense.

Pitch deck (long form thesis and other docs available upon request): https://drive.google.com/file/d/1wNBSpL-xs81QXPDxRQpD9wo86O4BBrVo/view

The premise was that there would be a huge edge for a VC firm with someone who understands the A&D industry as well as basic engineering concepts after observing ~98% of VCs have roughly the scientific competency of a 10-year-old, even when they market themselves as "deeptech" investors, and at least with a 10-year-old you get some humility (and to date, we now know this would have been a top-performing firm) -- unfortunately, the LPs did not seem to resonate with the concept of basic competency being important (perhaps because it then might be expected of them too?).

I like to apply Wittgenstein's ruler whenever possible. Most people theorize and speculate that there is something deeply off about the financial/banking system, whereas I actually know it viscerally and in detail.

Page 4 of 5

## Education

Stanford University
Composites Design Workshop X

California Polytechnic State University-San Luis Obispo
Materials Engineering Major, Mathematics Minor

## 5. Nathan Rapport's Degree Verification

**National Student Clearinghouse**[®]
*2300 Dulles Station Blvd., Suite 220, Herndon, VA 20171*
*PH (703) 742-4200   FX (703) 318-4058*
*www.studentclearinghouse.org*
*© 2023 National Student Clearinghouse. All rights reserved.*

# DegreeVerify Certificate

| | | | |
|---|---|---|---|
| **Transaction ID#:** | 293138209 | **Date Requested:** | 01/30/2023 12:43 EST |
| **Requested By:** | NATHAN RAPPORT | **Date Notified:** | 01/30/2023 12:43 EST |
| **Status:** | Confirmed | | |
| **Fee:** | $13.50 | | |

### INFORMATION YOU PROVIDED

**Subject Name:** **NATHAN**
First Name       Middle Name       **RAPPORT**
LastName

**Date of Birth:** **11/08/1988**
mm/dd/yyyy

**School Name:** **THE OHIO STATE UNIVERSITY**

**Attempt To:** **Verify a degree**

### INFORMATION VERIFIED

| | |
|---|---|
| **Name On School's Records:** | **NATHAN MESSINGER RAPPORT** |
| **Date Awarded:** | **06/12/2011** |
| **Degree Title:** | **BACHELOR OF SCIENCE** |
| **Official Name of School:** | **THE OHIO STATE UNIVERSITY** |
| **School Division:** | **MATH & PHYSICAL SCIENCES** |
| **Major Course(s) of Study:** | **PHYSICS** |
| | **MATHEMATICS** |
| **(and NCES CIP Code, if available):** | **400801** |
| | **270101** |
| **Major Concentration:** | **OPTION 2 - APPLIED MATH** |
| **Dates of Attendance:** | **09/19/2007 to 06/12/2011** |

***Disclaimer*** *- All information verified was obtained directly and exclusively from the individual's educational institution. The Clearinghouse disclaims any responsibility or liability for errors or omissions, including direct, indirect, incidental, special or consequential damages based in contract, tort or any other cause of action, resulting from the use of information supplied by the educational institution and provided by the Clearinghouse. The Clearinghouse also does not verify the accuracy or correctness of any information provided by the requestor.*
***Do Not Distribute*** *- This certificate and the information therein is governed by the Verification Services Terms, which you agreed to when you requested this verification. Neither the certificate nor its contents may be disclosed or shared with any other parties unless the disclosure is to the entity or individual on whose behalf the verification was requested, or to the student or certificate holder whose enrollment, degree, or certification was verified.*

Page 1 of 1