## Exhibit C1: Initial Conversations

## Contents

Exhibit C1: Initial Conversations ................................................................. 1
1. Chapiro's October 25, 2020 Outreach ........................................................ 2
2. Rapport's October 25, 2020 Response ....................................................... 3
3. July 30, 2024 Email ..................................................................... 4
4. August 1, 2024 Email .................................................................... 5
5. August 3, 2024 Email .................................................................... 6
6. August 4, 2024 Email .................................................................... 7
7. August 5, 2024 Email .................................................................... 8
8. August 5, 2024 Email Response ............................................................ 9

## 1. Chapiro's October 25, 2020 Outreach

This is the first email that Rapport received from Chapiro.

 **Gmail**          **Nathan Rapport <n.rapport@gmail.com>**

**Vacuum Balloons**

**Michael Chapiro** <michael@machcap.com>          Sun, Oct 25, 2020 at 2:22 AM
To: n.rapport@gmail.com

Hi Nathan,

I saw you wrote a patent on a "star" shaped design as opposed to the more typical spherical structures.

I was trying to look at how the specific compressive requirements in a star compares to a shell and it seems that the structural efficiency could be much higher as you mentioned (even in a suboptimal shape such as an octahedron). What was the relative specific compressive strength you estimated between the two for neutral buoyancy (anti-buckling structure and outer skin aside)? -- thin shell being around 120 MPa / (g/cm^3).

I'm also wondering if the use of unidirectional beams results in an additional boost in efficiency compared to an isogrid structure in a shell.

Best,
Michael

--
Michael Chapiro
machcap.com
(650) 766-8030

## 2. Rapport's October 25, 2020 Response



**Vacuum Balloons**

Nathan Rapport <n.rapport@gmail.com>　　　　　　　　　　　　　　　Sun, Oct 25, 2020 at 3:48 AM
To: Michael Chapiro <michael@machcap.com>

Hi Michael,

Thanks for reaching out! If you don't mind my asking, what is your interest in vacuum balloons?

I have analyzed designs of other proposed vacuum balloon structures and concluded that my design is at least an order of magnitude more efficient than any other existing design, and yes, my "star" shaped design is more efficient than isogrids and is also much more cost-efficient to manufacture, since my design can achieve buoyancy using alumina struts. I've written some software that crunches the numbers for various permutations of materials, sizes, and so forth, and created some CAD designs that I am planning to manufacture and test to prove the concept. I also have some conceptual improvements that will allow the vacuustat to scale to arbitrarily large sizes, and I've added a fair amount of improved analysis that is not included in the patent (which consists of my work from before 2014).

[Quoted text hidden]

Figure 2: In this email, Rapport informs Chapiro that his design is at least an order of magnitude more efficient than any other design.

# 3. July 30, 2024 Email



Nathan Rapport <n.rapport@gmail.com>

**Advice for starting a company?**

Nathan Rapport <n.rapport@gmail.com>  Tue, Jul 30, 2024 at 10:42 PM
To: Michael Chapiro <michael@machcap.com>

Hi Michael,

Hope you're doing well! I'm the "vacuustat guy"; we had a conversation back in 2020 and I was really impressed by your understanding of the engineering and physics involved, and I am also really impressed that you are carving out a career for yourself working on your inventions. I also empathized with the apathy you encountered for your solution to the covid pandemic.

Back in 2020 I was gearing up to manufacture and test some prototype struts at the MIT materials science lab to collect some data, with vague plans of applying for grants and/or VC funding if the tests went well. Sadly, after the global pandemic hit, the materials science lab shut down, the suppliers for my prototype materials ghosted me, and I was laid off from my job at Wayfair.

Since then, I moved back to Ohio and picked up a remote job as a software engineer. Long story short, I rekindled my interest in physics (my degree is in physics and applied math) and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

About two months ago, ▓▓▓▓▓▓▓▓▓▓ reached out to me and sent me some unpublished interferometry data that he collected ▓▓▓▓▓▓▓▓▓▓▓▓. Since then another physicist also reached out to me and privately sent me more interferometry data. The data shows a very clear ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ displacement effect, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Since the data really has to be seen to be believed, I'm attaching two screenshots. The first is a still from half an hour's observation using ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. The second screenshot is the formula I worked out for the theoretical displacement, based on Doppler theory. I was also successfully able to work out the theoretical formula for fringe shift displacement ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I have a rough draft of a paper on my method here: ▓▓▓▓▓▓▓▓▓▓

My method is a straightforward application of Doppler shift, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I assume ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for the purposes of the experiment, but I don't assume ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I've also worked out how to compute ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ from the data, and here is where I could use advice....

I think that this displacement effect could be very useful for satellite and deep space navigation. My understanding is that currently, most space navigation control is conducted by ground-based communication, and this is expensive and potentially error-prone. Interferometry, on the other hand, would allow satellites to determine their speed and direction in deep space autonomously.

Since the effect is already proven and I've worked out the necessary math, I think at this point there is a feasible, straightforward path from here to produce a deep space navigation device.

At this point I could really use your advice on what to do to get things moving. Who should I approach, how should I approach, what do I need to prepare, what data do I need, how do I overcome skepticism, how do I raise money, how do I put together a business plan, etc... if you have any advice at all that you can offer me I would very greatly appreciate it.

I'm also happy to answer any of your questions, if you have any. I'm free for a conversation any time as well; my number is 216-308-0725. Hope to hear from you soon!

Best,
Nathan

## 4. August 1, 2024 Email



Nathan Rapport <n.rapport@gmail.com>

**Advice for starting a company?**

Michael Chapiro <michael@machcap.com>  Thu, Aug 1, 2024 at 8:07 PM
To: Nathan Rapport <n.rapport@gmail.com>

I will need to dig into this more to try to wrap my head around it.

Few questions for now:

1) What is the cost to make the first unit and demonstrate it works in say a small RC aircraft, including any additional engineers needed? Cost for first 20 units or so after? How low can cost and weight get for a budget version e.g. if looking at kamikaze drones?

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

3) Are you looking for a co-founder?
[Quoted text hidden]

# 5. August 3, 2024 Email



Nathan Rapport <n.rapport@gmail.com>

**Advice for starting a company?**

Michael Chapiro <michael@machcap.com>  Sat, Aug 3, 2024 at 1:57 AM
To: Nathan Rapport <n.rapport@gmail.com>

Hi Nathan,

Yes, this seems like the sort of thing I would be interested in working on as a co-founder. I like projects that are based on leap-ahead capabilities, and unlike some of the exotic materials & manufacturing technologies I was trying to work on a bit over the past year that I have abandoned for now, this is far more "widgetizable," which is great for getting funding and commercializing, whereas with new materials and manufacturing, there is a ton of work to get those capabilities embedded into actual systems. Of course, I would also need to be more convinced of the viability as well so I'd be interested in knowing what the additional experimentation would entail, and what is needed to reach the stage where the hardware is compelling on its own regardless of the theory associated with it. You mentioned you already have fairly high conviction so maybe it would be possible to apply for grant funding as is? I think this is the sort of thing that is very well positioned for DoD funding.

My background in materials engineering is likely going to offer limited value here so I would primarily be interested in helping with the business development, strategy, and government interfacing. Perhaps there will be some value for noise reduction in using materials from Mantis Composites for mounting the device (high rigidity and low CTE).

I had a passing familiarity with IMUs, but did not know about the laser ring gyro. I'm seeing reports that this is a $0.8-1.3b market, which makes sense as the higher end of the ~$16b overall PNT market. I agree focusing on the higher end market initially makes sense and I contacted Honeywell to try to find out their pricing. Earlier this year I was trying to go forward with a startup to re-invent cruise missiles and drones with a novel airframe design paradigm, along with hybrid-electric propulsion instead of rocket boosted turbojet (deck attached with what I was thinking about). Lead angel passed away days before wiring funds so I couldn't go forward. DoD funding is definitely the better approach when possible. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ we can vertically integrate in attack drones and cruise missiles, while selling externally to higher end applications (e.g. hypersonic missiles, large ISR UAVs, satellites, etc).

Best,
Michael
[Quoted text hidden]

📄 Maxwell_Missiles_Seed_Deck.pdf
2107K

# 6. August 4, 2024 Email



Nathan Rapport <n.rapport@gmail.com>

**Advice for starting a company?**

Michael Chapiro <michael@machcap.com>  Sun, Aug 4, 2024 at 4:26 PM
To: Nathan Rapport <n.rapport@gmail.com>

Hi Nathan,

When is a good time for a call?

I am happy to operate more in payoff space instead of prediction space on this stuff, until we can further validate it, or I can get some supporting 2nd opinions. It would be good to better understand what the costs and timelines are for the initial experimentation you described, and whether that would require grant funding. If the data that is driving your conviction can be compiled in a way that can make anyone think it could be plausible, then I think there is a good chance that grants could be viable even without experimentation (though experimental data definitely makes things much easier). I will see if I can find out how valuable this could be to hypersonics given the plasma envelope that can block RF, in addition to the challenges to making RF windows that can handle hypersonic conditions. Unlike other markets, that is the sort of area that can really get the ball rolling (in Mantis, there were many many valuable applications to stronger and lighter aerospace parts, but only hypersonics really got people moving quickly).

Given the inability to measure 1 way speed of light, and the fact that special relativity works regardless, doesn't that ████████████████████████████████████████████████████████████████████████ In that event, I imagine it would draw less resistance from reviewers.

One thing I am not clear about conceptually is how this would be different from dead reckoning from other systems. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ I'm not sure what the limiting factor to the precision of existing devices are, but are they not related to the components in these devices rather than the use of the Sagnac effect? ████████████████████████████████████████

In addition to the laser ring gyro, I see that fiber optic gyros are a $1.1-1.6 billion market and hemispherical resonator gyroscopes are a $150m market. I was also able to find that Honeywell's flagship laser ring gyro based system for large commercial aircraft is priced at $300k. It looks like laser ring gyros are $10k+, so using 3 is $30k+ and some of those numbers are from a few years ago so I wouldn't be surprised if actual prices are closer to $50k+.

Another possible market: 50-60k global cargo ships. The Baltimore bridge collapse caused $3b in damages. https://www.securityinfowatch.com/cybersecurity/article/55019681/could-the-dali-container-ship-incident-have-been-a-control-system-cyberattack

Best,
Michael
[Quoted text hidden]

## 7. August 5, 2024 Email



Nathan Rapport <n.rapport@gmail.com>

**MZ-Gyro Startup Next Steps**
4 messages

Michael Chapiro <michael@machcap.com>  Mon, Aug 5, 2024 at 5:48 PM
To: Nathan Rapport <n.rapport@gmail.com>

Hi Nathan,

I put together some notes summarizing our call. I figured it might be easier to share all of this over email, but feel free to follow up with anything over Signal as well since that can be more convenient for shorter messages.

- Nathan to carry out low cost experiments over the next few weeks, with the objective to get very compelling fringe pattern data, which can then be leveraged to put together compelling proposals.
- Michael to begin looking more at market data and evaluating different business strategies looking at both commercial and defense opportunities (already have some preliminary thoughts here).
- With experimental data validated, we will form a company in which Nathan holds 51% of shares and Michael holds 49% of shares. Nathan will have 2 board seats and serve as CTO, while Michael will have 1 board seat and serve as CEO.
  - The company will get a DUNS, CAGE, and DD-2345 to be able to apply to gov grants/contracts, which will happen fast enough to have proposals in for the 2024.3 DoD SBIR/STTR release
- The company will take a bootstrapping-focused approach, looking toward government grant/contract funding, revenue, advances, and debt with favorable terms rather than venture capital in order to maintain control, reduce perceived risks from customers, and realize the full potential of ▮▮▮▮▮▮▮▮ technology. Moreover, given the military criticality, along with the low expected costs, it is reasonable to have high confidence in the viability of bootstrapping.
  - One possibility would also be to have separate companies that act as customers and have those companies raise venture capital e.g. Maxwell Missiles; a company to develop a LEO constellation alternative to GPS without ground station dependency (compete with Xona Space and Truepoint); a company to develop autonomous maritime vehicles (no GPS underwater afaik, not sure what marginal military value of improvements here would be).
  - (Possibility of Michael covering hardware costs with part time development for initial 4-6 months while working toward obtaining funding)
- Provisional patent application to be written and filed once experimental data validated
- Advisory board will be formed in part to boost apparent team size when applying to grants
- Company HQ: Nathan and Michael will both move to a location that is optimal for the company pending sufficient capital. Some options include: Seattle, DC triangle, Boston, Santa Fe or Albuquerque, Huntsville, Southern California (my preference typically leans toward Western US for outdoor access, though possibly would be too much of a disadvantage in terms of proximity to Huntsville, where MDA has major presence -- Huntsville also hard to beat for affordability). I'm also not sure how much hardcore physics is needed vs engineering, product, mfg when thinking about talent base required.

I have also been thinking about possible names for the company. Do any of these seem particularly good to you? Most have .com available and I can also get .aero domains.

- Dark Autonomy
- Silent Autonomy
- QM Autonomy
- Anisotropy Autonomy
- Photonic Autonomy
- Mach Autonomy
- MachZ Autonomy
- True Autonomy

Best,
Michael

--

## 8. August 5, 2024 Email Response

9 of 9



Nathan Rapport <n.rapport@gmail.com>

**MZ-Gyro Startup Next Steps**

**Nathan Rapport** <n.rapport@gmail.com>  Mon, Aug 5, 2024 at 8:12 PM
To: Michael Chapiro <michael@machcap.com>

Hi Michael,

Thanks for putting this together.

What's the deadline date for putting together an application?

I was doing some searching and I noticed that there are some new players getting into the INS space. Looks like their technology is based on the Sagnac effect. See what you think:

https://www.ept.ca/2024/06/new-chip-from-one-silicon-chip-photonics-to-assist-drone-navigation/
https://www.anellophotonics.com/

Regarding names, how about something incorporating "Cardinal Point"? E.g.,

Cardinal Point Technology
Cardinal Point Navigation
Cardinal Point Precision
Cardinal Point Photonics
Cardinal Point Labs

I kind of like the idea of keeping the company name slightly vague and not too ominous-sounding, in case the business branches out a bit later on. Dot com, dot aero, dot tech, dot org domains are all fine by me.

I put in my two weeks notice at my job today. I want to focus my energy on getting to phase I funding.

Best,
Nathan

[Quoted text hidden]