# Exhibit C3: Corporate Communications

# Contents

Exhibit C3: Corporate Communications ................................................................. 1
1. Air Force Phase I Proposal Response ................................................................ 2
2. Communications With Financial Institutions ....................................................... 4
    2.a. Chapiro's January 7, 2025 Exchange With Mercury ........................................... 4
    2.b. Chapiro's Email From Fidelity .............................................................. 6
    2.c. Email Exchange With Mercury on May 16 ...................................................... 7
    2.d. Proof of Ownership Sent by Rapport to Mercury on May 20 ................................... 12
3. Chapiro's Golden Dome Email ....................................................................... 13
    3.a. Vacuustat ICBM Email Exchange .............................................................. 15
4. Correspondence With Khosla ........................................................................ 18
    4.a. Chapiro's August 21, 2024 Email to Vinod Khosla .......................................... 18
        4.a.i. Full Text of August 21 Email ......................................................... 19
    4.b. Rapport's First Email to Khosla ............................................................ 21
    4.c. Rapport's Second Email to Khosla ........................................................... 22
5. Chapiro's Email to Mark Cuban ..................................................................... 24
6. Rapport's Email Exchange with telescopes.net ..................................................... 25
7. Rapport's Emails to Chapiro Describing Vacuustat VAWT ............................................. 30

# 1. Air Force Phase I Proposal Response



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE

12/11/2024

PROPOSAL NUMBER: ▮▮▮▮▮▮▮▮▮▮
TOPIC NUMBER: AFX247-PCSO1
**COMPANY: Radian Industries Inc.**

Subject: Notice of Selection Status: Air Force (AF) Phase I Proposal FX247-PCSO1-1305

The subject proposal, submitted under AFX247-PCSO1, has been evaluated against the published review criteria. Upon evaluation completion and selection factor application, proposals are categorized as Selected or Not Selected.

The subject proposal has been determined to be **Not Selected**. The feedback process is automated and applicant feedback requests are fulfilled using standardized language for each evaluation criterion provided on the second page of this letter. Additional feedback will not be provided.

Your company's interest in AF SBIR/STTR Programs is greatly appreciated.  If interested, there are/will be other opportunities to compete for Federal SBIR/STTR awards. Visit https://www.dodsbirsttr.mil/submissions/login to view current and future DoD and AF SBIR/STTR solicitations.

<div align="right">

//Signed//
Ryan Debonis
ryan.debonis.1@us.af.mil
Contracting Officer

</div>

*Warfighter Acquisition... Innovation, Excellence, Victory!*



**DEPARTMENT OF THE AIR FORCE**
HEADQUARTERS UNITED STATES AIR FORCE

Date: 12/11/2024

PROPOSAL NUMBER: ███████████
TOPIC NUMBER: AFX247-PCSO1
COMPANY: Radian Industries Inc.

SUBJECT: Department of the Air Force (DAF) SBIR Topic AFX247-PCSO1 Phase One Proposal
Number ███████████ feedback.

All proposals were peer reviewed in accordance with the evaluation criteria stated in the solicitation. While
the ratings in this feedback are consistent with the ratings the proposal received as a result of the peer
review, it does not reflect specific comments provided during the peer review of this proposal. Instead, all
feedback provided to applicants is general feedback that approximately corresponds to the rating for each
evaluation criteria. This feedback does not represent a separate evaluation standard, nor does it represent a
standard technical evaluation narrative. This document is not itself a selection decision document, nor are
any selection decision documents derived from this document.

Criterion Commercialization was rated Good. Feedback: Proposals in this category demonstrated good
potential for Government and/or private sector commercialization and benefits expected to accrue from
that commercialization. Proposals in this category provided a good record of commercializing SBIR or
other research, as indicated by pre-sales, pilots, sales, revenue, active users, subscriptions, downloads,
Phase II follow-on commitments for the subject research, and/or other forms of traction/adoption.
Proposals in this category provided clear and consistent supporting documentation.

Criterion Defense Need was rated Good. Feedback: Proposals in this category provided a good
demonstration of an appropriate, relevant, and specific Defense need. Proposals in this category did a good
job of demonstrating the proposed effort's relationship to fulfilling the identified Defense need. Proposals
in this category provided clear and consistent supporting documentation.

Criterion Technical Merit was rated Good. Feedback: Proposals in this category demonstrated good
soundness, technical merit, and innovation for the proposed approach. Proposals in this category
demonstrated good differentiation of their proposed solution from current customer alternatives. The
proposed Principal Investigators/Project Managers, supporting staff, and consultants were well-qualified to
execute the proposed approach. Proposals in this category provided clear and consistent supporting
documentation.

Your company's interest in AF SBIR/STTR Programs is greatly appreciated.  For further SBIR/STTR
Program opportunities, visit the Defense SBIR/STTR Innovation Portal at
https://www.dodsbirsttr.mil/submissions/login to view DoD and Air Force SBIR/STTR solicitations.

Feedback Authorized by Topic Contracting Officers:
 Daniel Brewer, Ryan Debonis,
Topic Contracting Officers – AFX247-PCSO1
AF SBIR/STTR

*Warfighter Acquisition... Innovation, Excellence, Victory!*

Figure 2: The Air Force Phase I proposal received "Good" feedback across the board, despite being
submitted without experimental data.[1]

---

[1]The data had not been fully collected and processed at the time of submission.

## 2. Communications With Financial Institutions

### 2.a. Chapiro's January 7, 2025 Exchange With Mercury



Hello,

This is a very strange request. Why are you asking for reasons for making payments and documentation? We are much smaller than the median Mercury customer (though I suppose your median client loses rather than makes money).

Please provide details of Mercury's relationship with the bank, including the master contract that you have in place. Please include all emails with other banks that operate normally who may have rejected working with Mercury.

Please provide the federal laws that form the basis of this violation of the 4th Amendment, and form a spiritual attack on American values, a treasonous assistance to the CCP under the expanding dimensions of warfare.

Please provide travel details of your CEO and the bank's CEO to evaluate potential collaboration or contact with CCP personnel.

Please provide a list of your top 3 competitors. I have probably been paying you too much for far too long for a slick wrapper that is not that expensive to build these days.

I know you think you're "just doing your job" and that's also what the Nazis told themselves.

Figure 3: On January 7, 2025, Defendant sent a hostile and conspiratorial message to Mercury's compliance department[2], apparently in response to a routine request for payment documentation— likely part of standard Know Your Customer (KYC) or Anti-Money Laundering (AML) procedures. Defendant's response accused Mercury of Nazi-like behavior, aiding the Chinese Communist Party (CCP), violating the U.S. Constitution, committing treason, and waging spiritual war on American values.

---

[2]https://x.com/DeltaClimbs/status/1876545190758171131



Figure 4: Mercury's response to Chapiro.

## 2.b. Chapiro's Email From Fidelity

This letter is to notify you that we have reviewed your interactions with our firm, and concluded that Fidelity cannot provide the level of service that you require.

Your account(s) with Fidelity Brokerage Services LLC ("Fidelity") are being terminated. This termination is in accordance with the terms and conditions of our Customer Agreement, which states:

**"Fidelity can close your account, or terminate any optional
feature, at any time, for any reason, and without prior notice"**

And in accordance with the terms and conditions of our Fidelity Brokerage Retirement Account Customer Agreement, which states:

"My account may be terminated by me or Fidelity at any time."

Effective immediately, the above-referenced account(s) will be closed. The account(s) will be restricted from allowing you to open[1] additional securities positions. However, you will be free to close[2] or withdraw any securities positions or cash balances that may exist in your account(s). You maintain the ability to visit our website at Fidelity.com.

Figure 5: Fidelity's termination of Chapiro's account, demonstrating that Chapiro's unprofessional conduct resulted in termination of banking relationships with institutions other than Mercury.[3]

---

[3]https://x.com/DeltaClimbs/status/1914178893256948 5687

## 2.c. Email Exchange With Mercury on May 16

                                        **Nathan Rapport <n.rapport@gmail.com>**

---

**Request to Close Account Due to Company Dissolution**
6 messages

---

**Nathan Rapport** <n.rapport@gmail.com>                          Fri, May 16, 2025 at 11:30 PM
To: support@mercury.com

Hello,

I'm reaching out regarding the Radian Industries Mercury account (account number: 202438454994). The company has been officially dissolved as of 4/30/2025, and I am requesting that the account be closed.

Additionally, my former cofounder, who no longer has any legal right to operate on behalf of the company, withdrew approximately $18.5k from the account after dissolution and after being served a cease-and-desist. I no longer have access to close the account myself.

I'm requesting that you:

1. Close the account immediately to prevent further unauthorized activity.

2. Provide a complete transaction history for my records.

3. Remove all remaining user access and freeze the account pending closure.

Let me know if you need any official dissolution paperwork or supporting documentation.

Thank you,
Nathan Rapport
Former Founder of Radian Industries

Cell: 216-308-0725

---

**Mercury Support** <support@mercury.com>                         Tue, May 20, 2025 at 4:30 PM
Reply-To: Mercury Support <support@mercury.com>
To: Nathan Rapport <n.rapport@gmail.com>
Cc: Michael Chapiro <michael@radianindustries.com>

Hi Nathan and Michael,

Max from Mercury support here!

Nathan reached out to inform that he is an owner of Radian Industries Inc., and that his access to the Mercury account was wrongfully removed and needs to be reinstated.

Owner disputes occur when rightful owners cannot access the account. Per our internal compliance policies, it is standard procedure to lock an account until a resolution has been reached regarding this owner dispute. Your account is now locked.

To proceed with next steps, we require submission of one of the following legal documents. This

document should identify the current owners/signatories of the company.

- Board Resolutions (Corporate Resolutions)*
- Corporate Bylaws
- Notice of Sell of Ownership

Upon receiving documentation from one party, the other party is allowed two business days to submit the necessary documents. If the documents are not provided within this period, the account will be unlocked.

Please utilize the secure link below to send it over.

https://www.sendsafely.com/u/support@mercury.com

Once it has been submitted, please respond with confirmation so that it can be retrieved promptly.

Best,


Max B.

 MERCURY

Help Center
[Quoted text hidden]
[6EXNW6-6G1GD]

---

**Michael Chapiro** <michael@radianindustries.com>                    Tue, May 20, 2025 at 4:45 PM
To: Mercury Support <support@mercury.com>
Cc: Nathan Rapport <n.rapport@gmail.com>

Hi Mercury,

Nathan is conducting felony theft of corporate physical assets in excess of $10k after an unlawful dissolution of the corporation. He has been unresponsive to my generous offers to him to settle the tens of thousands in outstanding debt the company has to me. He keeps begging for me to put him in prison with these slanderous statements, but unfortunately for the rest of the world, I have better things to do.

He is mentally unwell / deranged and has made various threats.

That being said, it doesn't really matter if he has access to the records so you can release those to him before closing the account as Wyoming will execute the criminal dissolution. Perhaps he can reflect on the scale of the grand theft he is engaged in with those.

Best,
Michael

[Quoted text hidden]

---

**Mercury Support** <support@mercury.com>                                           Tue, May 20, 2025 at 5:20 PM
Reply-To: Mercury Support <support@mercury.com>
To: Nathan Rapport <n.rapport@gmail.com>
Cc: Michael Chapiro <michael@radianindustries.com>

Hi Michael,

I am unable to open the attachments you sent. Since both of you are expressing the desire to close the account, and the account is at a zero balance I will unlock the account if that is agreeable to Nathan.

Once I have unlocked the account you can initiate this process straight from your Mercury dashboard, as long as you meet the following criteria:

- You're a **beneficial owner** on the account.

- The account has **no pending transactions.**

- The total Mercury balance is **$0.00**, which means you've transferred all funds out of checking, savings, and other accounts. You can do this via ACH or wire transfer, but be aware – this process can take a few days depending on the method you choose, so you'll need to wait till those transfers have settled to close the account.

- If you have a Treasury fund, you need to **liquidate the funds and transfer them out of the Treasury account**, then transfer them elsewhere via ACH or wire.

Once these criteria are met, here's how to initiate the process of closing your Mercury account.

- Log in to your Mercury account on the web. Note: this flow is not currently available through the mobile app – it must be initiated through the web dashboard.

- Click on the company name in the upper left-hand corner and select *Settings*. This will take you to the **Company Profile**

- Scroll to the bottom of the page where it says Close Account and click Start Request.

- Review the info provided, then click Continue. If you still have a balance or any pending transactions, we'll let you know that you're not able to proceed.

- You'll be asked to provide a reason for closing the account and given a chance to share any feedback about your Mercury experience.

- Finally, you can review your selections, then submit your request by clicking Request to Close.

Nathan, I look forward to your response.

Best Regards,

Max B.

 **MERCURY**

Help Center

On May 20, 2025 at 8:45:18 PM UTC, michael@radianindustries.com wrote:
Hi Mercury,

Nathan is conducting felony theft of corporate physical assets in excess of $10k after an unlawful dissolution of the corporation. He has been unresponsive to my generous offers to him to settle the tens of thousands in outstanding debt the company has to me. He keeps begging for me to put him in prison with these slanderous statements, but unfortunately for the rest of the world, I have better things to do.

He is mentally unwell / deranged and has made various threats.

That being said, it doesn't really matter if he has access to the records so you can release those to him before closing the account as Wyoming will execute the criminal dissolution. Perhaps he can reflect on the scale of the grand theft he is engaged in with those.

Best,
Michael

On Tue, May 20, 2025, 4:30 PM Mercury Support <support@mercury.com> wrote:
[Quoted text hidden]
[6EXNW6-6G1GD]

---

**Michael Chapiro** <michael@radianindustries.com>                    Tue, May 20, 2025 at 5:23 PM
To: Mercury Support <support@mercury.com>
Cc: Nathan Rapport <n.rapport@gmail.com>

There are arguably zero beneficial owners on the account as the corporation no longer exists.
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                    Tue, May 20, 2025 at 5:41 PM
To: Mercury Support <support@mercury.com>

Max B. from Mercury,

Your decision to forward my communications to Michael is a violation of professional discretion, confidentiality, duty of care in a conflict, and neutrality in corporate governance.

Please stop forwarding my emails to Michael and close the account as requested. I have provided the signed board resolution authorizing the dissolution of Radian Industries, as well as a signed copy of the board meeting minutes which grant me the authorization to dissolve the corporation.

Radian Industries is officially a dissolved entity and this corporate account should no longer be held open. Please close it.

Please send confirmation to me when the account is closed.

Best,
Nathan
[Quoted text hidden]

## 2.d. Proof of Ownership Sent by Rapport to Mercury on May 20



## 3. Chapiro's Golden Dome Email

Subject: We'll Own Golden Dome Strategic Missile Defense & Outpace AT&T+Starlink in Telecom

Hello,

I was recently authorized to disclose that the prior defense company I co-founded is making the major, enabling subsystems for the West's most advanced hypersonic strike systems, strategic re-entry vehicles, and missile interceptors (Mantis Composites, little public). No other startup has ever come close to transforming capabilities in those high-end systems -- the real ones, not simply imagining oneself breaking in someday as a prime -- but subcontracting on billion to centi-billion dollar programs of record as Mantis does can only get you so big.

I mistakenly pursued some lower end high volume systems over the past few years under trade names Black Lattice, and Maxwell Missiles (while starting a multi-million dollar revenue medical hardware biz on side I own 100% of) -- a mistake because investors struggled to get excited about ~1.5x more performant ordinary missiles than what they already had exposure to (Anduril, Firestorm, Mach, Ares, Neros, Zone5, Castellion, list goes on...). I get that now -- the pitch for a $10b company sounds small, and being unwilling/unable to blatantly lie as is commonly expected for raising VC, I only recently have something I can say can be a $1t+ outcome with a straight face.

My physicist co-founder and I have something we have been discussing since 2020 (last summer I decided to start funding it, and we have proven the key breakthrough on 1 of the 2 main systems) that will transform exquisite capabilities, with an unprecedented missile defense system of systems that will end MAD doctrine, with a platform that will also offer a unique telecom capability that will make us easily 10x larger than SpaceX. We will be the "next Raytheon* AND AT&T." *Though not making missiles. I think we can hit $100b private val in 10 years, $1t public val in 15 years, if venture backed early on.

We were recently one of the few companies selected by the Missile Defense Agency for Golden Dome Industry Day one-on-one meetings. $100b extra funding looks like it will be going to missile defense, and Trump's Golden Dome Act is the start. We are uniquely sort of opening up an entirely new domain that will lead to us eventually owning most of missile defense, and we want to be the prime contractor, so we are interested in connecting with investors who can support and participate in a $50-100m seed round (even if we start with only part of that, pending milestones). Without significant capital to rapidly vertically integrate our capabilities

into a more complete offering, DoD funding alone is more likely to position us toward becoming a subcontractor to the big primes (which means 5 years longer to reach $1t market cap from the commercial applications, and I don't like to wait -- but if the alternative is ~40% dilution across two <$50m rounds, we can wait).

Does this seem relevant to your firm? Do you want to get on an intro call? We will certainly not be sharing a deck with technology or architecture details given the highly sensitive nature of this area, and we are already adding risk to America by engaging with VCs at all! ...but we haven't received "the call" quite yet that "strongly encourages" us not to.

Best,
Michael

P.S. The BCC is deliberate, even though it's trivial to auto-populate first names and send something that seems personalized, which I usually do -- if you have an incorrect ego, as many VCs do, you will not be able to operate effectively here, and we hope to filter those out and lower the response rate from the start to not waste your time or ours. This is bigger than you. This is bigger than me. Though I invite you to join me in the true pantheon of tech immortality I quietly gained entry to nearly 8 years ago now.

Given the strategic significance for our nation here, I am eating my own dog food as well and offering you a mulligan despite whatever offense you may have caused. Can you do the same? This is for the few people left who still truly believe in American supremacy, individualism over collectivism, and truly transformational technologies, well beyond apps or widgets.

### 3.a. Vacuustat ICBM Email Exchange

This email exchange shows that the technology Chapiro later pitched in his Golden Dome mass email originated entirely from Rapport.

Gmail - Vacuustat ICBM defense                                      https://mail.google.com/mail/u/0/?ik=1caeebd591&view=pt&...

                                                **Nathan Rapport <n.rapport@gmail.com>**

---

**Vacuustat ICBM defense**
4 messages

---

**Nathan Rapport** <n.rapport@gmail.com>                                    Thu, Mar 3, 2022 at 5:56 PM
To: Michael Chapiro <michael@machcap.com>

Hi Michael,

I'm not sure whether we discussed this earlier, but the major missing ingredient to establishing an effective ICBM nuclear missile shield is having a long-endurance, high-altitude platform to mount an airborne laser. In fact, I don't think the laser even needs to be elevated, most of it can sit underground in a bunker and you can just run an optical cable up to the vacuustat.

Do you have any suggestions on how I can bring my invention to the attention of someone in the government?

Given the current geopolitical situation unfolding, I think there's an urgent need to protect cities from ICBM's and given the government's resources, a vacuustat could be built pretty quickly and relatively cheaply.

---

**Michael Chapiro** <michael@machcap.com>                                   Fri, Mar 4, 2022 at 3:00 PM
To: Nathan Rapport <n.rapport@gmail.com>

Hi Nathan,

Yes, I had been thinking DEWs might be an area of growing importance, especially as these tools appear to be maturing. I hadn't considered the possibility of a fiber optic cable, that's really interesting... do you have efficient transmission even with high power? Can it work across different wavelengths e.g. microwave? This seems it could be relevant to counter-UAS, which is also a serious concern.

Previously, you mentioned the idea of 12 stationkeeping vacuustats for telecom coverage of the entire US. Altaeros is doing helium balloons for telecom to replace a large number of cell towers at a smaller scale (you've probably seen them)... looking at the numbers on something like Lockheed Martin's large hybrid airship, they suggest refill costs are not that high -- the helium leaking per payload is highest for small airships due to V/SA so it would seem the smaller/ lighter the system, the greater the advantage of vacuustats over lifting gas. So do the large systems really make sense, or would it be better to have smaller scale systems that replace a few dozen cell towers? Those cell tower antennas aren't all that lightweight. The reason I mention this is that the more major areas of value, the easier it might be to get DoD funding. 5g is seen as a major area of competition, and the ability to improve our telecom infrastructure would increase economic output.

Btw, I think it makes sense to include a 10-100x economic "factor of safety"... I think your cost estimates based on materials are aggressive when extrapolating to system cost. If it can work at 100x the cost (which for DEW it seems feasible given the cost of the lasers, and especially with the much lower payload requirements of a ground based laser), then it's a more compelling pitch.

Finally, for counter-ICBM are you thinking the best approach would be to combine vacuustats with the space sensor layer, or to also have vacuustat radars? Given the size of the JLENS aerostat, I'm not sure if a large number of smaller systems would be effective in achieving the goals of that program.

DTRA, MDA, NRO, and possibly DARPA are the organizations I imagine could be interested. There's various ways of submitting whitepapers/proposals, even if they are unsolicited, but the key is often to find the right program manager, and that can take some time, including going to conferences. In-Q-Tel might also be interested.

I'm not sure if you've made some progress on testing out the tensigrity buckling resistant concept within a single compression rod, but without that level of validation, I think it will be challenging to get much funding. I think I mentioned I'm also working on a different approach... I'm not sure when I'll get around to building and testing a compression rod/strut structure, but hopefully within the next 6 months.

1 of 3                                                                                5/5/25, 18:33

I'm working on a software startup now (twitter.com/WageVest, wefunder.com/WageVest), but I'm still very interested in pursuing vacuum balloons. I'm struggling now to get capital for WageVest, though I have validated with customers that I am building the right product. I initially tried bootstrapping, but ran into issues with the developers I hired on UpWork so we do not yet have a product we can release. Given the unit economics and demand, this should be able to grow much faster than any hardware product, and then I will have the capital to fund various hardware/aerospace projects.

Thanks,
Michael
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                    Sat, Mar 5, 2022 at 11:56 AM
To: Michael Chapiro <michael@machcap.com>

Hi Michael,

Lasers and optics aren't really my area of expertise, so I don't know all of the technical aspects involved in designing a high-power fiber optic cable. However, from what little I've read, it seems to be feasible. For example, the automotive industry already uses fiber optic cables capable of handling 1 kW:

https://www.expo21xx.com/optics/22681_st3_laser_accessories/default.htm

Alternatively, depending on what part of the system carried the most weight, you might put the power generation system on the ground while carrying the laser on the vacuustat, and connect the two systems through a power line.

You make a very good point about telecom coverage; a larger number of smaller-scale vacuustat systems would make more sense than trying to cram everything into a small number of extremely large-scale systems.

Regarding counter-ICBMs, I *think* that the US government already has the radar infrastructure in place that they need for tracking ICBM's, and the vacuustat platform would just need to be connected to their existing infrastructure.

My goal in contacting the US government (or someone within the aerospace industry) is actually not to start a company around vacuustats at the moment--I don't think there's time for that given the current geopolitical situation regarding Russia and the Ukraine. What I'm hoping for (probably naively) is that the government might pick up my project right now and build a counter-ICBM system in time for it to be put to good use. I can license the patent to whatever aerospace company is interested in implementing it, and can consult on the project as necessary.

I actually got as far as producing CAD files for compression testing in late 2019/early 2020, but unfortunately the pandemic hit, and the materials science lab where I had arranged to do the testing shut down, and all of the suppliers that I was planning to use also disappeared, and my company laid me off, so I ended up moving. Long story short, I was forced to put the vacuustat project on hold, and in the meantime started working on other projects (physics and cryptocurrency).

I know you're very bullish on Bitcoin, however, you might find my approach interesting. Essentially, it decouples the proof-of-work involved in minting new coins from the process of making transactions, so that transactions are fast and energy efficient (and private) while the monetary supply is still computationally secure. This is the abstract from the new version of my whitepaper (coming out soon):

"We present a novel consensus protocol and computationally secure distribution mechanism for a decentralized digital currency that processes cryptographically private transactions quickly and cheaply. The consensus mechanism allows users to mint new coins for themselves using a proof-of-search protocol to claim tokens within a computationally secure, distributed data structure that ensures a non-inflationary monetary supply. Once new coins are minted, a novel consensus protocol enables cryptographically private, non-linkable transactions to take place for users without any additional computational work, thus decoupling the computational work of minting coins from the process of transacting. Transactions are validated immediately and asynchronously, via a novel byzantine broadcast algorithm that ensures efficient and reliable message propagation."

In any case: Good luck with your startup! It sounds like a very potentially promising idea. I'm not too surprised you had trouble finding good developers on Upwork. Fortunately, I was able to convince two former colleagues of mine to join my Kaon project as partners, so we're all bootstrapping the project together.

IF you're ever interested in collaborating on any project (eg, vacuustats, software, etc) I would definitely be open to

Gmail - Vacuustat ICBM defense                                    https://mail.google.com/mail/u/0/?ik=1caeebd591&view=pt&...

that.
[Quoted text hidden]

---

**Michael Chapiro** <michael@machcap.com>                         Sat, Mar 5, 2022 at 7:27 PM
To: Nathan Rapport <n.rapport@gmail.com>

Hi Nathan,

I will check with some people on the fiber optics. I'm not sure the relative weight of laser vs fiber optic cable, but you
need heavy cooling systems and phase change coolants so that is a lot of weight. Having that on the ground is ideal
for serviceability as well.

I don't think you'd be able to get things spun up quickly based on my experience with Mantis Composites doing work
related to hypersonics, another top priority area.

I think the approach I'm taking might be a bit easier to test, though the structural efficiency might not be high enough.

As for Bitcoin, if you want to have any chance of relevance instead of running a scam (though scams can be quite
lucrative even when you don't know they are scams), you need to preserve the Bitcoin UTXO set. In principle, you
could move to something different as long as you have that continuity. Bitcoin is Byzantine fault-tolerant, but it is not
technically a mathematical solution to the Byzantine general's problem. So if you somehow have improved on this,
you could proposes and see if that is a transition that can happen over a decade or so.

From the energy side, you might find BIP-52 interesting. powx.org

Thanks,
Michael
[Quoted text hidden]

# 4. Correspondence With Khosla

## 4.a. Chapiro's August 21, 2024 Email to Vinod Khosla



Figure 15: August 21, 2024 email from Defendant Chapiro to Vinod Khosla, using the term "functional retardation" to disparage Khosla and his partner Rajesh, criticizing their judgment on aerospace/defense investment, and proposing that Khosla commit $100–200 million as a sole LP in a venture fund run by Chapiro.[4] Chapiro's solicitation apparently did not result in funding.

---

[4]We can infer that the fund Chapiro solicited was Mach Capital.

**4.a.i. Full Text of August 21 Email**
Subject: An embarrassing error...

Date: Wed, Aug 21, 2024, 1:16 AM

Dear Vinod,

It is clear that neither you or Rajesh are serious about advanced
hardware, aerospace, or defense. I must thank you both, however, for
I could not have asked for a more perfect anecdote for the current
state of affairs -- I have collected many many anecdotes over the
years, but this is the bow-tied smoking gun -- that Rajesh would ask
the opinion of Benny of Velo3d, someone in a completely different
field of materials science, having built a spectacular FAILURE of a
company (I was as deferent as I could be chatting with Benny,
praising the technology, which I know is superb), today trading at
under an $11m market cap, and whose prior work was in Solyndra (and
I offered to connect Rajesh with world class composites experts, so
it cannot be out of pure laziness)... well, you could not write that
in a novel for it would seem too unbelievable.

You and Rajesh are clearly smart guys in many respects, so it's
tough what to make of what I have found no better term to describe
than functional retardation, and unfortunately, it means your
actions slow down human civilization, at least in some verticals. I
find it interesting how deeply similar this is to the actions of
Marc Andreessen or Peter Thiel -- such vociferous political
disagreement you have with them, but total revealed agreement in the
cargo-cult pseudo-desire to advance technology. Symmetry of politics
as escapism for insufficient agency?

When I spoke with Jack Dorsey a few months ago, he mentioned your
name as someone to talk to (he was meeting with you the following
week at the time) when I posed the idea of a venture fund at the
intersection of aerospace/defense, advanced manufacturing /
materials, and energy (tying in his interests in bitcoin mining &
ASICs) and though I tried to be diplomatic, I let slip through how I
felt a certain way, largely tied to Arevo, an area where I beat you.
I also am well ahead of you on being relevant to hypersonics as it's
still deeply uncertain whether the DoD will be interested in
Hermeus' low-hypersonic offering (an argument could be made that I
am ahead of you on health & food as well, but I digress).

I was rooting for you though, Vinod, I wanted to be wrong, which is
why I told Jack afterward that thinking it over I actually was
greatly interested in connecting with you (upon taking a step back
and considering the greater corpus of your life's work, and asking
myself, 'could Vinod be a kindred spirit?' for surely there was a
degree of sincerity toward science & technology so sorely lacking

among the Andreessens of the world and their ilk who 5 years ago
were principally focused on crypto/shitcoin scams), and I often
yearn for the opportunity to be humbled (e.g. a part of me longed to
be proven wrong about Desktop Metal too, but of course, I was not).
Alas, you did not grant this opportunity to me.

You may think my manner of writing is out of line, and most likely
it will go nowhere, but I find the only chance to liberate people
from the prison of the mental charade they construct for themselves
is with a sharp word or two of criticism that might just make a
moment of reflection (I imagine that in your position few people
ever offer you this since odds are it gains them nothing and simply
bears a cost). If you decide to take that moment, and if you want to
be part of the true advancement of the physical world with
unimaginably greater leverage than you are exerting today, something
most "deeptech investors" are not actually interested in, you could
consider allocating $100–200m as a sole LP to a venture fund I can
run to fill this major gap in the world.

All the best,
[Redacted Signature]

## 4.b. Rapport's First Email to Khosla

In this message, Rapport clarified his role at Radian Industries as the inventor and technical lead, and outlined the licensing and corporate structure designed to ensure long-term continuity, stability, and commercial scalability. However, Rapport received no response from Khosla, even though Chapiro had advertised Rapport's patented technology to secure the meeting. Khosla's silence was particularly troubling given that the meeting was premised on Rapport's patented and patent-pending technologies—yet no effort was made to verify Rapport's consent, no inquiry was made regarding the licensing status of his intellectual property, and no reply was ever sent in response to his outreach.



Nathan Rapport &lt;n.rapport@gmail.com&gt;

---

**Supporting Radian's Success – IP Structure & Technical Continuity**

---

**Nathan Rapport** &lt;n.rapport@gmail.com&gt;                                                 Wed, Apr 16, 2025 at 7:23 PM
To: kv@khoslaventures.com

Hello,

I'm Nathan, the inventor and technical lead behind the vacuustat (U.S. Patent 10,625,842 – PDF) as well as other technologies in development intended for future licensing. One of these--a patent-pending navigational system--is foundational to the loitering munitions and supersonic vehicle concepts that Michael may be presenting tomorrow.

I understand Michael may have shared a version of an LOI that outlined an earlier structural plan. Since then, we've adjusted course slightly--Radian will now remain the commercial entity, and I'm establishing Seldon Initiative as an independent R&D lab that will own and steward the core IP while supporting Radian's commercial execution. The core intent remains the same: to keep development and commercialization aligned while ensuring long-term technical continuity.

This structure is intentional: it ensures clear IP ownership, continuity of technical expertise, and long-term R&D stability. All rights are cleanly licensed to Radian, with no ambiguity around use or control. The dual-track model also allows engineering to stay focused on development milestones while the company concentrates on go-to-market.

I'm fully aligned with Radian's near-term success and long-term growth, and happy to share more context on the technical roadmap, IP structure, or how this model helps de-risk the opportunity and creates room to scale.

Best,
Nathan

## 4.c. Rapport's Second Email to Khosla

On August 4, 2025, Rapport followed up with Khosla again. Khosla again declined to reply.

 **Gmail**

Nathan Rapport <n.rapport@gmail.com>

---

### [IMPORTANT] IP Misrepresentation in April 17 Meeting - Clarification Requested

**Nathan Rapport** <n.rapport@gmail.com>
To: kv@khoslaventures.com

Mon, Aug 4, 2025 at 12:37 PM

Dear Vinod,

I'm writing to clarify a few key points regarding your prior interactions with Michael Chapiro, as part of a factual record I'm compiling in connection with his misappropriation of my intellectual property and unauthorized investor outreach.

On August 21, 2024, Michael sent you an email with the subject line "An embarrassing error..." in which he insulted both you and your partner Rajesh, using the term "functional retardation" to describe your decision-making.

On or around April 11, 2025, Michael sent an email to your firm under the subject line "We'll Own Golden Dome Strategic Missile Defense & Outpace AT&T+Starlink in Telecom," seeking $50-100 million in funding. You responded and a meeting took place on April 17th, 2025.

Additionally, Michael operates a public X account under the handle @DeltaClimbs, which has repeatedly posted direct insults about you. In particular, under this account Michael has publicly called you lazy, arrogant, and mentally disabled. He has also accused you of having a fragile ego, being a communist, and being a pathetic failure.

To help clarify the events that transpired, I'd like to confirm:

1. Were you aware of Michael's August 21 email insulting and disparaging you at the time of your April 17, 2025 meeting with him? If so, what prompted you to take this meeting with Michael?

2. Were you aware of Michael's @DeltaClimbs account and its history of comments about you before your April 17 meeting?

3. Were you aware that Michael's April 17 pitch involved technologies I had invented and patented?

4. Did Michael mention that I was the inventor of any of the technologies he presented in his April 17 meeting, or in his Golden Dome email to you?

5. Did Michael explain why he presented his plans for missiles and drones at the April 17 meeting rather than the vacuustat (vacuum balloon) concept he originally proposed? Did you request this change?

6. Did you read the email I sent to kv@khoslaventures.com on April 16, the day before your meeting with Michael (attached)? If so, why didn't you respond?

7. Please provide me with any email exchanges you had with Michael. Michael may have used michael@machcap.com or michael@radianindustries.com as his email address in correspondence to you.

In my April 16 email, I clearly identified myself as the inventor and technical lead behind the technologies being pitched, including the vacuustat (U.S. Patent 10,625,842) and related IP, including the navigational technology that Michael included in his pitch deck, which he presented to you. In my email, I outlined the licensing structure and clarified the rights I held. If you saw this email, I'd appreciate understanding why it was never acknowledged, particularly given that Michael had no right to present my technology as his own. If you didn't see it, that's important to clarify as well.

I understand you're extremely busy, but I would appreciate a response to my questions by the end of this week. If you cannot respond by then, please acknowledge receipt of this email and please let me know when I can expect a more complete response.

If you're unwilling to provide any clarification, that raises concerning questions for me regarding what was known and when. To be clear, I'm not suggesting you were complicit in Michael's efforts to misappropriate my intellectual property.

However, I believe a direct, voluntary response now is the quickest and least burdensome way to resolve this, because silence on this issue may create an appearance of wrongdoing in the absence of any clarification.

If you decline to respond, please be advised that ignoring this email will not make me vanish from existence or negate your involvement: rather, it will make me significantly more likely to seek answers to my questions through subpoenas and/or depositions. As you may know, depositions are typically limited to one day of seven hours under Federal Rule of Civil Procedure 30(d)(1), but that time may be extended for good cause, particularly in complex matters involving multiple claims or factual disputes. I am mentioning this as a courtesy to document that I made a good-faith effort to respect your time and to obtain information voluntarily.

Best,
Nathan

---

📄 **Gmail - Supporting Radian's Success – IP Structure & Technical Continuity.pdf**
18K

## 5. Chapiro's Email to Mark Cuban

Let's be honest: you're well liked by 2-bit "founders", but not many others. I can fix your reputation with a company that will actually matter to the world. I offer you nothing less than absolution for your great sins against humanity of shitcoinery.

Will outclass everything else you have ever done and transform the health of human civilization. Plus, if you get to know me through investment, I might be able to cure your shitcoin retardation and help you understand bitcoin, but no promises ;)

Figure 19: Snippet from an email Chapiro sent to Mark Cuban.[5]

---

[5]https://x.com/DeltaClimbs/status/1813604386209427910

# 6. Rapport's Email Exchange with telescopes.net



Nathan Rapport <n.rapport@gmail.com>

## Re: Returning camera 11000013429ST
18 messages

**Simon Tang** <simon@telescopes.net>                                      Tue, Nov 12, 2024 at 3:37 PM
To: Nathan Rapport <n.rapport@gmail.com>
Cc: returns <returns@telescopes.net>

Attached is your RGA and return label. Please have this sent out as soon as possible.

Simon

---- On Mon, 11 Nov 2024 14:00:21 -0800 **Nathan Rapport <n.rapport@gmail.com>** wrote ---

Hello, yes, this camera just didn't fit my use case, and I'm replacing it with another camera.

Best,
Nathan

On Mon, Nov 11, 2024, 4:45 PM Simon Tang <simon@telescopes.net> wrote:

Hello sir, can i get the reason for returning this item?
Simon

---- On Mon, 11 Nov 2024 11:48:50 -0800 **Nathan Rapport <n.rapport@gmail.com>** wrote ---

Hi, I'd like to return the camera I bought.

Please refer to the receipt attached to this email.

Thank you,
Nathan

**2 attachments**



**Labels-638670117145569282.pdf**
33K

**11000013429ST.pdf**
1048K

**Simon Tang** <simon@telescopes.net>                                      Mon, Nov 25, 2024 at 10:44 PM
To: Nathan Rapport <n.rapport@gmail.com>
Cc: returns <returns@telescopes.net>, Curt Grosjean <curt@telescopes.net>

Hi Nathan,

We received the camera, however, the entire original box is missing. We cannot accept returns without all original packaging for a refund. At this point, we have to consider that this has become a used item.

The restock fee in this case will be 50% of the total value.

Simon

---- On Tue, 12 Nov 2024 12:37:27 -0800 **Simon Tang <simon@telescopes.net>** wrote ---
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                              Mon, Nov 25, 2024 at 11:22 PM
To: Simon Tang <simon@telescopes.net>

The box is worth $650?
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                              Mon, Nov 25, 2024 at 11:23 PM
To: Michael Chapiro <michael@machcap.com>, Michael Chapiro <mrchapiro@gmail.com>,
michael@radianindustries.com

They want to charge $650 for the box....
[Quoted text hidden]

---

**Michael Chapiro** <michael@machcap.com>                              Mon, Nov 25, 2024 at 11:40 PM
To: Nathan Rapport <n.rapport@gmail.com>

Well do you have the original box?
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                              Mon, Nov 25, 2024 at 11:51 PM
To: Michael Chapiro <michael@machcap.com>

I do, actually. I didn't ship it in the original box because the original box is small, and I wanted to add a bunch of
packaging so I wrapped it up and put it in a bigger box.
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                              Mon, Nov 25, 2024 at 11:53 PM
To: Michael Chapiro <michael@machcap.com>

Here's their return policy for reference: https://whcamera.com/returnpolicy

Nothing there about a 50% charge for not shipping it in the original box.
[Quoted text hidden]

---

**Michael Chapiro** <michael@machcap.com>                              Mon, Nov 25, 2024 at 11:55 PM
To: Nathan Rapport <n.rapport@gmail.com>

Yeah, so ask when the 50% refund will be made. Wait 1 week, and negotiate for a further 30% refund (20% restocking fee) or that you will doing a card chargeback for fraud.

[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                    Tue, Nov 26, 2024 at 12:05 AM
To: Michael Chapiro <michael@machcap.com>

Should I tell them I can ship them the box first and give them a chance to provide the whole refund? The restocking fee is 10% so you should really get 90% back.

[Quoted text hidden]

---

**Michael Chapiro** <michael@machcap.com>                    Tue, Nov 26, 2024 at 12:19 AM
To: Nathan Rapport <n.rapport@gmail.com>

Yeah, if you have the box then send it.

[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                    Tue, Nov 26, 2024 at 12:34 AM
To: Michael Chapiro <michael@machcap.com>

Alright, I'll email them and then send them an empty box...

[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                    Tue, Nov 26, 2024 at 10:52 AM
To: Simon Tang <simon@telescopes.net>
Cc: returns <returns@telescopes.net>, Curt Grosjean <curt@telescopes.net>
Bcc: Michael Chapiro <michael@machcap.com>

Hi Simon,

I have the box for the camera as well. Can I send this back to you to receive the full refund?

Best,
Nathan

[Quoted text hidden]



**20241126_104531.jpg**
2134K

---

**Simon Tang** <simon@telescopes.net>                    Tue, Nov 26, 2024 at 12:34 PM
To: Nathan Rapport <n.rapport@gmail.com>
Cc: returns <returns@telescopes.net>, Curt Grosjean <curt@telescopes.net>

I will be good to wait for the return of the box with all the pieces inside returned as well and then reassess the restock fee.

Our return policy is clearly stated on our website and the RGA form that you had been provided.

A minimum 10% restocking fee, charged on the amount you originally paid for the item, will be assessed should a product show any signs of use or assembly. This includes but is not limited to excessive dust, dirt, fingerprints,

marred paint or threads, missing packaging, torn boxes or bags, clear signs of assembly or use, or any condition that would prevent Woodland Hills Camera & Telescopes from reselling your item as new.  Save your packaging! All returns should be sent packaged as close to originally packaged as possible.

Please return the original packaging at your earliest convenience.

Simon

---

---- On Tue, 26 Nov 2024 07:52:52 -0800 **Nathan Rapport <n.rapport@gmail.com>** wrote ---
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                                           Tue, Nov 26, 2024 at 1:13 PM
To: Simon Tang <simon@telescopes.net>
Cc: returns <returns@telescopes.net>, Curt Grosjean <curt@telescopes.net>

Hi Simon, thanks. Will you send me a label to print?

The remainder of the packaging (there was some green bubble wrap, I believe) was included in the previous package I sent, so you will be receiving an empty box.

Best,
Nathan
[Quoted text hidden]

---

**Simon Tang** <simon@telescopes.net>                                              Tue, Nov 26, 2024 at 2:35 PM
To: Nathan Rapport <n.rapport@gmail.com>
Cc: returns <returns@telescopes.net>, Curt Grosjean <curt@telescopes.net>

We can send you a label but keep in mind that all shipping costs will be deducted from the total refund as out lined. I will need to get the size and weights in order to create a label. Keep in mind, our rates will also be significately lower that rates that you would be quoted.

Once i get the weight and dimensions, i can issue you a label.

Simon

---

---- On Tue, 26 Nov 2024 10:13:48 -0800 **Nathan Rapport <n.rapport@gmail.com>** wrote ---
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                                           Tue, Nov 26, 2024 at 9:43 PM
To: Simon Tang <simon@telescopes.net>
Cc: returns <returns@telescopes.net>, Curt Grosjean <curt@telescopes.net>

Hi Simon,

The box is 6x8x8 inches and weighs 0.8 lbs.

Best,
Nathan
[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com>                                      Mon, Dec 2, 2024 at 8:00 AM
To: Simon Tang <simon@telescopes.net>
Cc: returns <returns@telescopes.net>, Curt Grosjean <curt@telescopes.net>

Hi Simon,

Just a reminder, I am still waiting for the label. Please let me know if you need any other information.

Best,
Nathan
[Quoted text hidden]

---

**Simon Tang** <simon@telescopes.net>                                         Mon, Dec 2, 2024 at 1:10 PM
To: Nathan Rapport <n.rapport@gmail.com>

Attached is the return label.

Simon

---

---- On Mon, 02 Dec 2024 05:00:00 -0800 **Nathan Rapport <n.rapport@gmail.com>** wrote ---
[Quoted text hidden]

---

📄 **Labels-638687310189156578.pdf**
   33K

# 7. Rapport's Emails to Chapiro Describing Vacuustat VAWT



**Nathan Rapport <n.rapport@gmail.com>**

---

### Vacuum Balloons

---

**Nathan Rapport** <n.rapport@gmail.com>                                    Mon, Aug 16, 2021 at 4:58 PM
To: Michael Chapiro <michael@machcap.com>

Hi Michael,

On the subject of vacuum balloons (vacuustats): I completely agree that energy generation is impractical with conventional aerostats, however, there are a couple of factors that completely change the calculus with vacuustats in comparison to conventional aerostats.

First, to understand why wind energy from aerostats is alluring in the first place, we have the equation: power ~= (swept area)*(wind speed)^3. Thus, a small increase in wind speed produces an outsized impact on the amount of power generated. And wind speed does increase significantly with even modestly higher altitudes. For example, at 600 meters (still below FAA regulations), wind speeds are 29% higher and a wind turbine would produce 116% more power. Larger blade sizes also increase power linearly (for a vertical-axis wind-turbine).

Thus, if we can increase the height and/or blade size of wind turbines, we can generate more power. Unfortunately, conventional wind turbines are already huge and approaching the structural limits of the size they can support. Aerostat-supported wind-turbines suffer from two issues. First, if the lifting gas to be used is helium, it will be extremely expensive to utilize at a large scale, so that's essentially a non-starter. If the lifting gas is hydrogen, it is less expensive; however, hydrogen is also flammable, which poses safety issues. Hydrogen and helium also both suffer from an even larger issue, which is gas diffusion. Even if the pressure gradient with the atmosphere is minimal, hydrogen and helium are both very small molecules with a strong tendency to escape containment, so they need to be constantly replenished. The larger the aerostat, the more surface area it will have and the more gas will need to be replenished. Hydrogen can be produced renewably from electrolysis, although that is relatively slow and expensive, and generally H2 is produced from natural gas instead.

But even if you don't care about producing green energy, H2 gas is still impractical for energy generation because the cost to constantly replenish lost H2 is too high. I did some calculations a while back that examined the prospect of adding an H2 feed tube to support an aerostat, and the issue is that the feed tube adds weight, which requires the aerostat to be larger (increasing its diffusion), and the feed tube itself suffers from diffusion, particularly if gas is being moved at a high flow rate, and the longer the tube, the more the diffusion, and making the tube heavier only increases the diffusion in the aerostat itself, which has to be larger to support a heavier tube. It's been a few years since I crunched the numbers, but I concluded that the H2 approach was hopeless.

With vacuustats, however, there is no lighter-than-air gas required, and the diffusion rate of air molecules (nitrogen and oxygen) through solids is about two orders of magnitude lower than that of hydrogen/helium. So, that changes the entire economics of the problem. Even accounting for the increased pressure gradient, the rate of diffusion is much, much lower in vacuustats (I have the calculations somewhere, I'd have to dig them up). On top of that, there's no lifting gas to replenish, so the maintenance of buoyancy comes directly from a vacuum pump, which can be operated efficiently at a low power. To summarize, vacuustats work spectacularly well where traditional aerostats fail. In fact, it makes more sense to conceptualize them as components of permanent floating structures rather than temporary lifting vehicles.

When you combine the increase in wind-swept area of a vacuustat-supported vertical-axis wind turbine (VAWT) with the 2x gain in power generation, I estimate you can comfortably produce an order of magnitude more power per turbine while also minimizing impact to environment (eg, danger to birds), AND the turbines can be produced far more cheaply than conventional turbines since they don't require nearly as much steel and traditional structural support. Think $250k per turbine (using my design with alumina struts, carbon-fiber strings, etc) vs 2 million. This obviously makes the ROI much higher and the dollar cost per kilowatt-hour (the only metric that really matters at the end) much lower.

I have some points to make about cryptocurrency (I read your article btw, very interesting ideas) as well, but this email is long enough so I'll get back to you on that in a bit. Thanks for your response!



Nathan Rapport <n.rapport@gmail.com>

## Vacuum Balloons

**Nathan Rapport** <n.rapport@gmail.com>
To: Michael Chapiro <michael@machcap.com>                                                    Mon, Aug 16, 2021 at 10:39 PM

Hi Michael,

A rough estimate for a 600m VAWT is that you would produce 2x the power and have 5x the wind-swept area of a conventional turbine, so 10x the power output of a 100m conventional turbine. If an average wind turbine produces 1.5 MW, a vacuustat turbine would produce ~15 MW. There's no real reason why you couldn't build taller vacuustat turbines other than FAA regulations. With some lobbying you could probably overcome the 600m limitation, but I haven't considered anything taller.

Alumina costs can be measured by the ton, whereas Boron fiber will run you around $3k per kg and will be a very significant part of the cost of materials (you'd have to run the numbers, but Boron fiber would probably put the cost of a vacuustat turbine into the millions).

I have a relatively high conviction that vacuustat turbines make economic sense because I could be wrong about a lot of things, but the numbers work well enough to leave a large margin of error. I don't know what assembly costs would be, but the cost of materials wouldn't be terribly high with alumina struts and carbon fiber strings (not expensive). The bulk of the cost would be for the technical fabric comprising the outer membrane. Precision-manufactured CAD components for the joints would also contribute to the cost.

I don't know the details of the cost breakdown for the military projects you mentioned, but I suspect the cause of the high price tag is some combination of cost-plus contracts and factoring in the very high military R&D costs with the very low unit production numbers. A vacuustat wind-turbine would be much cheaper per unit because it would be produced on a much larger scale, so costs per unit would be much closer to the cost of materials and assembly. Also, with an airship there are a ton of extra costs to consider like expensive avionics, radar, stealth, propulsion, and safety for human crew, none of which would be included in the cost of a turbine in a sparsely populated rural area.

HAPs or "vacuustatelites" make a lot of economic sense. You could provide coverage for the entire continental US with roughly 12 solar-powered station-keeping vacuustatelites at 18 km. You can see from the attached image that there is a "goldilocks zone" in the upper atmosphere for station-keeping platforms. Compare that to Elon Musk's plan to spend however many billions for 40,000+ Starlink satellites....

Tethered vacuustats, or vacuustat-supported towers above 2 km could also provide an excellent platform for directed-energy missile defense. I believe you're already familiar with the Boeing YAL-1.

Compression creep is a serious issue, but my calculations include a safety factor of 2. I'm attaching the output of a program I wrote--don't take these numbers as gospel, but they give you an idea of what to expect for minimum and maximum size and carrying capacity for various vacuustat designs. The maximum size isn't a hard limit any more because I have additional designs for scaling it. I define "lifting efficiency" as the amount of useful lift per kg of air displaced. I'm also attaching two papers that have some technical info about aerospace fabrics.

I think skysteading is a bit of a pipe dream (with a pool on top? I don't think so....) but maybe there could be some market for sky cruises. I'm skeptical though, and I don't think that would be the best market to target.
[Quoted text hidden]

**4 attachments**



**Wind-speed-m-s-VS-altitude-Km-14.png**
55K

vacuustat_data_01_23_2020.txt
2K

**zylon_technical.pdf**
524K

**Technical Fabrics for Aerospace Applications.pdf**
4629K



Figure 28: Rapport's VAWT sketch; sent to Chapiro during this email exchange.