# Exhibit C4: Social Media Posts

## Contents

Exhibit C4: Social Media Posts ................................................................................ 1

1. Reputational Harm by Association ..................................................................... 1

2. Violations of OpenAI Policies ........................................................................... 3

3. Evidence of Meetings at Argentine Ministry of Defense ................................. 4

4. Social Media Posts Table .................................................................................. 6

5. Screenshots ..................................................................................................... 32

# 1. Reputational Harm by Association











## 2. Violations of OpenAI Policies



**OpenAI**

Hello,

OpenAI's Usage Policies restrict the use of our services in a number of areas. We have identified ongoing activity in your OpenAI account that is not permitted under our policies for:

- Mass Casualty Weapons

We are deactivating your access to our services immediately for the account associated with the email

Figure 1: This exhibit shows that OpenAI permanently deactivated Defendant Chapiro's account after detecting "ongoing activity" in violation of its strict prohibitions on the development or use of mass casualty weapons.

### 3. Evidence of Meetings at Argentine Ministry of Defense

On August 22, Chapiro posted the following photos of himself outside the Argentine Ministry of Defense.



Figure 2: Chapiro posing outside the Argentine Ministry of Defense, writing in an X post on August 22: "We're gonna build here like it's 1950's Socal."[1]

Figure 3: Chapiro posing with his associate, @Lady_Astor, writing: "We are going to restore Argentina to its former glory and inspire the United States to return to its founding principles of private property and liberty."[2]

---

[1]https://x.com/DeltaClimbs/status/1958963397829226778
[2]https://x.com/DeltaClimbs/status/1958968774872506850



Figure 4: On August 25, 2025, Chapiro posted this meme on his public X profile, signaling his intent to build a ballistic hypersonics missile company in Argentina.

## 4. Social Media Posts Table

Posts from social media, mainly by Chapiro, who has posted under a variety of handles, including `DeltaClimbs` (perhaps originally `mchapiro`), `GhostDirac`, `DiracDel`, and `DeltaEpoch`.[3] The `Xaraphim` handle belongs to Dylan Tyler Carrington. Emojis were removed for this exhibit, but these can be viewed in the original posts.

| Date | Content | X Link |
|---|---|---|
| 01/10/25 | I'm actually his co-founder and had to be the one to qualify, haha. | https://x.com/DeltaClimbs/status/1877697904103592061 |
| 03/09/25 | Bullish on people vertically integrating and building the hard machines that make the machines better, rather than just going for the bubblegum & wire approach to show something shiny to a VC who doesn't know what they're looking at. This is what low time preference looks like. | https://x.com/DeltaClimbs/status/1898692122565312974 |
| 06/18/25 | literally nothing | https://x.com/Xaraphim/status/1946371716034244923 |
| 06/01/25 | Should you succeed, no one will know what you did Should you fail, the world might end Type shit | https://x.com/DeltaClimbs/status/1929215015221076006 |
| 06/02/25 | Writing some outlandish shit specifically To trigger people to get back to you with "You cannot tell anyone about this" Type shit | https://x.com/DeltaClimbs/status/1929400074167066867 |
| 02/03/25 | Elon Musk is a TECHNOCOMMUNIST fäg The world deserves much better Will you let shitcoiners like him, Thiel, Lonsdale, Andreessen, etc., or globalists like Gates, Khosla, or Brin, etc., own the narratives around technological advancement? Don't tolerate the consolation prizes! | https://x.com/DeltaClimbs/status/1886507823036817681 |
| 05/31/25 | Elon Musk is a fahgett piece of shit and everyone knows it | https://x.com/DeltaClimbs/status/1928728797311889912 |
| 06/26/25 | America needs better physical technology- We are looking for... applying modern software" Fuck you, you LARPing pieces of shit | https://x.com/DeltaClimbs/status/1938439979598016863 |
| 06/29/25 | Are there any examples of people successfully building hardware companies as remote CEOs? Also, is it healthy to raise very young children with a lifestyle of moving every ~2 months through a | https://x.com/DeltaClimbs/status/1939492821297516701 |

---

[3] A handful of posts are missing links, since X has marked some of Chapiro's content as spam (particularly his `GhostDirac` account) and de-indexed them, making these posts very difficult to discover. However, the screenshots are saved, so even these de-indexed posts should in theory be recoverable.

| | rotation of locations to chase seasons? I figure below a certain age it works. | |
|---|---|---|
| 06/02/25 | My enemies would love to have me softened by a woman. How much of a risk does this pose? | https://x.com/DeltaClimbs/status/1940435113856356852 |
| 11/27/24 | For years I struggled with finding my purpose and enduring the trauma of not being a billionaire (or even a small fraction of that) after solving COVID and making the strongest materials in the universe, among other things. I am so grateful to have finally found it. | https://x.com/DeltaClimbs/status/1861874350334558299 |
| 03/02/25 | The fact that I am not a billionaire (and nowhere remotely close) makes me a pathetic loser, given what I have done If you are not a billionaire, it does not make you a loser We are not the same Updated my bio to be more honest with myself and check my ego so I can fix myself | https://x.com/DeltaClimbs/status/1896391242436714541 |
| 06/25/25 | Aerovironment popped over 20% today on earnings, haha. It's funny, I suggested AVAV and KTOS to a friend who asked if I could give him suggestions for defense stocks in fall 2023. Both up over 2x. Every day I am not managing $100b is an anomaly, and nature corrects gradients. | https://x.com/DeltaClimbs/status/1937968292955820210 |
| 06/30/25 | No slop when making the first billion I called my shot T minus ~3 years Shared details with a handful of people | https://x.com/DeltaClimbs/status/1950699201190404451 |
| 06/10/25 | Be me Start new defense company a month or two ago Call with someone in Pentagon tomorrow And someone on my team meeting people very high up in Argentine Ministry of Defense also tomorrow You haven't seen how fast I move because my prior stuff is not really publicly known... | https://x.com/DeltaClimbs/status/1943315797440381424 |
| 06/10/25 | These slow drones are exactly why I am starting a drone company. 5 years ago when I chatted with a friend about it, the market demand wasn't there. As of a month ago it is.<br><br>I asked our team what our expected 0 to 60 will be.<br><br>250 milliseconds. | https://x.com/DeltaClimbs/status/1943489624187228203 |

| | Performance matters. #SpeedIsLife | |
|---|---|---|
| 07/24/25 | I'm going to meet with the Argentine Ministry of Defense in a couple weeks, my team has been chatting with them. We are going to strengthen Latin America, further Americanize them, and kick out the CCP with some amazing weapons capabilities I'm working on. Lots of plays. | https://x.com/DeltaClimbs/status/1948237181052477441 |
| 07/24/25 | That's what I'm going for, but still uncertain on both sides I don't think Brazil is moving in a way that is aligned with American interests, plus they are culturally disparate from rest of LatAm. I also speak Spanish, but not Portuguese. Probably around Aug 5-10 to Aug 17-20. | https://x.com/DeltaClimbs/status/1948241956838019357 |
| 10/11/20 | It's possible to construct vacuum airships and it might even be practical.<br><br>First conceived of by Francesco Lana de Terzi in 1670.<br><br>Though I'm not sure why you wouldn't just use hydrogen since with good practices it won't explode. http://cba.mit.edu/docs/papers/19.01.vacuum.pdf | https://x.com/DeltaClimbs/status/1315152934871560192 |
| 10/25/20 | It seems a star / suspension-bridge design as opposed to a shell might be much more structurally efficient and easier to build. This image is from a patent that uses tension and cross-beams to prevent buckling of the primary compression members. https://patents.google.com/patent/US20170021907A1/en | https://x.com/DeltaClimbs/status/1320279574333145088 |
| 12/03/20 | the shape reminds me of a vacuum airship using a tensegrity internal structure that might be broken somewhere. https://patents.google.com/patent/US20170021907A1/en no idea whether such an airship could fly that high or if anybody even ever build one. read about this from @mchapiro | https://x.com/_JeanLeon/status/1334667947671957508 |
| 06/15/25 | The vacuum airships? Nah, won't cost me that much. Think I've figured out a solid path to become a billionaire fairly quickly | https://x.com/DeltaClimbs/status/1934131039649087765 |

| | leveraging normie emotions. I'll probably get it done after that for only $20m... Tbh, if it fails with $20m, idk if $10b would really make a difference. | |
|---|---|---|
| 08/20/23 | Here we can see the beginning of the end of the unlawful, criminal notion that "intellectual property" is a real thing. AI *could* and will be used in the drafting of every patent. https://www.theverge.com/2023/8/19/23838458/ai-generated-art-no-copyright-district-court | https://x.com/DeltaClimbs/status/1693137889595461909 |
| 04/17/24 | Stop being a little bitch-ass statist cuck, intellectual property is not real and undermines American values of freedom, life, liberty, and property. IPooors are in the same category that say taxes are giving "back" to justify VIOLENT THEFT/EXTORTION! Try being more valuable! | https://x.com/DeltaClimbs/status/1780694071784456607 |
| 08/04/24 | There is no such thing as "intellectual property," commie, statist scum Freedom of association, motherfucker | https://x.com/DeltaClimbs/status/1820135478764634615 |
| 10/08/24 | The greatest strategic move America could pull is leaping ahead of the entire world on property rights & moral superiority yet again to being first to recognize the fundamental unlawfulness of "intellectual property." That is how America can restore its Schelling point status. | https://x.com/DeltaClimbs/status/1843538765597532553 |
| 11/14/24 | There is no such thing As intellectual property "Intellectual property" is actually a nonsense commie term, not unlike "paying your fair share in taxes," used to j violent extort and deprive people of their private property A non-1st-strike policy on fiat standard reasonable | https://x.com/DeltaClimbs/status/1857182093534777739 |
| 11/21/24 | Drug R&D is a total façade... it isn't real the way rockets and satellites are. There is no such thing as "intellectual property" and the notion of such is an infringement to real property rights. Elon still believes in "the system"... hence his cavalier tolerance of dogecoin. | https://x.com/DeltaClimbs/status/1859658824619266166 |
| 12/22/24 | You are a deranged commie, thinking you can utter incantations that allow you to "lawfully" rob people of tangible property at gunpoint. No need to equivocate -- "IP" is the same as people who think "paying | https://x.com/DeltaClimbs/status/1870831670062145909 |

| | fair share of taxes" is a legitimate statement. You don't even do R&D. | |
|---|---|---|
| 12/22/24 | There are few people who match me on percent of work that can be magnified through the criminal concept of IP, and yet, I am able to understand why it is wrong, so you have no excuse, not that you had one anyway. Ignorance is not an excuse of (the real) law. | https://x.com/DeltaClimbs/status/1870832560936542232 |
| 02/13/25 | Abolishing the FDA and eliminating all healthcare, health insurance, and "intellectual property" laws is the only way this cartelized industry that destroys human health can ever end. Healthcare industrial complex is 10x worse than the war industry, without the tech upside. | https://x.com/DeltaClimbs/status/1890120626838597944 |
| 02/13/25 | "Intellectual property" is not real. It is word salad nonsense to justify the violation of actual property rights with theft, violence, and extortion. | https://x.com/DeltaClimbs/status/1890123523013873985 |
| 03/01/25 | Yeah, I'm probably one of the top skeptics (because raw technoeconomic energy physics, matsci, etc), but I will be among the first to defend Valar against *this* line of attack because "intellectual property" is actually gay nonsense that isn't real. | https://x.com/DeltaClimbs/status/1895925472862839056 |
| 04/05/25 | What sort of soy fãggotry is this? "Intellectual property" is not real Your claim is tantamount to saying America is worthless, which is obviously wrong No serious person expects a shitcoiner parasite such as yourself to understand the nature of value & wealth creation though | https://x.com/DeltaClimbs/status/1908617662965383285 |
| 04/11/25 | Don't be a gay and retarded statist cuck, Chris. Leave that to the leftists. "Intellectual Property" is not real, and you are actually claiming you believe in using state violence to deprive people of their real property because of your magic incantations. Stop being a commie | https://x.com/DeltaClimbs/status/1910886438087913644 |
| 04/12/25 | When will more bitcoiners finally realize that saying "intellectual property is a real thing" is the same sort of "intellectual perspective" that goes into saying "healthcare and food is a human right?" | https://x.com/DeltaClimbs/status/1911042158884245941 |

| | | |
|---|---|---|
| 04/12/25 | I tHiNk "inTeLlEcTuAL pRoperTy" is PropeRTy Fuck off, commie f*g! @paoloardoino, come get your boy! | https://x.com/DeltaClimbs/status/1911185143110488301 |
| 04/13/25 | And what Jack is saying is you are retarded because IP doesn't actually exist "You are stealing my MYP (My Your Property), it's your property, but gov says I get to have it because of MYP Law." | https://x.com/DeltaClimbs/status/1911414148975444073 |
| 04/15/25 | Communism uses double speak: 1) "my property rights" for counterfeiting wealth by money printing 2) "my IP" using State to shoot anyone in head who doesn't pay extortion fees to wrangle/sell *their real property* due to agreement *between you & State* Both RINO commie scum | https://x.com/DeltaClimbs/status/1912124119757259106 |
| 04/15/25 | Almost none of the people in this IP debate have any of this so-called "IP" to lose I on the other hand have patents on stuff on its way into strategic missiles for the next many decades, so you'd think I would be on pro-"IP" side ...but first and foremost, I have principles! | https://x.com/DeltaClimbs/status/1912190430697124114 |
| 05/04/25 | How much of your profits were from scamming Americans running a shitcoin platform were inadvertently funneling money back to Russian and Chinese criminal organizations funding ongoing war efforts in Ukraine & grey zone activities in the Indo-Pacific? You think IP is real. | https://x.com/DeltaClimbs/status/1919164168995062036 |
| 05/10/25 | That's wild. Probably worth remembering that young women should not be held to the same standards as men for their transgressions, especially if the supposed transgression is IP theft since there is no such thing as "intellectual property." #BitcoinStandard | https://x.com/DeltaClimbs/status/1921307970090000693 |
| 05/10/25 | Yeah, I have no idea what's going on here, nor am I involved in any decisions that may involve people in relation to these events. I stepped down as CEO of my LED biz a few weeks ago to focus more on aerospace & defense. I'll just mention, as always, "IP" is not real. | https://x.com/DeltaClimbs/status/1921306321430647061 |
| 05/24/25 | America must leverage its cultural superiority of property rights to realize that "intellectual property" is double speak | https://x.com/DeltaClimbs/status/1926240824557294058 |

| | | |
|---|---|---|
| | for the violent extortion and deprivation of private property. Glad you are learning more about engineering and the futility of desperate denialism about the state of the world. Your investors will have the opportunity to continue learning those lessons as well. The funny thing in all this, is I actually have the solution to the jet engines. It is practically certain my stuff will be used in commercial supersonic aviation engines a century from now, the question then becomes, *how much sooner* might it happen? Ironically, the answer is that Boom probably slows it down. Boom represents a culture failure and a desperate lurch by those who know it is a farce and are unwilling to put in the emotional-technical work to understand what it takes to build the world in which the technological capacity exists to profitably make a suspersonic commercial aviation company. | |
| 06/20/25 | Having principles bears a price that can fall upon oneself. Ideas are not a thing that a person can be deprived of. Notion of "IP" is no more a reality than the notion of any other "right to the property of others" e.g. "free healthcare." Ironically, you are pro violent theft. | https://x.com/DeltaClimbs/status/1936131393169637812 |
| 12/16/24 | There are thousands of widgets you can fabricate with your property that if handed to a non-US person, even within the US, could be a criminal ITAR violation. This is of course itself an illegal violation of American property rights, but good luck fighting that (I sure won't). You have a few options: 1) become a defense contractor and actually do something with your idea; 2) publish your idea without first filing a patent that can be captured -- guess what, fuck-face, if you believe "intellectual property" is real, you can't get mad when you become a victim of the tyrannical system you attempted to use in an attempt to tyrannize others!!; 3) buy bitcoin and wait a century to see if the world is a bit different. On a related note, has anyone successfully had something | https://x.com/DeltaClimbs/status/1868603014644183110 |

| | intentionally get classified under the Invention Secret Act? Can that be a good tactic? | |
|---|---|---|
| 03/03/25 | So my co-founder of ~7 months found my twitter... We were very aligned on the technology + business vision early on, and I wasn't hiding my twitter, but I wasn't pointing it out either. Turned out to be a good thing. Thrilled to be working with people who accept me as I am! | https://x.com/DeltaClimbs/status/1896604678542242296 |
| 03/11/25 | I don't know why so many right wing folks say we can't fuck with Russia because they have nukes--<br><br>a nuclear exchange would overwhelmingly wipe out liberals that are concentrated in cities and see America go right wing for decades/forever | https://x.com/DeltaClimbs/status/1921417300449656914 |
| 12/29/23 | El Salvador needs to get itself off the PCT (patent cooperation treaty) and encourage others to as well. Already there is a strong Latin American absence. Argentina Bolivia Paraguay Suriname Uruguay THERE IS NO SUCH THING AS "Intellectual Property." Ironically, the term is used to justify violent deprivation of private property and its trade. The US has the world's strongest rule of law, and the value of rule of law is fundamentally rooted in its recognition of and protection of property, which the US is failing to do by continuing to pretend IP is real. This garners the United States an enormous privilege, one which I have previously referred to as Schelling point privilege -- if you want to save $100b, there is bitcoin. If you want to invest $100b, it's hard to beat America. By endorsing theft and violence at gun point in such a fundamental way that interferes with business prosperity, there is a huge opportunity for someone to offer a greater degree of liberty, more American values than America! Now you might be thinking: "what good will respecting private property do for me if other countries prevent me from selling there?" Ah, well that's where things get a | https://x.com/GhostDirac/status/1740800046629879977 |

bit interesting. The US Supreme Court recently ruled on a case that confirms international patent exhaustion, which means after a product is sold once, anywhere, it loses its patent protection. This may drive production to countries that recognize liberty. What are some of the 2nd order evils that emerge from these violent infringements on real property rights? Well, an obvious one is pharmaceuticals, which have minimal costs in real terms and have all but eliminated research into health and medicine that would vastly improve the quality of life on Earth. Hard businesses will be built upon hardware and bitcoin will flow to those who are literally productive. Pharma + AI is just peak mental masturbation pseudo-innovation. https://wipo.int/wipo_magazine/en/2017/04/article_0008.html So how can El Salvador get out and level up their freedom and international appeal to businesses? Article 66 of the PCT specifies that denunciation of the contract takes effect in 6 months. El Salvador could be out by summer 2024. Bitcoin is far more than just sound money. Bitcoin is where individual freedom and free enterprise begin. The world is far more than the United States and the EU, and as the rest of the world sees its own powerhouses of production continue to accelerate, individuals and corporations will seek to operate where their rights to property are respected and their business can flourish. "Freedom to operate" should not be a question, it is an imperative, underpinning all that is good in the world. You might wonder, what is my angle in all of this? It is the pursuit of liberty. Working in aerospace & defense / advanced materials, I have a ton of incredibly valuable "rights to call upon the most powerful cartel in the history of the world" to threaten other people at gunpoint to comply if they try building certain competitive products, and I will gladly see that go away in the

| | | |
|---|---|---|
| | inexorable march toward freedom Bitcoin assures. All that being said I would be interested to know if anyone has any book recommendations laying out the arguments and explanations for why intellectual property has hindered technological advancement and productive capacity, as well as why its existence is legally flawed and incompatible with liberty. @JuicefBukele @nayibbukele @Arceris_btc @twocitizenships @DrJackKruse @rob1ham @RobertKennedyJr @Beautyon_ @maxkeiser @stacyherbert @JMilei @VivekGRamaswamy @JoeCarlasare @RegulatoryJason | |
| 02/01/24 | If as a US citizen living in the US, and having sales primarily in the US, have profits accrue within El Salvadorean entity not be subject to US taxation *until repatriation*, I would do it. Problem may be if I can use something like IP licensing to move the profit nexus to ES. | https://x.com/GhostDirac/status/1753084939481006577 |
| 02/01/24 | .@vkhosla, SUCK MY COCK-- I am a vastly superior technologist to you, and you have no hope of ever catching up, despite the billion dollar edge you think you have. Shut the fuck up, retire, enjoy your beach, and accept that you are have nothing of value left for the world. | https://x.com/GhostDirac/status/1753275126718910840 |
| 05/18/24 | El Salvador will be the home of the global headquarters for @LoLaOil_ .<br><br>My vision for the company that will lead the global charge toward fixing ALL food will comprise four major parts, and spurring domestic health and economic prosperity in El Salvador is the foundation:<br><br>1) Low Linoleic Oil, Nationwide: We will help El Salvador eliminate 100% of toxic industrial oils from its supply chain, affordably, with high oleic oils (you can afford butter, tallow, and coconut, wonderful -- many people cannot). | https://x.com/DeltaClimbs/status/1791951959337115897 |

Unlike deleterious effects of heavy-handed technocracy, we will help secure the supply chain of these oils and propose EXCLUSIVELY cost-parity related legislation. ALL high linoleic acids will be eliminated, and there will be ZERO food price increase.

Moreover, we will focus on avoiding risks of going high oleic, by encouraging high saturated fat blends, in stark defiance of the mainstream propaganda -- the drops in obesity and metabolic diseases in the years to follow will be undeniable, and the fraudulent medical institutions will be left with their d***s in their hands.

If you thought tourism was rising now, just wait until you see what happens after this shift rolls out! The seed oil disrespect meme is as much in its infancy as bitcoin.

2) Premium Packaged Foods & E-Commerce Startup Incubator: We can help build an entrepreneurial hub. I was talking to my Uber driver, and he was asking me how I sell to people all over the world, as he was wondering how he could leverage the internet to market his driving services.

Instead of people having to go to America and send back remittances, we can help teach people to build businesses that manufacture in El Salvador, sell for dollar prices throughout the West, and turn those profits into bitcoin! Hecho en El Salvador will be sought after in every Whole Foods, and it starts with making a range of packaged foods with these oils, and launching online first. Every business in the incubator will be able to use the LoLa Certified trademark.

3) LoLa B2C: We will sell our custom oil blend in the west and make it the next avocado oil consumer trend, corner the

global market on macadamia oil with OTC forward contracts to keep our margins high (and give everyone in El Salvador a heads up to start growing macadamia trees, which take 5+ years -- already talked to 1 farmer growing macadamia trees near bitcoin beach. Gonna make it even more of a cash crop).

4) LoLa B2B for US Restaurant: Seed oil scout is a neat concept, but people lie, they don't change EVERY ingredient, and they ultimately are limited by the TOOLS (they are the PayPal, but we need the bitcoin).

LoLa will have different blends of oils for different tier restaurants, from fast food all the way to fancy steakhouses, AND, we will only call a restaurant LoLa Certified, if they meet our stringent requirements on EVERY ingredient in every sauce -- and we will have people get samples and send them by 3rd party labs to check. It's not hard, but someone has to do it, and build the business around it.

With all that in place though, LoLa visiting LoLa restaurants throughout the US will still be inferior to simply being in El Salvador, where every restaurant is LoLa Certified by default as we can make the change at a nationwide scale. Nowhere else in the world will be able to catch up. The idiots in "conservative" US states are desperately making noise about fake meat, increasing consumer prices because all they can do is fixate on signaling. Governance is broken around the world.

All that is needed is a bit of capital (cc @typeonecapital
) and a straightforward piece of legislation and El Salvador will once again vastly outclass the rest of the world. It will not be El Salvador trying to be the next Singapore after that -- it will be Singapore or Norway or Sweden or Austria saying "hey, we need to be more like El

| | | |
|---|---|---|
| | Salvador..." As @nayibbukele said, they are happy to work with other countries, but as associates on equal footing, not subserviently. That's what happens in the information age, the era for the return of philosopher kings.<br><br>cc @twocitizenships @DrJackKruse | |
| 02/01/25 | Guys, listen, I'm in El Salvador now (@PlanBElsalvador ), and let me tell you -- I feel amazing, the power of real sunlight at 13.7 degrees North cannot be beat! A reminder that there is so much more for us to improve.<br><br>President @nayibbukele , your glasses are en route, sir. | |
| 06/19/25 | Do I know any other early stage defense founders who want to get their stuff in front of the Argentine Ministry of Defense? DM me. 2nd meeting is happening in a few days...  We're gonna make all of the Americas great again. | https://x.com/DeltaClimbs/status/1935794619285225948 |
| 07/10/25 | Be me Start new defense company a month or two ago Call with someone in Pentagon tomorrow And someone on my team meeting people very high up in Argentine Ministry of Defense also tomorrow You haven't seen how fast I move because my prior stuff is not really publicly known... | https://x.com/DeltaClimbs/status/1943315797440381424 |
| 07/22/25 | Stacy finally unfollowed me I guess she got jealous that I abandoned the El Salvador meme In favor of Argentina, which can actually be relevant to the world As more than just an example of violent crime elimination | https://x.com/DeltaClimbs/status/1947760477586788605 |
| 02/16/24 | When nuclear energy in El Salvador? | |
| 03/22/24 | Nayib, I may be able to help El Salvador on the path to (lower capex) nuclear energy in a way that is ITAR compliant. Was just talking about it.<br><br>@DrJackKruse when are you going to introduce me? | https://x.com/DeltaClimbs/status/1771292159112585350 |

| | | |
|---|---|---|
| | @JuicefBukele<br>@maxkeiser<br>@stacyherbert<br>@twocitizenships | |
| 03/12/25 | You could also help physically secure the West if you reply to my email ...maybe we can even get El Salvador under the umbrella -- assuming no one will fire ICBMs at El Salvador is akin to 'security by obscurity' | |
| 08/12/23 | Export controls are unconstitutional violations of the human rights to liberty, property, and free exchange. | https://x.com/DeltaClimbs/status/1690476660875722752 |
| 05/19/24 | I am not fighting for anyone's right to nuclear weapons, but I recognize it is naturally a criminal act to aggress upon anyone for the act of forming some private property into a particular configuration. ITAR is unconstitutional, as is "born secret," though I abide by US law. | https://x.com/DeltaClimbs/status/1770246482307776642 |
| 01/16/25 | I think an interesting concept would be to recruit UK engineers that are sick of the tyranny there to build advanced capabilities in El Salvador without the restrictions to commercialization that arise from unconstitutional ITAR restrictions. Lots of interesting possibilities. | https://x.com/DeltaClimbs/status/1879963986994819481 |
| 10/06/24 | The Japanese do not fuck around when it comes to graphitic materials. Now, I'm not gonna say I have violated Japanese export control regulations passing some Japanese materials to subcontractors for some process, but if I had, it really wouldn't have been all that much... | https://x.com/DeltaClimbs/status/1842803613942321653 |
| 05/08/24 | Same. I might bend the Japanese export laws a bit now and then just out of convenience. | https://x.com/DeltaClimbs/status/1788094760089178485 |
| 10/26/24 | I have some export-controlled materials from Japan... they make certain things that no other country has. | |
| 12/27/24 | Hi Paolo, are you interested in taking a look at the object in this photo when you are in El Salvador at the Plan B conference? | https://x.com/DeltaClimbs/status/1872619577773076570 |

| | If Adam wants to meet me, I can go to Malta, and if Stacy wants to chat, week after is easier for me so you are the only reason I'd be there Jan 30-31 | |
|---|---|---|
| 05/04/25 | Tether is also in a league of its own if you consider the sort of bleeding edge, sovereign, decentralized, balance of power shifting energy technologies they may be considering investing in. | https://x.com/DeltaClimbs/status/1897052605995753883 |
| 06/02/25 | Tether could become the most important company in the world. That outcome becomes more likely if they hire me. I went ahead and floated that possibility to my favorite contact at Tether for the first time a few days ago. It could be the time to begin the fixing of everything. | https://x.com/DeltaClimbs/status/1929617455569309935 |
| 01/04/25 | I have a single ring now. Checked USML and could actually get 2nd, problem being it would cost 100x more than gold for just 1 :/ Anyway, I have 3 other rings I must make. Some raw materials in storage in Colorado for 1 of those. Violates export laws a bit, just not America's | https://x.com/DeltaClimbs/status/1875631541357048138 |
| 05/04/24 | Grab yourself a spool of export controlled ultra high modulus pitch carbon fibers and see if you can sneak them out in your carry on just for funsies. Screenshot this tweet in case you get caught so they know it was just a prank. | |
| 06/05/24 | Imagine giving a girl a wedding ring made of a material with a melting point barely over 1000 C instead of low-key something that violates International Traffic in Arms Regulations laws. Could never be me. | |
| 08/06/24 | If I don't have the clout to fabricate a gf a ring out of classified materials that cost more than diamonds and not go to federal prison for it, I'm not ready to get married. | |
| 01/01/25 | I've thought about how to get around certain challenges around the US Munitions List to avoid ITAR violations on the ring I will have fabricated when I need to propose. It will cost quite a bit more than solid gold given the buy-to-fly ratio... and will handle much hotter temps | https://x.com/DeltaClimbs/status/1874581257667166543 |

| | | |
|---|---|---|
| 07/01/25 | Gonna be clearing out my storage unit Think I'm gonna end up trashing $15k of equipment + custom engineered parts I'm too old to "bootstrap" another bleeding edge capability Just goes to show how steep the exchange rate is between money and youth/time I will not yearn alone | https://x.com/DeltaClimbs/status/ 1940078621097636057 |
| 07/05/25 | Anyone in Colorado want some high performance parts that can be used to form a vacuum balloon test strut, a high frequency induction coil, ceramic nozzles, and a range of weird high performance fibers (some of which violate Japanese export controls)? Lmk within next few days. | https://x.com/DeltaClimbs/status/ 1941511092469105034 |
| 05/02/25 | Everyone is replaceable, even the schizo genius<br><br>Just costs more, takes a bit longer, and requires more people<br><br>Everything will be discovered, that's just what humans do | https://x.com/DeltaClimbs/status/ 1918307670026797555 |
| 05/11/25 | Never go full schizo autist savant | https://x.com/DeltaClimbs/status/ 1921611782197502144 |
| 07/27/25 | Maybe it can be both at the same time. I'm still not sure if the schizo I funded to work on the thing you know about is pure schizo, or if it's a long tail option I can exercise in a few years. Project's dead for now after he went off deep end... | https://x.com/DeltaClimbs/status/ 1949638681733513227 |
| 02/09/25 | When you think you have decent opsec... But realize you forgot to have your VPN on when you email sensitive information to the Missile Defense Agency from Mexico. | https://x.com/DeltaClimbs/status/ 1888736755886576012 |
| 03/23/25 | Lol, your munitions need to see to reach their targets? *Laughs in [redacted]* | https://x.com/DeltaClimbs/status/ 1903842645757116537 |
| 03/27/25 | Do you have exposure to the future of space laser communications? I do... | https://x.com/DeltaClimbs/status/ 1905371635210744209 |
| 03/31/25 | Getting the Chinese to rush on delivering a product to make sure I can more effectively destroy the CCP | https://x.com/DeltaClimbs/status/ 1906906217085108704 |
| 03/31/25 | Next week in DC I can't even tell you where I'm gonna be | https://x.com/DeltaClimbs/status/ 1906912404014821380 |

| 04/08/25 | Who's gonna be the Elon Musk of drones & missiles? | https://x.com/DeltaClimbs/status/1909734392232099909 |
|---|---|---|
| 04/23/25 | Don't rely on GPS<br><br>Wise advice | https://x.com/DeltaClimbs/status/1915093406394798334 |
| 04/13/25 | Had 2nd meeting of my life with DARPA, and unlike the first, solid alignment this time. But that is not what has me most excited this week. No, this week, I humbled a decabillionaire. I always knew the sincere technologist would never find himself wounded by my words. DARPA spends $5b a year and has institutional clout that exceeds any decabillionaire, but is that right? You know, it's funny, as an engineer you know how much of the world is held together with bubblegum and wire, but I will never stop finding amusement when I notice it, for you see, it is actually a testament to the great power held by individuals. And when you see the world as it is, laid bare, you overcome your fear and trepidation to embrace the truth: there are no experts, no great brilliance across authoritative institutions. Yes, I must react to DARPA with a certain awe as you surely viscerally do as well, but I remember the truth, that it is ultimately individuals all the way down, for better and for worse. So no matter what happens after the call I have on Thursday, I will do my best to remember, decabillionaires, even under fiat may be brought to humble themselves under the allure and promise of great truths. This is incredibly bullish for all those who live in present times. | https://x.com/DeltaClimbs/status/1911297927445623209 |
| 10/26/24 | *when the wokies find out you non-ironically support freedom of racism* Fucking retard, the free market is the only thing that actually ends discrimination | https://x.com/GhostDirac/status/1850356041986486276 |
| 04/16/25 | Quick question for everyone, I could really use your honest opinions: would you rather have $50 million dollars, or 5 likes on a Twitter post? | https://x.com/nmrapport/status/1912693121059545137 |
| 03/28/25 | What an incredibly gay and pathetic take, to suggest that people have bitcoin to | https://x.com/DeltaClimbs/status/1905484869372674528 |

| | hedge against the possibility they will become inept, worthless, ~dead, retirees. What a marvelous vision for the world. Fiat world -- people have no appreciation for why great wealth matters. | |
|---|---|---|
| 04/15/25 | You can't get more gay than "AI for energy" Yes, obviously it actually does matter and probably interesting But still just incredibly cringe what it says about the world that people are chasing the low hanging fruit with this level of desperation to avoid the harder work | https://x.com/DeltaClimbs/status/1912126982436901299 |
| 04/15/25 | End the unconstitutional 1964 Civil Rights Act Restore freedom of association Abolish the EEOC Make America Free Again | https://x.com/DeltaClimbs/status/1912130268754001953 |
| 04/26/25 | The only fix is to eliminate the unconstitutional 1964 Civil Rights Act and unconstitutional minimum wage laws. Freedom of contract must be restored. | https://x.com/DeltaClimbs/status/1916147174640963925 |
| 04/06/25 | America must hang British politicians And liberate political prisoners Nuremberg trials 2.0 now | https://x.com/DeltaClimbs/status/1908926274862551323 |
| 07/04/25 | Canada is like a woman Cannot be self-owned Will either be taken by America, or by the CCP It is our duty to help free our Northern brethren from communist tyranny and ensure these oppressed people can enjoy the 1st and 2nd amendments | https://x.com/DeltaClimbs/status/1941192339302776897 |
| 08/30/24 | Absolutely roasted Vinod in an email last week, maybe I should share publicly? I love calling VCs out for being retarded, which virtually all are. You are all fucking welcome for the altruistic backlash I take for my radical candor that y'all are too pussy or fiat to do. | https://x.com/DeltaClimbs/status/1829401437073559744 |
| 11/13/24 | You should see the email I sent Vinod Khosla when that prick cancelled our call day of on the advice of a guy whose experience was working on a government backed cleantech bankruptcy and a Khosla backed company that SPAC crashed >99%. I am an expert at saying "fuck you" | https://x.com/DeltaClimbs/status/1856569464441217103 |
| 04/15/25 | Lmk if you want to check out the deck or would provide feedback Upcoming call | https://x.com/DeltaClimbs/status/1912146581177909310 |

| | | |
|---|---|---|
| | with Khosla partner based on a few paragraphs I emailed Vinod with no deck I must say, I am extremely impressed with his humility and genuine technological curiosity given the prior email I sent him | |
| 09/16/23 | You must ridicule Vinod Khosla and other backers of Arevo for being pathetic failures You must ridicule Riley Reese and backers of Arris You must ridicule DCVC You must ridicule Drapers You must ridicule a great many more LITERALLY EVIL not to! Few | https://x.com/DeltaClimbs/status/1703240260485083460 |
| 08/30/24 | RIP Vinod Khosla's legacy His failures today as a venture capitalist and wannabe technologist are certainly related to his failures that led Sun to underperform in the end | https://x.com/DeltaClimbs/status/1829585157134950529 |
| 10/19/24 | Vinod is a harmful, arrogant retard Iykyk Of all the anecdotes of VCs have given me over the years, the one I have from Vinod is by far the most poignant and damning. So I suppose I really must thank him. | https://x.com/DeltaClimbs/status/1847547865998250471 |
| 02/03/25 | Much of fiat world capital misallocation is fear of death.<br><br>Of course people who deeply feel their mortality will be fiat incentivized to invest in delusional high time preference activities like Vinod Khosla, at 70 years old investing in commercial hypersonic aircraft. | https://x.com/DeltaClimbs/status/1886512021031817584 |
| 04/03/25 | Extracting heat at economical rates is the easy part. Reliance on people with fragile egos like Vinod who are too lazy to read a bit, and a culture where people are intolerant of radical candor is the hard part. One day you will tire of it enough to stop denying bitcoin. | https://x.com/DeltaClimbs/status/1907981150183678076 |
| 06/24/23 | What do you guys think, will commie Vinod learn that Bitcoin is the only thing that you can really own and that he is a mere tenant who owns the right to a rental "agreement" with the government that the government can change unilaterally this decade, or next decade? | https://x.com/DeltaClimbs/status/1672754594638708741 |
| 06/24/23 | You are a commie too, Vinod. | https://x.com/DeltaClimbs/status/1672753817807380480 |

| | | |
|---|---|---|
| | Until you come out as a Bitcoiner and stop funding attacks on capitalism by holding dollars, you are enjoying life as a communist party member.<br><br>You do not even own your mind for you have given it to the collective, succumbing to veganist propaganda. | |
| 02/16/22 | Is not replying to founders pitching Bitcoin companies part of your strategy? I don't know what made you think you're such hot shots, but high-level Sequoia partners until recently had public emails and sent me multiple rejection replies, as did every other Bitcoin VC I emailed. | https://x.com/DeltaClimbs/status/1494014022827470853 |
| 06/16/25 | I remember when I was working on a bitcoin startup trying to raise capital And these "guys" didn't have a clue what it meant that I had done some crazy shit in missile defense in my prior startup Fucking retard consumer shitcoiner. NPC. Enjoy the show | https://x.com/DeltaClimbs/status/1934478289210376677 |
| 06/16/25 | If we passed it's because you're an insane person. Hope this helps. | https://x.com/nic__carter/status/1934578747954385198 |
| 06/16/25 | Appreciate it, yes I actually like this reason since it's actually not wrong | https://x.com/DeltaClimbs/status/1934630782938554654 |
| 06/16/25 | You need to be insane person maxing<br><br>VCs should be saying things like this to you | https://x.com/DeltaClimbs/status/1934634319131103582 |
| 12/16/24 | Well isn't that incredibly cute, this arrogant Trump+bitcoin deranged brit joins Vinod in pathetic delusion of thinking he has fund aviation money. Paul just admitted how poor he actually is btw. Should've listened to Wences when the world was handed to you on a silver platter. This clown is no different from spray and pray guys doing $50k checks, and writing low tens of millions checks as your biggest investment means you are ridiculously poor in this game. You will never be a player. You could have been, but you faded bitcoin in favor of midwit intellectual masturbation of shitcoin nonsense because you don't understand the basics of economics. Your biggest | https://x.com/DeltaClimbs/status/1868690942259007854 |

| | | |
|---|---|---|
| | successes (Airbnb, DoorDash, and Instacart) will be crushed by Nostr, while Stripe will be your biggest loser, for it is your biggest mental block keeping bitcoin out of reach for you. Of course Boom is taking a downround. Supersonic aviation will happen and it's going to be amazing, but it's not for the poors like you, and it's not for the non engineer cheerleader CEOs. It is for the people with real money (bitcoin) and the people with real engineering chops. People who deploy capital more carefully, and who are not too poor to drop billions, and people who build actual tech, rather than clownshow companies that not a single jet engine company will even talk to. Paul is feeling old. This pathetic extinction burst will not yield the outcome he wants. | |
| 06/26/25 | In collaboration with @reindsummit and @newindustrials, we are releasing a request for startups motivated by a simple belief: America needs better physical technology, and startups are the best way to build and scale it. We are looking for founders interested in applying modern software capabilities to the entire stack of industrial production - energy production, materials, CAD, manufacturing, and biotech. Reindustrialization is a matter of national survival. This is your invitation to build the future. | https://x.com/ycombinator/status/1938349303069872252 |
| 06/26/25 | "America needs better physical technology- We are looking for... applying modern software" Fuck you, you LARPing pieces of shit | https://x.com/DeltaClimbs/status/1938439979598016863 |
| 06/27/25 | Hire an engineer to proofread your propaganda next time, you fucking retards. | https://x.com/DeltaClimbs/status/1938502452116095121 |
| 02/08/24 | "boy, you couldn't say that on twitter" - Paul G, many years ago Now easily triggered, don't think I've even interacted with him. Got Josh Wolfe block calling him out for his affinity scamming (can I steal and broaden term "stolen valor" or nah?) Still need Matt Ocko, etc etc | https://x.com/GhostDirac/status/1755801841592631533 |

| | | |
|---|---|---|
| 10/24/24 | .@elonmusk, what the fuck is wrong with you, you ANTI FREE SPEECH CENSORING FUCK Your algo is fucking illiterate, you fucking retarded. Zero response from twitter support appeal submitted Sunday. Account locked.  Fuck you, you fucking anti-American anti-freedom lying scammer | |
| 09/30/23 | Meanwhile, Elon proclaims that "speech is violence" when people point out the need to bring back the G- | |
| 03/06/24 | Will you change your name to Elon Cuck? Fucking shitcoiner The people who gave you billions for your grift in stolen (tax) money are the same people pumping immigration. Immigrants are for Biden what Dogecoin is for you, so who are you to complain, little bitch. | https://x.com/DeltaClimbs/status/1765267950284722594 |
| 12/28/24 | I have been saying that most of the American right wing is actually normie commie. I have been calling Peter Thiel, Marc Andreessen, Elon Musk, etc etc commies for a while. | https://x.com/DeltaClimbs/status/1872956433677074842 |
| 01/01/25 | I like companies that actually make money, not pump and dump scams that slow down the world Your worthless engineered clickbait will be done by AI bot in a year Cringe garbage I only had displeasure of coming across due to that fuck-face Elon Fuck your mother if you want fuck | https://x.com/DeltaClimbs/status/1874574666775585042 |
| 01/20/25 | Elon Musk Marc Andreessen Palmer Luckey Josh Wolfe Chamath Sacks And who else? | https://x.com/DeltaClimbs/status/1881317417160434164 |
| 04/27/25 | The world needs less retarded idols than Elon Musk<br><br>But the sort of people who might be, do do not wish to be idols or actors the way Elon always has<br><br>The only solution: fundamental cultural shifts that eliminate the deep psychological need for idols | https://x.com/DeltaClimbs/status/1916623814969987208 |
| 07/01/25 | America is not your personal piggy bank | https://x.com/DeltaClimbs/status/1940072977233776787 |

| 12/01/24 | The dotcom bubble made Mark Cuban a billionaire, something that would never have happened in a free market where acquisitions will have real costs & risks for buyers. His capital misallocation and arrogance has been destroying wealth ever since. This is the fiat standard. | https://x.com/DeltaClimbs/status/1863318874223149084 |
| 12/15/24 | Adam is of course correct, but the crazy thing is that we would have to make the correction at all Only under fiat could a 2 bit grifter like Chamath rise to any level of prominence | https://x.com/DeltaClimbs/status/1868162588002894233 |
| 12/21/24 | An anti-particle is exactly the same as its pair particle, except for an opposite charge. I propose introducing the term ANTI-TECHNOLOGIST to describe scammers like Chamath who slow down the world (the "deeptech" stuff Chamath does is also part of the anti-technologist trend). | https://x.com/DeltaClimbs/status/1870462732522430902 |
| 01/17/25 | Scammers like you are slowing down technologists like me who solve problems Very simple You are a scamming piece of shit (which you know) and the result is literally malignant -- I know you know you are small time, but all the people like you add up to impose a real cost | https://x.com/DeltaClimbs/status/1880280499563950341 |
| 02/19/25 | Might fuck around and become the next Howard Hughes The world deserves a better class of billionaire than these LARPer scammers Cargo culting men who were actually grand | https://x.com/DeltaClimbs/status/1892086488357089588 |
| 06/30/25 | Damn, sounds like @chamath is this generation's Mark Cuban, no wonder he is such a bitter loser scammer who can't do anything of substance and will be remembered briefly with derision, and soon after that not at all. Little paper handed bitch. | https://x.com/DeltaClimbs/status/1939721461549158789 |
| 03/29/25 | A venture capital firm where GP's know how to read Instant top decile firm | |
| 04/06/25 | Venture capitalist: Can we get on a call Tuesday to learn more? Me: Sorry, I'm gonna be at the Loitering Munitions conference in DC that day | https://x.com/DeltaClimbs/status/1908873184536883666 |

| | | |
|---|---|---|
| 04/08/25 | God damn does it feel good to speed run shit on establishing credibility. When I'm talking to serious people in defense rather than most of you normie retards, I casually state what I did in my prior company and the reaction is palpable. Fuck all you commie VC sons of bitches. | https://x.com/DeltaClimbs/status/1909534492696324209 |
| 04/08/25 | I suspect one reason many VCs have not invested in me is that I simply come off far too powerful -- most VCs are not looking for entrepreneurs, but cheap, weak, young labor. This is what happens when a society tolerates low T men and the rise of the bureaucratic communist state. | https://x.com/DeltaClimbs/status/1909596289362182540 |
| 08/10/25 | Just realized the reason the thing I was trying to co-found with someone blew up earlier this year when he went full schizo was because he giga one-shotted himself. I guess not all of you got that pop theoretical physics out of you at age 13 with Stephen Hawking books. | https://x.com/DeltaClimbs/status/1954554671756177596 |
| 04/10/25 | As an investor making venture bets Everyone you ever invest in Should give you the sense they are much smarter than you* And if that hurts your fragile ego You know you're a shit investor and a coward *Though you still need enough raw IQ yourself to tease out intelligence | https://x.com/DeltaClimbs/status/1910256377408192667 |
| 04/10/25 | It cannot be under-emphasized the degree to which these VC firms in particular are a sort of axis of evil and they are operating entirely unopposed with bitcoiners often twiddling their fingers... but a new coalition with superior, actually Western values, shall emerge. | https://x.com/DeltaClimbs/status/1910331711927230586 |
| 04/14/25 | Me: *try being nice to a VC* *Couple cordial calls, interactions* *I break the charade and tell it like it is* VC: "I knew you didn't respect me" Lesson: don't pretend to be nice, that's how women interact, just call the guy a fucking retard, if he's cool, he'll understand | https://x.com/DeltaClimbs/status/1911933201855222040 |
| 04/24/25 | That feeling when you're about to make every venture backed defense play irrelevant | https://x.com/DeltaClimbs/status/1914467502505254975 |
| 04/21/25 | Is there anything gayer than angel investing in 600 "startups"? Bankroller of | https://x.com/DeltaClimbs/status/1914493514731393114 |

|  | 600 financial fraudsters and has the gall to complain about leftist tyranny as if he has any semblance of moral high ground? h/t @stacyherbert for highlighting it with RT of his main scammer account. |  |
| --- | --- | --- |
| 05/03/25 | I have also been pointing this out for years Alas, the fiat VC NPCs do nothing And the bitcoiner tawker NPCs also do nothing Everyone simply does nothing these days | https://x.com/DeltaClimbs/status/1918732895092367615 |
| 11/12/24 | So disgusting Didn't realize just how pro-CCP the co-founder of Anduril is For those who don't know, shitcoiners are pro-CCP sociopath retards What do you think the CCP offered Thiel to perform a coup against America under the guise of stopping the commies? | https://x.com/DeltaClimbs/status/1856414709798580643 |
| 03/17/25 | What you want outside your house 1 Anduril Roadrunner Or 10 of these | https://x.com/DeltaClimbs/status/1901839532124692562 |
| 04/28/25 | Who will pay more for an acquisition of a deeply enabling technology across various platforms? Anduril, Raytheon, Lockheed, Boeing, others? Might end up going for a quick $100m buy out if we can find the right partner, I don't know if I'll even care if we make Anduril make it. | https://x.com/DeltaClimbs/status/1916715666096509010 |
| 08/12/25 |  | https://x.com/DeltaClimbs/status/1955342359346000079 |
| 07/16/25 | You disagree? Well, maybe you are right that the anti-Semitism is actually a warranted, adaptive response. As a Jew, I tend to disagree... but seeing almost every Jew & Christian hates & disrespects God, I have little allegiance to either. Bitcoin will replace modern religion. | https://x.com/DeltaClimbs/status/1945561208859628001 |
| 08/21/25 | Vacuum chamber: level easy Vacuum chamber that weighs less than air it displaces: demi-God-mode, you just conquered one of the four fundamental forces of the universe

Yes. Materials-wise, 6061 is good enough, it's the buckling stability that makes it tricky.

5 years after I am a billionaire we will have a pretty good idea of just how | https://x.com/DeltaClimbs/status/1958599940424298588 |

| | | |
|---|---|---|
| | practical it is (not that it costs all that much, just opportunity cost and risk). | |
| 08/21/25 | You and I use ChatGPT in different ways | https://x.com/DeltaClimbs/status/ 1958594656356184164 |
| 08/21/25 | All right, my first angel investment (I led) has just proven wildly successful<br><br>Keep an eye out for a multi-national partnership announcement next month (and unrelated to Argentina)<br><br>I told you this "deeptech" investment shit is easy and y'all are just profoundly retarded<br><br>Bigger check size than the vast majority of people that call themselves angel investors too despite less cash + far deeper understanding of opportunity cost (bitcoin)<br><br>Easy to be ballsy when you have the cards, and in investing, you can just deal yourself the royal flush | https://x.com/DeltaClimbs/status/ 1958566628779860112 |
| 08/25/25 | Just got off a call with my CTO about our parallel US and Argentina approach. We will have our American team travel regularly to do live fire, high frequency test campaigns, with basically zero regulation in Argentina. Are you coming? Oh, and what should we name the company? | https://x.com/DeltaClimbs/status/ 1960173526276772244 |
| 07/19/25 | Do I know any other early stage defense founders who want to get their stuff in front of the Argentine Ministry of Defense? DM me. 2nd meeting is happening in a few days... We're gonna make all of the Americas great again. | https://x.com/DeltaClimbs/status/ 1935794619285225948 |
| 08/06/25 | > Be me > Ask an engineer about ice pack pillow CAD updates > He tells me he is working on sword drones > We will have flight tests soon > He reminds me I am meeting with the Argentine Ministry of Defense soon > I reluctantly accept he is right > The pillow will have to wait | https://x.com/DeltaClimbs/status/ 1953235647927599420 |
| 08/12/25 | >Be me >Meeting with MoD & industry in Argentina >Seeing if they might want to | https://x.com/DeltaClimbs/status/ 1955269862894301276 |

| | be LPs rather than just buyers >Talking to industry guy >He mentions Qataris If I wanted Qatari money, I'd be in Dubai. Bullish for Argentine engineer quality, and the lack thereof in Qatar. | |
|---|---|---|
| 08/24/25 | Might fuck around, acquire this hypersonics company, have the not-too-spicy manufacturing stay in Argentina, and thereby kick-off serious bilateral military cooperation that ultimately saves the West<br><br>You: thinking about bi-chicks<br>Me: thinking about bi-propellant rockets | https://x.com/DeltaClimbs/status/1959715542157464011 |
| 08/19/25 | Should I help build a hypersonics startup in Argentina and leverage that to recruit the American deep state to make Argentina based again, enabling greater cooperation in areas that we cannot risk failing into commie hands? | https://x.com/DeltaClimbs/status/1957880984025670127 |
| 08/25/25 | Crazy how things work out sometimes God shut me down a few times Because He knew what I was doing was beneath me | https://x.com/DeltaClimbs/status/1959937022140785120 |

## 5. Screenshots



X
https://twitter.com › DeltaEpoch › status  ⋮

### Delta Epoch (NEW ACCT)

I was on academic probation in college for materials engineering Now my materials are now critical to America's most advanced weapons ♂.

Figure 5: The account for this post was deleted, so the link is no longer available, but the post was indexed by Google search.