# Exhibit D1: Transactions

## Contents

Exhibit D1: Transactions ................................................................. 1
1. Transactions ............................................................................. 1
2. Mercury Statement ..................................................................... 4

## 1. Transactions

| Date (UTC) | Description | Amount | Bank Description | Reference |
|---|---|---|---|---|
| 05-09-2025 | Advance Human Engineering LLC | -18535.52 | Send Money transaction initiated on Mercury | via mercury.com; Returning loan payment |
| 04-29-2025 | ADVANCED HUMAN ENGINEERING, LLC | 18000 | | FROM ADVANCED HUMAN ENGINEERING, LLC VIA MERCURY.COM AFFILIATED COMPANY CONTROLLED BY MYSELF PROVIDING ENGINEERING SERVICES |
| 04-09-2025 | Frontier Airlines | -267.98 | FRONTIER RESERVATIONS | |
| 04-05-2025 | Super.com | -658.08 | SUPER.COM   * TEMPAUTH | |
| 04-03-2025 | Chase - Checking xx1017 | -3000 | Transfer from Mercury to another bank account | |
| 04-02-2025 | Xometry | -1170.91 | XOMETRY.COM | |
| 04-02-2025 | Alibaba | -1094.65 | Alibaba.com | |
| 03-31-2025 | Chase - Checking xx1017 | -1360.04 | Transfer from Mercury to another bank account | |
| 03-28-2025 | American Airlines | -297.49 | AMERICAN AIRLINES | |
| 03-28-2025 | Southwest Airlines | -299.48 | SOUTHWES | |
| 03-28-2025 | United Airlines | -168.49 | UNITED | |
| 03-27-2025 | American Conf Inst | -1845 | ACI*AMERICAN CONF INST | |
| 03-27-2025 | Asd Events -Sae Media | -1799 | ASD EVENTS -SAE MEDIA | |
| 03-26-2025 | Advanced Human E | 10000 | Advanced Human E; MercuryACH; | |

| | | | | |
|---|---|---|---|---|
| | | | Advanced Human Enginee | |
| 03-26-2025 | Amazon | -77.71 | AMAZON MARKETPLACE | |
| 03-25-2025 | Alibaba | -254.39 | Alibaba.com | |
| 03-22-2025 | Mercury IO Cashback | 1.56 | | |
| 03-22-2025 | Mercury Credit | -103.45 | IO PAYMENT | |
| 03-21-2025 | Mercury IO Cashback | 11.63 | | |
| 03-21-2025 | Mercury Credit | -774.75 | MERCURY INITIATED PAYMENT | |
| 03-20-2025 | Mercury IO Cashback | 55.88 | | |
| 03-20-2025 | Mercury Credit | -3724.98 | IO PAYMENT | |
| 03-18-2025 | Chase - Checking xx1017 | -1156.47 | Transfer from Mercury to another bank account | |
| 03-13-2025 | Chase - Checking xx1017 | -1693.3 | Transfer from Mercury to another bank account | |
| 03-11-2025 | Chase - Checking xx1017 | -355.11 | Transfer from Mercury to another bank account | |
| 03-03-2025 | Chase - Checking xx1017 | -3000 | Transfer from Mercury to another bank account | |
| 03-01-2025 | Mercury IO Cashback | 22.5 | | |
| 03-01-2025 | Mercury Credit | -1500.64 | IO AUTOPAY | |
| 02-18-2025 | Thorlabs | 0 | THORLABS | |
| 02-11-2025 | Traveluro | -723.86 | TRVLURO H +16468448798 | |
| 02-11-2025 | Intl. Transaction Fee | -21.72 | | |
| 02-03-2025 | Chase - Checking xx1017 | -3000 | Transfer from Mercury to another bank account | |
| 02-01-2025 | Mercury IO Cashback | 68.05 | | |
| 02-01-2025 | Mercury Credit | -4536.61 | IO AUTOPAY | |
| 01-02-2025 | Chase - Checking xx1017 | -3000 | Transfer from Mercury to another bank account | |
| 01-01-2025 | Mercury IO Cashback | 0.2 | | |
| 01-01-2025 | Mercury Credit | -13 | IO AUTOPAY | |
| 12-29-2024 | Mercury IO Cashback | 11.09 | | |
| 12-29-2024 | Mercury Credit | -738.28 | IO AUTOPAY | |

| 12-11-2024 | Chase - Checking xx1017 | -3000 | Transfer from Mercury to another bank account | |
|---|---|---|---|---|
| 11-29-2024 | ADVANCED HUMAN ENGINEERING, LLC | 30000 | | FROM ADVANCED HUMAN ENGINEERING, LL C |

## 2. Mercury Statement

These are the statements that were available from Mercury following the lockout and subsequent dispute. They do not contain descriptions or reference columns, and Mercury has refused to provide any additional information or data following Chapiro's lockout. If Rapport had not downloaded the raw transactions prior to Chapiro locking him out, he would not have been able to see that Chapiro falsely labeled multiple transactions.

---



November 2024 statement
November 2024–June 4, 2025 (190 days)
All dates in UTC

**Radian Industries Inc.**

30 North Gould Street
Sheridan, WY 82801

EIN ••8772

### Account details

| | |
|---|---|
| Account Type | Checking |
| Account Number | 202438454994 |
| Routing Number | 091311229 |

### Account activity

| | |
|---|---|
| Beginning Balance | $0.00 |
| Total withdrawals | -$58,170.91 |
| Including intl. transaction fees of | $21.72 |
| Total deposits | $58,170.91 |
| Statement balance | $0.00 |

Banking services provided by Choice Financial Group, Member FDIC

Mercury | help@mercury.com | 333 Bush Street, San Francisco, CA 94104

All Transactions /

| Date (UTC) | Description | Type | Amount | End of Day Balance |
|---|---|---|---:|---:|
| Nov 29 | ADVANCED HUMAN ENGINEERING, LLC | Wire | $30,000.00 | $30,000.00 |
| Dec 11 | Chase – Checking ··1017 | Transfer Out | −$3,000.00 | $27,000.00 |
| Dec 29 | Mercury Credit | Credit Account Payment | −$738.28 | |
| | Mercury IO Cashback | Credit Cashback Deposit | $11.09 | $26,272.81 |
| Jan 01 | Mercury Credit | Credit Account Payment | −$13.00 | |
| | Mercury IO Cashback | Credit Cashback Deposit | $0.20 | $26,260.01 |
| Jan 02 | Chase – Checking ··1017 | Transfer Out | −$3,000.00 | $23,260.01 |
| Feb 01 | Mercury Credit | Credit Account Payment | −$4,536.61 | |
| | Mercury IO Cashback | Credit Cashback Deposit | $68.05 | $18,791.45 |
| Feb 03 | Chase – Checking ··1017 | Transfer Out | −$3,000.00 | $15,791.45 |
| Feb 11 | Intl. Transaction Fee | Intl. Transaction Fee | −$21.72 | |
| | Traveluro | ··8424 | −$723.86 | $15,045.87 |
| Mar 01 | Mercury Credit | Credit Account Payment | −$1,500.64 | |
| | Mercury IO Cashback | Credit Cashback Deposit | $22.50 | $13,567.73 |
| Mar 03 | Chase – Checking ··1017 | Transfer Out | −$3,000.00 | $10,567.73 |
| Mar 11 | Chase – Checking ··1017 | Transfer Out | −$355.11 | $10,212.62 |
| Mar 13 | Chase – Checking ··1017 | Transfer Out | −$1,693.30 | $8,519.32 |
| Mar 18 | Chase – Checking ··1017 | Transfer Out | −$1,156.47 | $7,362.85 |
| Mar 20 | Mercury Credit | Credit Account Payment | −$3,724.98 | |
| | Mercury IO Cashback | Credit Cashback Deposit | $55.88 | $3,693.75 |
| Mar 21 | Mercury Credit | Credit Account Payment | −$774.75 | |
| | Mercury IO Cashback | Credit Cashback Deposit | $11.63 | $2,930.63 |
| Mar 22 | Mercury Credit | Credit Account Payment | −$103.45 | |
| | Mercury IO Cashback | Credit Cashback Deposit | $1.56 | $2,828.74 |
| Mar 25 | Alibaba | ··5761 | −$254.39 | $2,574.35 |
| Mar 26 | Amazon | ··5761 | −$77.71 | |
| | Advanced Human E | ACH In | $10,000.00 | $12,496.64 |
| Mar 27 | Asd Events –Sae Media | ··8424 | −$1,799.00 | |
| | American Conf Inst | ··8424 | −$1,845.00 | $8,852.64 |
| Mar 28 | United Airlines | ··8424 | −$168.49 | |
| | Southwest Airlines | ··8424 | −$299.48 | |
| | American Airlines | ··8424 | −$297.49 | $8,087.18 |
| Mar 31 | Chase – Checking ··1017 | Transfer Out | −$1,360.04 | $6,727.14 |
| Apr 02 | Alibaba | ··8424 | −$1,094.65 | |
| | Xometry | ··8424 | −$1,170.91 | $4,461.58 |
| Apr 03 | Chase – Checking ··1017 | Transfer Out | −$3,000.00 | $1,461.58 |
| Apr 05 | Super.com | ··8424 | −$658.08 | $803.50 |
| Apr 09 | Frontier Airlines | ··8424 | −$267.98 | $535.52 |
| Apr 29 | ADVANCED HUMAN ENGINEERING, LLC | Wire | $18,000.00 | $18,535.52 |
| May 09 | Advance Human Engineering LLC | Wire Payment | −$18,535.52 | $0.00 |
| **Total** | | | | **$0.00** |

Banking services provided by Choice Financial Group, Member FDIC

Mercury | help@mercury.com | 333 Bush Street, San Francisco, CA 94104