# Exhibit D2: Receipts

# Contents

Exhibit D2: Receipts ............................................................................... 1

1. Credit Card Expenditures For R&D ......................................................... 1

2. Amazon Expenditures For R&D ............................................................ 3

3. Total Expenses Document ................................................................. 16

4. Purchase Analytics ..................................................................... 17

5. Business Disruption .................................................................... 20

# 1. Credit Card Expenditures For R&D

The following table shows Nathan Rapport's personal non-Amazon credit card expenditures supporting Radian-related research and development between August 1 and December 9, 2024.

| Transaction Date | Posted Date | Card No. | Description | Amount |
|---|---|---|---|---|
| 2024-12-06 | | 9880 | BLT*PCLIQUIDATIONS.CO | 236.47 |
| 2024-12-06 | | 9880 | ebay O* | 1445.58 |
| 2024-12-09 | 2024-12-10 | 9880 | eBay O*02-12446-09979 | 396.2 |
| 2024-12-02 | 2024-12-03 | 9880 | SP LASERSAFETYINDUST | 198.81 |
| 2024-12-02 | 2024-12-03 | 9880 | WWW.LASERDIODESOURCE | 170 |
| 2024-12-03 | 2024-12-03 | 9880 | eBay O*02-12413-32067 | 27 |
| 2024-11-27 | 2024-11-29 | 9880 | HALF PRICE BOOKS #050 | 63.13 |
| 2024-12-05 | 2024-12-05 | 813 | eBay O*11-12412-54930 | 97.32 |
| 2024-12-03 | 2024-12-04 | 813 | eBay O*05-12413-62187 | 526.5 |
| 2024-11-25 | 2024-11-26 | 813 | THORLABS | 55.9 |
| 2024-11-22 | 2024-11-23 | 3617 | The Robot MarketPlace | 16.94 |
| 2024-11-18 | 2024-11-19 | 3617 | EDMUND OPTICS INC | 34.34 |
| 2024-11-19 | 2024-11-19 | 3617 | eBay O*19-12331-26616 | 109.07 |
| 2024-11-13 | 2024-11-14 | 3617 | ROBOTIS INC | 97.22 |
| 2024-11-12 | 2024-11-13 | 3617 | EDMUND OPTICS INC | 303.47 |
| 2024-11-13 | 2024-11-13 | 3617 | Hiwonder | 25.38 |
| 2024-11-11 | 2024-11-12 | 3617 | EDMUND OPTICS INC | 62.09 |
| 2024-11-10 | 2024-11-11 | 3617 | eBay O*21-12261-15848 | -47.52 |
| 2024-11-06 | 2024-11-07 | 3617 | ROBOTIS INC | 123.32 |
| 2024-11-03 | 2024-11-06 | 3617 | eBay O*03-12280-15075 | 160.1 |
| 2024-11-03 | 2024-11-04 | 3617 | eBay O*21-12261-15848 | 157.54 |
| 2024-10-30 | 2024-11-01 | 3617 | THE HOME DEPOT #3820 | 37.07 |
| 2024-10-30 | 2024-10-31 | 3617 | THE UPS STORE 1628 | 15.12 |
| 2024-10-28 | 2024-10-29 | 3617 | ADAFRUIT ELECTRONICS | 75.01 |
| 2024-10-26 | 2024-10-28 | 3617 | ROBOTIS INC | 39.52 |
| 2024-10-23 | 2024-10-24 | 3617 | eBay O*07-12233-69327 | 120.53 |
| 2024-10-22 | 2024-10-23 | 3617 | THORLABS | 426.08 |
| 2024-10-10 | 2024-10-11 | 3617 | THORLABS | 209.16 |

| 2024-09-27 | 2024-09-28 | 3617 | THORLABS | 2042.49 |
| 2024-09-25 | 2024-09-26 | 3617 | THORLABS | 1074.98 |
| 2024-09-24 | 2024-09-25 | 3617 | THORLABS | 128.31 |
| 2024-09-23 | 2024-09-24 | 3617 | THORLABS | 255.2 |
| 2024-09-21 | 2024-09-23 | 3617 | ROBOTSHOP INC. US | 17.54 |
| 2024-09-18 | 2024-09-19 | 3617 | The Robot MarketPlace | 25.67 |
| 2024-09-13 | 2024-09-14 | 3617 | THORLABS | 384.13 |
| 2024-09-07 | 2024-09-09 | 3617 | ACE 53 ROCKY RIVER | 47.16 |
| 2024-09-01 | 2024-09-02 | 3617 | HALF PRICE BOOKS #077 | 85.47 |
| 2024-08-30 | 2024-08-31 | 3617 | LASERSAFETYINDUST | 119.77 |
| 2024-08-29 | 2024-08-30 | 3617 | eBay O*14-11999-25237 | 388.72 |
| 2024-08-29 | 2024-08-30 | 3617 | eBay O*04-12009-71641 | 20.24 |
| 2024-08-26 | 2024-08-27 | 3617 | OTPMOBL*SZAMLAZZ.HU/SZ | 44.95 |
| 2024-08-01 | 2024-08-02 | 3617 | NASCO EDUCATION LLC | 131.95 |

## 2. Amazon Expenditures For R&D

The following table shows Nathan Rapport's personal Amazon expenditures supporting Radian Industries' research and development between August 26 and December 2, 2024.

| Order Date | ASIN | Product Name | Total Owed |
|---|---|---|---|
| 2024-12-02T20:36:26Z | B0BJ194Z43 | HP LaserJet Pro MFP 3101fdw Wireless Black & White All-in-One Laser Printer, Scanner, Copier, Fax, Best-for-Office (3G628F) | 225.72 |
| 2024-12-02T19:27:03Z | B0D4YTGKQQ | YAODHAOD USB A Male 2 Pin Bare Wire, 22AWG 5V 3A USB 2.0 Male Plug to Bare Wire Open End Extension Cable,for USB Equipment Installed or Replace Repair DIY Cable (5pcs) (USB A 2.0 Male 2Pin) | 9.49 |
| 2024-12-02T18:35:14Z | B011F7W3LU | Thermal Grizzly Kryonaut, High Performance Thermal Paste for Cooling All Processors, Graphics Cards and Heat Sinks in Computers and Consoles -1.0 Gram | 9.7 |
| 2024-12-02T18:34:06Z | B0DHLHPCV3 | EAHOSUCC Single 1M/3.3FT 22AWG DC Power 5.5mm x 2.5mm Barrel Male Plug Connector Pigtail，3A 5525 DC Cable Extension 2 Pin Open End to Bare Wire DIY Cord for DC Power Supply Cable Repair | 4.63 |
| 2024-12-01T23:56:26.692Z | B09VDKSMQL | ARCTIC MX-6 (4 g, incl. 6 MX Cleaner) - Ultimate Performance Thermal Paste for CPU, Consoles, Graphics Cards, laptops, Very high Thermal Conductivity, Long Durability, Non-Conductive | 16.19 |
| 2024-11-25T02:28:53Z | B09YYQH1CZ | Zeberoxyz 2PCS Set GT2 Synchronous Wheel 20&30 Teeth 5mm Bore Aluminum Timing Pulley with 2PCS Length 200mm Width 6mm Belt (20-30T-5B-6) | 12.84 |
| 2024-11-25T02:28:53Z | B09JWKLJW9 | Zeberoxyz 2PCS Set GT2 Synchronous Wheel 20&40 Teeth 5mm Bore Aluminum Timing Pulley with 2PCS Length 200mm Width 6mm Belt (20-40T-5B-6) | 12.84 |
| 2024-11-25T02:28:53Z | B09JWM98SM | Zeberoxyz 2PCS Set GT2 Synchronous Wheel 20&40 Teeth 8mm Bore Aluminum Timing Pulley with 2PCS Length 200mm Width 6mm Belt (20-40T-8B-6) | 12.84 |

| 2024-11-25T02:28:53Z | B08X68JKS7 | Zeberoxyz 2PCS Set GT2 Synchronous Wheel 20&60 Teeth 6.35mm Bore Aluminum Timing Pulley with 2PCS Length 200mm Width 6mm Belt (20-60T-6.35B-6) | 13.92 |
|---|---|---|---|
| 2024-11-25T00:43:43Z | B08ZY16TL1 | 8 Pieces Black Neoprene Foam Anti Vibration Pads, Rubber Padding with Adhesive Backing, 6 in X 6 in X 1/8 in Rubber Insulation Anti-Vibration Pads | 14.03 |
| 2024-11-25T00:19:22.007Z | B09VCXWPQG | WD 20TB Elements Desktop External Hard Drive, USB 3.0 drive for plug-and-play storage - WDBWLG0200HBK-NESN | 289.44 |
| 2024-11-25T00:07:43.555Z | B093BW8PBG | Seagate Expansion Desktop 14TB, External Hard Drive, USB 3.0, 2 Year Rescue Services (STKP14000400) | 179.95 |
| 2024-11-24T02:22:30Z | B0BQX6NNVC | Toshiba Canvio Basics 2TB Portable External Hard Drive USB 3.0, Black - HDTB520XK3AA | 71.71 |
| 2024-11-22T17:57:57Z | B00GS8W3T4 | MedPride Powder-Free Nitrile Exam Gloves, Iris Blue, Medium, Box/100 | 10.79 |
| 2024-11-22T01:51:31Z | B09M2RJQGY | M6 x 1.0mm Serrated Flange Hex Lock Nuts, Hincell 150pcs 304 Stainless Steel Serrated Metric Hex Flange LockNuts,Bright Finish Hex Lock Nut | 7.55 |
| 2024-11-22T01:51:31Z | B0BG2CNTLJ | Biaungdo M6 x 100mm Bunk Bed Bolts, Hex Drive Socket Furniture Barrel Screws Bolt Nuts Furniture Crib Baby Bed Bolt with Wrench(12 Pcs) | 7.28 |
| 2024-11-21T16:21:40Z | B07MWR845K | Gorilla Super Glue Gel, 20 Gram, Clear, (Pack of 2) | 15.77 |
| 2024-11-21T04:40:46Z | B0922QDVJC | Kyuionty Phillips Screwdriver 8 Inch, Long Screwdriver #1 Magnetic Tip Screwdrivers Extra Long Shaft Cross Head Screwdriver | 7.23 |
| 2024-11-21T04:39:26Z | B0C5X575XF | Toolcool M6 x 75mm T-Track Bolts Star Knob Kit T Slot Bolts 3 Inch with Washers T Track Accessories for Woodworking Jigs and Fixtures - 5 Pack | 15.11 |
| 2024-11-21T02:59:34Z | B0D4J43RCD | DIVANC 550Pcs 304 Stainless Steel Wood Screws Assortment Kit, Phillips Pan Head Sheet Metal Screws Self Tapping Screws Set, #4#6#8#10#12 | 28.07 |

| | | Wood Assorted Screws, Length 1/4" to 1-1/2" (Pan Head 550PCS) | |
|---|---|---|---|
| 2024-11-21T02:58:15.899Z | B0D4J43RCD | DIVANC 550Pcs 304 Stainless Steel Wood Screws Assortment Kit, Phillips Pan Head Sheet Metal Screws Self Tapping Screws Set, #4#6#8#10#12 Wood Assorted Screws, Length 1/4" to 1-1/2" (Pan Head 550PCS) | 25.99 |
| 2024-11-21T02:51:49Z | B07D1LKFB7 | Bolt Dropper 10 X 3/4" Stainless Truss Head Phillips Wood Screw, (25 Pack), Black Xylan Coated 18-8 (304) Stainless Steel Screws Corrosion Resistant by Bolt Dropper | 6.47 |
| 2024-11-21T02:31:23Z | B085D8KFVC | Yamaha Yamalube Molybdenum Disulfide Grease - ACC-MOLDM-GS-05 | 12.41 |
| 2024-11-19T04:11:08Z | B08QMKQJCZ | 1/4-20 x 2-1/2" Hex Head Cap Screws Bolts and Nuts, Flat Washers, Spring Washers, Stainless Steel 18-8 (304), 10 Sets | 10 |
| 2024-11-19T03:34:45Z | B09516JX34 | JAYEGT Motorized Rotating Display Stand, 360 Degree Electric Rotating Turntable for Photography Products Display , Live Video Show,Remote Control Angle, Speed (Black, 8.66inch /250Lbs Load,Wired) | 60.47 |
| 2024-11-19T03:05:10Z | B071GD8TG9 | XCEL Neoprene Foam AntiVibration Pads with Adhesive 6" X 6" X 1/4" (8 Pieces) | 12.44 |
| 2024-11-19T03:02:44Z | B074Y7RRN6 | 4" (100 mm) Horizontal Vertical Tilting 0°- 90° Rotary Table- Milling Machine Tool | 134.99 |
| 2024-11-19T02:55:16Z | B0CYT49ZCZ | Wulankd T-Slot Nut Black Oxide Finish, 1/4"-20 Thread Size, 5/8 in Table Slot Size, 5 Packs | 6.47 |
| 2024-11-19T02:13:19.561Z | B081J29FLQ | SHARS 8" Horizontal and Vertical Rotary Table 3 Slots 202-2002A-3 R ) | 305.95 |
| 2024-11-19T02:13:19Z | B0765NZKW2 | POWERTEC 1/4"-20 T Track Bolts 20 Pack for T Track, 3-1/2 Inch Long T Slot Bolts for Universal T Track, T Track Accessories for Woodworking Jigs and Fixtures (QTB1006) | 13.14 |
| 2024-11-13T18:29:17Z | B08QM9Z6ZY | 1/4-20 x 3-1/2" Hex Head Cap Screws Bolts and Nuts, Flat Washers, Spring Washers, Stainless Steel 18-8 (304), 10 Sets | 11.78 |

| | | | |
|---|---|---|---|
| 2024-11-13T04:23:23Z | B08ZY16TL1 | 8 Pieces Black Neoprene Foam Anti Vibration Pads, Rubber Padding with Adhesive Backing, 6 in X 6 in X 1/8 in Rubber Insulation Anti-Vibration Pads | 14.03 |
| 2024-11-13T02:00:25Z | B0DHLHPCV3 | EAHOSUCC Single 1M/3.3FT 22AWG DC Power 5.5mm x 2.5mm Barrel Male Plug Connector Pigtail，3A 5525 DC Cable Extension 2 Pin Open End to Bare Wire DIY Cord for DC Power Supply Cable Repair | 5.39 |
| 2024-11-13T01:54:03Z | B08RFCCBR1 | Amazon Basics Heavy Duty Sponges, 6 Count, Yellow/Green | 5.16 |
| 2024-11-06T23:25:17Z | B0C1SH2R19 | powkey Portable Power Station with AC Outlet, 65W/110V External Battery Pack 24000mAh/88.8Wh Power Pack, Portable Power Source Supply Backup for Outdoor Tent Camping Home Office | 71.27 |
| 2024-11-06T22:01:33Z | B07VW5VRX7 | DC Power Pigtail Cable,16AWG DC Barrel Plug Connector 2.1mm x 5.5mm DC Male Plug to Bare Wire Open End Power Wire Supply Repair Cord for CCTV Security Camera,12V 24V 36V Adapter 3FT | 7.55 |
| 2024-11-05T04:16:14Z | B08P38DLLT | [4-in-1] 15 Amp Household AC Plug to 20 Amp T Blade Adapter,5-15P to 5-20R,5-15P to 6-15R,5-15P to 6-20R, 4 in 1 AC Power Adapter,15A 125V to 20A 250V 15A 125V to 20A 250V Adapter | 7.55 |
| 2024-11-05T04:15:17.921Z | B08D9PGPWJ | [4-in-1] 15 Amp Household AC Plug to 20 Amp T Blade Adapter, Nema 5-15P to 5-20R, 5-15P to 6-15R, 5-15P to 6-20R Plug Outlet, AC Power Adapter Converter,15A 125V to 20A 250V Adapter | 6.99 |
| 2024-11-05T02:43:43Z | B07PS3NKWS | Yinleader 500W Voltage Transformer Power Converter(110V to 220V, 220V to 110V) Step Up/Down Converter 110/120 Volt - 220/240 Volt | 29.99 |
| 2024-11-02T20:03:52Z | B0982QPY1C | PIIHUSW Micro b Locking Screw Cable, Short USB 3.0 Micro B Cord USB A Male to Micro B with Dual Locking Screw Charging & Data Cable for External Hard Driver 30cm (Straight) | 8.63 |

| | | |
|---|---|---|
| 2024-11-02T20:03:52Z | B00NH13G5A | Amazon Basics Micro USB to USB-A 3.0 Charger Cable, 4.8Gbps High-Speed with Gold-Plated Plugs, 3 Foot, Black | 8.61 |
| 2024-11-02T03:01:31Z | B07DC5PPFV | Anker USB to USB C Cable [2 Pack, 6FT], USB A to USB C Charger Cord for Samsung Galaxy S10 S10+, LG V30, Beats Fit Pro and More (USB 2.0, Black) | 10.79 |
| 2024-10-31T03:34:34Z | B0BQ8Z8WQ8 | RYOBI 200 Piece Drill and Impact Drive Set | 45.35 |
| 2024-10-31T03:34:34Z | B09YVVWZZT | RYOBI ONE+ HP 18V Brushless Cordless Compact 1/4 in. Impact Driver Kit with (2) 1.5 Ah Batteries, Charger and Bag PSBID01K | 112.32 |
| 2024-10-31T03:25:46.643Z | B0BKB2XMQX | RYOBI ONE+ 18V Cordless 1/4 in. Impact Driver Kit with (2) 1.5 Ah Batteries and Charger | 89.9 |
| 2024-10-26T02:10:03.817Z | B0051OXJXU | DYNAMIXEL AX-12A | 49.9 |
| 2024-10-23T00:12:18Z | B0CBPL4RKH | Gritin Rechargeable Book Light for Reading in Bed with 19 LED &Memory Function-Eye Caring 3 Color Temperatures,5 Brightness Levels,80 Hrs Runtime Flexible Goose Neck Clip on Book Light for Book Lovers | 10.79 |
| 2024-10-23T00:08:25Z | B08XZBN3D2 | uxcell 10 Pcs Adhesive Backed Tape Measure 10cm Left to Right Read Measuring Tapes Stick on Workbench Ruler (Transparent) | 8.09 |
| 2024-10-22T23:59:09Z | B000JFVK78 | Ritchie X-10B-M Black Housing with Black 2-inch Direct Reading Dial Compass, Bracket Mount | 52.1 |
| 2024-10-22T23:18:13Z | B01MS6HO05 | TRACEABLE - AO-90080-06 Traceable Thermometer with Clock, Humidity Monitor, and Calibration | 71.12 |
| 2024-10-22T14:03:35Z | B09X7CFXSX | SanDisk 256GB Extreme PRO SDXC UHS-I Memory Card - C10, U3, V30, 4K UHD, SD Card - SDSDXXD-256G-GN4IN, Dark gray/Black | 37.79 |
| 2024-10-21T00:18:30Z | B0CJ5XNHXG | AJP Distributors 6 Pack of 19 GAL Stackable Storage Bins with Lids, Plastic Collapsible Totes, Folding Box Storage Containers, Stacking Wardrobe Closet Organizer For Home Office Clothing Books | 118.79 |

| | | | |
|---|---|---|---|
| 2024-10-18T04:37:23Z | B07DCN3Z2G | Handheld Digital Tesla Meter High Precision Gaussmeter Fluxmeter Surface Magnetic Field Tester with Probe 0-2400mT | 107.99 |
| 2024-10-18T04:07:36Z | B07P8VF26X | Science Magnet for Kids Bar Magnet Small with North South Identified for Students Teachers Science Experiment Physics Education Toys 2Pcs | 6.47 |
| 2024-10-18T04:06:31Z | B07RKL6PK9 | Sandisk microSDXC Extreme Pro 1TB (A2/ V30/ U3/ R170/ W90) + Adapter Mobile | 122.25 |
| 2024-10-18T03:59:22.764Z | B07FCR3316 | SanDisk 256GB Extreme microSDXC UHS-I Memory Card with Adapter - Up to 160MB/s, C10, U3, V30, 4K, A2, Micro SD - SDSQXA1-256G-GN6MA | 24.95 |
| 2024-10-18T03:51:18Z | B0D8T5TQB5 | DINGETU Camcorder Video Camera 4K Ultra 44MP Vlogging Camera for YouTube 18X Digital Zoom Camcorder 3.0" IPS Screen Video Recorder with External Mic, Controller, 2 Batteries and 32G SD Card | 140.37 |
| 2024-10-18T03:51:18Z | B081VHSB2V | uni SD Card Reader, High-Speed USB C to Micro SD Card Adapter USB 3.0 Dual Slots, Memory Card Reader for SD/Micro SD/SDHC/SDXC/MMC, Compatible with MacBook Pro/Air, Chromebook, Android Galaxy | 8.63 |
| 2024-10-18T03:42:43Z | B07DWSZMRQ | AOFAR Military Compass AF-4580 Lensatic Sighting Navigation, Waterproof and Shakeproof with Map Measurer Distance Calculator, Pouch for Camping, Hiking, Hunting, Backpacking (Camo) | 12.63 |
| 2024-10-18T03:42:43Z | B0BD7NQG2J | Protmex HT607 Temperature Humidity Meter High Precision Digital Hygrometer with Ambient, Relative Humidity, Dew Point, Wet Bulb Thermometer, Min/Max Hold, LCD Backlight with Cover Protector | 32.39 |
| 2024-10-18T02:22:11Z | B07XRQ7GHJ | GiveBest Portable Electric Space Heater, 1500W/750W Ceramic Heater with Thermostat, Heat Up 200 Square Feet in Minutes, Safe and Quiet for Office Room Desk Indoor Use | 27.52 |

| 2024-10-18T01:48:14Z | B00GS8W3T4 | MedPride Powder-Free Nitrile Exam Gloves, Iris Blue, Medium, Box/100 | 10.79 |
|---|---|---|---|
| 2024-10-14T21:07:27Z | B00IWVFRD4 | Officemate 1- Hole Punch, 5 Sheet Capacity, Silver (90091) | 5.49 |
| 2024-10-13T03:47:17Z | B0D2RP4B82 | Gorilla Super Glue Ultimate, Fast-Setting Cyanoacrylate Adhesive for Quick Fixes & Repairs, 15g Bottle with Anti-Clog Cap, Clear (Pack of 1) | 8.51 |
| 2024-10-13T03:43:40Z | B0BYVGP914 | Zeelo 2PCS Set GT2 Synchronous Wheel 20&60 Teeth 5mm Bore Aluminum Timing Pulley with 2PCS Length 200mm Width 6mm Belt (20-60T-5B-6) | 15.11 |
| 2024-10-13T03:16:54Z | B0BZ6XG8PT | Kadrick 270 Pcs M4 Screw Assortment, Metric Hex Socket Head Cap Bolts, M4*6mm/8mm/12mm/16mm/20mm/30mm Screws Nuts and Washers, 12.9 Grade Alloy Steel,Black Zinc Plated,Anti Rust Upgrade | 9.7 |
| 2024-10-13T03:14:53Z | B09X1FN3RC | 21PCS/Set GT2 Timing Belt Pulley Include 8pcs Mix Timing Belt 6 mm Width, 8pcs 20 Teeth 6mm Bore Belt Pulley Wheel, 4pcs Tensioner Spring Torsion with 1pcs Allen Wrench for 3D Printer | 12.52 |
| 2024-10-12T15:03:40Z | B08ZY16TL1 | 8 Pieces Black Neoprene Foam Anti Vibration Pads, Rubber Padding with Adhesive Backing, 6 in X 6 in X 1/8 in Rubber Insulation Anti-Vibration Pads | 14.03 |
| 2024-10-12T15:02:21Z | B071GD8TG9 | XCEL Neoprene Foam AntiVibration Pads with Adhesive 6" X 6" X 1/4" (8 Pieces) | 12.44 |
| 2024-10-12T04:10:35Z | B0C7QDMKYJ | AIWOQI Rubber Bands Size#107 Heavy Duty Big Wide rubber band 33PCS Elastic Bands for Office Supply Trash Can File Folders Litter Box Rubber Bands (Black,blue,light brown) | 10.79 |
| 2024-10-12T04:10:35Z | B0BXSSYV3C | AMUU Rubber Bands Large 120 Pack size #117B big Elastic Bands for Office Supply Trash Can File Folders Litter Box large strong Rubber Bands (7" x 1/8") | 10.79 |
| 2024-10-12T02:33:02Z | B07232M876 | Amazon Basics USB-A to Micro USB Fast Charging Cable, 480Mbps | 8.2 |

| | | Transfer Speed with Gold-Plated Plugs, USB 2.0, 6 Foot, Black | |
|---|---|---|---|
| 2024-10-11T14:53:41Z | B087K1GG7P | BlindsAvenue Cellular Honeycomb Cordless Shade, 9/16" Single Cell, Blackout, Anthracite, Size: 26.5" W x 72" H | 73.11 |
| 2024-10-08T16:39:37Z | B086T1N5R4 | GuanTing Universal AC Adapter 12V 2A Power Supply Charger 24W AC110V to DC12V 2000mA 1500mA 1000mA 500mA Power Driver 8 DC Plug Tips 12 Volt Converter Inverter Transformer ac dc Adapter(DC12V~2A) | 9.7 |
| 2024-10-08T16:38:55.081Z | B0852HX9HV | 12V 2A AC Adapter Charger Replacement with 8 Tips, Regulated 12 Volts 2000mA Power Supply Cord for LED Strip Light, CCTV Camera, BT Speaker, GPS, Webcam, Router, DC12V Transformer (6ft) | 11.99 |
| 2024-10-08T16:30:28Z | B0885RD8KN | Mr. Pen- Triangle Ruler, Square and Ruler Set, 3 Pack, Set Square, Square Ruler, Protractor for Geometry, School Geometry Set, Math Protractor, Geometry Rulers, Math Ruler | 7.55 |
| 2024-10-07T23:41:58Z | B0CQNQ7K8K | Rapthor Rechargeable 12V 6500mAh / 5V 13000mAh DC Output Lithium ion Battery Pack with Fast Charger for Heated Jacket LED Strip Lights CCTV Camera Phones, Compatible with Spectra Pump | 36.6 |
| 2024-10-03T20:18:20Z | B07TGJGJGD | 20awg Silicone Electrical Wire Cable 7 Colors (23ft Each) 20 Gauge Hookup Wires kit Stranded Tinned Copper Wire Flexible and Soft for DIY | 15.75 |
| 2024-10-03T20:15:27Z | B07HHS14VQ | Usongshine TB6600 4A 9-42V Nema 17 Stepper Motor Driver CNC Controller Single Axes Phase Hybrid Stepper Motor for CNC/42 57 86 Stepper Motor （1 pcs) | 10.78 |
| 2024-10-03T18:58:23Z | B06XX25HFX | WGGE WG-026 10 Pieces and 5 Colors Test Lead Set & Alligator Clips,20.5 inches / 22 AWG Copper Wire. The clips soldered and stamping to The wires. (1 PACK) | 5.61 |
| 2024-10-03T15:52:41Z | B07VNSXY31 | EZlifego Double Sided Tape Heavy Duty, Nano Double Sided Adhesive | 10.79 |

| | | Tape, Clear Mounting Tape Picture Hanging Adhesive Strips (9.85FT) | |
|---|---|---|---|
| 2024-10-03T15:16:00Z | B00003IE4E | Energizer 9V Batteries, 2 Count MAX Premium Alkaline 9 Volt | 8.26 |
| 2024-09-26T21:15:51Z | B08R9TG66C | 1/4-20 UNC Stainless Steel Thin Hex Nuts Hexagon Jam Nuts, 304 Stainless Steel 18-8, Full Thread, Coarse Thread, 25 PCS | 6.47 |
| 2024-09-26T01:45:01Z | B01LTICQYE | First Alert HOME1 Rechargeable Standard Home Fire Extinguisher UL Rated 1-A:10-B:C, Red | 22.01 |
| 2024-09-25T22:42:16Z | B0CTVPGB5M | Isopropyl Alcohol 99.9% - ACS Reagent Grade - 1 Quart Spray Bottle (32 Fl Oz) - Ultra High Purity Lab Grade Solvent - Rubbing Alcohol for Medical, Lab Equipment & Electronics - Made in The USA | 31.86 |
| 2024-09-24T23:03:44Z | B07QT7N3T2 | A4988 Stepper Motor Driver Module for Pololu RepRap 3D Printer StepStick (Pack of 2) | 8.2 |
| 2024-09-24T01:38:11Z | B08545BSYB | 100 Qty #8 x 1/2" Black Phillips Modified Truss Head Wood Screws (BCP1077) | 7.94 |
| 2024-09-24T01:38:11Z | B0B7QX1TQF | Caydo 2 Pieces 16 Inch Large Natural Rectangle Wood Plank with Bark for Woodburning, Pyrography, Picnic, Wedding Party, and Home Decoration | 32.39 |
| 2024-09-24T01:24:24Z | B092J1YW2M | 4 Inch C-Clamp Set, Heavy Duty Steel C Clamp Industrial Strength C Clamps for Woodworking, Welding, and Building(4PCs) | 22.67 |
| 2024-09-24T01:24:24Z | B08GK5WFRN | Bright Creations 6 Pack Unfinished Wood Canvas Boards for Crafts, Wooden Panels for Painting (4 x 12 in) | 20.24 |
| 2024-09-24T01:11:04Z | B07QT7N3T2 | A4988 Stepper Motor Driver Module for Pololu RepRap 3D Printer StepStick (Pack of 2) | 8.2 |
| 2024-09-22T23:11:43Z | B0CQG63DZS | ZQZ 1/4"-20 Hex Nuts,130 Pack 304 (A2-70) Stainless Steel Hardware Nuts,Standard Inch Coarse Thread Nuts | 10.79 |
| 2024-09-22T23:11:43Z | B0CPHRTWCJ | Vifmy 110 Pack 1/4"-20 Inch Lock Nuts,304 (A2-70) Stainless Steel Nylon Insert Locknuts,Standard Inch Thread Nylock Nuts | 10.79 |

| 2024-09-22T23:11:43Z | B0BYVQZWSW | Yoliko 22pcs 1/4-20 Inch 4 Sizes Thread Hex Socket Set Screw Assortment kit - 304 Stainless Steel Full Thread Cup Point Grub Screws Set Screw for Bathroom Fixtures, Door Handles, Light Fixtures etc | 9.71 |
| 2024-09-22T23:11:43Z | B08V5MJCX3 | 1/4" Stainless Flat Washer, 5/8" Outside Diameter, 18-8(304) Stainless Steel Washers Flat (100 Pack) | 6.47 |
| 2024-09-21T23:46:58Z | B0BZCPTY2B | SOMELINE® Electrical Connectors Crimping Tool Kit, Ratchet Terminal Crimper 22-10 AWG, with 21 Sizes Ring Fork Butt Insulated Connectors | 25.91 |
| 2024-09-21T23:46:58Z | B0B8HB5N4S | STEPPERONLINE 0.9deg Nema 17 Stepper Motor Bipolar 1.5A 30Ncm with 1 Meter Cable for 3D Printer CNC | 18.35 |
| 2024-09-21T23:46:58Z | B08SMFM3Z6 | Zeelo 5M GT2 Timing Belt 6mm Width + 4pcs 20 Teeth 5mm Bore Timing Pulley Wheel + 4pcs Idler + 8pcs Tensioner Spring Torsion + 4pcs Gear Clamp Mount Block with Allen Wrench for 3D Printer | 18.35 |
| 2024-09-21T23:46:58Z | B0968D2GR5 | Zeberoxyz 10pcs Copper Buckle,Wire Cable Connector, Wire Cable Terminal Lightweight Compact Terminal Accessory for 3D Printer Parts (Copper Buckle) | 9.71 |
| 2024-09-21T23:46:58Z | B0C2V4BF86 | DC 5-30V 4A Stepper Motor Driver Controller Integrated Board Forward/ Reverse Pulse Speed Angle Control Module PLC Serial Communication for NEMA 17 23 Motor | 27.95 |
| 2024-09-21T23:46:58Z | B0CRQCT8J5 | Mrosnail Nema 17 Stepper Motor Mounting Bracket Kit - 42mm Alloy Steel L-Shape Fixed Seat with M3 Screws for Precision Geared Motors, 2 PCS | 10.79 |
| 2024-09-21T23:46:58Z | B01EV70C78 | ELEGOO 120pcs Multicolored Dupont Wire 40pin Male to Female, 40pin Male to Male, 40pin Female to Female Breadboard Jumper Ribbon Cables Kit Compatible with Arduino Projects | 7.54 |
| 2024-09-21T22:58:10Z | B08Y8M54M9 | Digital Caliper Measuring Tool, Stainless Steel Vernier Caliper Digital Micrometer with Large LCD Screen, | 21.58 |

| | | Easy Switch from Inch Metric Fraction, 6 Inch Caliper Tool for DIY/ Household | |
|---|---|---|---|
| 2024-09-21T22:08:32Z | B0BN8SZQYP | wugongshan 380 Pcs Screws Bolts and Nuts Assortment Kit, Metric Machine Screws and Nuts and Bolts and Flat Washers, M3/M4/M5 Slotted Pan Head Hex Bolts and Nuts Sets (E) | 8.63 |
| 2024-09-21T19:11:09Z | B01CP18J4A | ELEGOO 5 Sets 28BYJ-48 ULN2003 5V Stepper Motor + ULN2003 Driver Board Compatible with Arduino | 13.76 |
| 2024-09-21T19:07:36Z | B0BRV3HTXY | IC L7805CV 10 PCS Kit Voltage Regulator Output 5V 1.5A Integrated Circuits L7805 Linear Positive Voltage Regulators TO-220 | 7.55 |
| 2024-09-20T01:31:33Z | B08SL9X2YC | VWEICYY 9V Battery Connector,10 PCS T-Type 9 Volt Buckle Connector Hard Plastic Shell Used in Student Experiment,or Other Equipment with Battery(T-Type, 10PCS) | 5.39 |
| 2024-09-20T01:16:31Z | B00007M5GI | Avery Self-Adhesive Removable Labels, 0.5 x 1.75 Inches, White, 840 per Pack (05422) | 8.2 |
| 2024-09-19T19:55:50Z | B085SVFVH6 | Highcraft STC-10T Rooftop Pipe Support Block with Galvanized Steel Strut- Sleeper Curb Replacement- Solid Conduit Standoff Cradle- 750 lb.capacity- 5-3/4 x 9-3/4 in, High Grade Recycled Rubber, Black | 22.67 |
| 2024-09-19T19:55:50Z | B09MFL3RKV | Fuzbaxy 1" EMT Strut Clamps Steel for Rigid Conduit and Pipe-6pack | 12.95 |
| 2024-09-10T22:46:48Z | 013123613X | John E. Freund's Mathematical Statistics (6th Edition) | 6.87 |
| 2024-09-01T21:08:50Z | B08HHKFPMD | HOMIDEC 6-Cube Storage Organizer, Closet Organizer Storage Cabinet Shelf Bookcase Bookshelf,Storage Cubes Organizer Cabinet for Kids,Closet, Bedroom,Bathroom | 26.98 |
| 2024-09-01T21:08:50Z | B09NVBW6T5 | JOILCAN Tripod Camera Tripods, 74" Tripod for Camera Phone Video Recording, Heavy Duty Camera Tripod Stand, Professional Travel DSLR Tripods Compatible with Canon iPhone, Max Load 15 LB | 32.39 |
| 2024-09-01T21:08:50Z | B0CD3X2976 | SINGAYE 5 Tier Shelf Wire Shelving Adjustable Storage Shelves Storage | 38.44 |

| | | Rack,Standing Storage Shelf Units for Kitchen Closet Laundry Bathroom Pantry,Narrow Mesh Gaps,16"W x 10"D x 55"H,Black | |
|---|---|---|---|
| 2024-09-01T20:54:12Z | B01EWNUUUA | ELEGOO Mega R3 Project The Most Complete Ultimate Starter Kit with Tutorial Compatible with Arduino IDE | 71.27 |
| 2024-09-01T20:54:12Z | B07WHC5P8F | 10X LED Magnifying Lamp with Clamp, KIRKAS 2,200 Lumens Dimmable Super Bright Daylight Magnifying Glass with Light, Adjustable Swivel Arm Lighted Magnifier Lamp for Reading Repair Crafts- Black | 55.39 |
| 2024-09-01T20:54:12Z | B003P2UOCO | Akro-Mils 10144 44-Drawer Plastic Drawer Storage Cabinet for Garage Organization, Lego Storage, Teacher Toolbox, Makeup Organizer, and More, 20-Inch W x 6-Inch D x 16-Inch H, Black | 48.57 |
| 2024-09-01T20:54:12Z | B01IU6WT5O | 4 Pack of Anti Vibration Pads 4" x 4" x 7/8" Rubber/Cork Vibration isolation pads | 15.61 |
| 2024-09-01T20:54:12Z | B08BNZDB57 | WORKPRO 48" Adjustable Workbench, Rubber Wood Top Heavy-Duty Workstation, 2000 LBS Load Capacity Hardwood Worktable with Power Outlets, for Workshop, Garage, Office, Home | 205.19 |
| 2024-08-28T14:19:57Z | B07MY3R7R9 | kicteck Video Camera Camcorder Digital Camera Recorder Full HD 1080P 15FPS 24MP 3.0 Inch 270 Degree Rotation LCD 16X Zoom Camcorder with 2 Batteries(604s) | 71.27 |
| 2024-08-28T14:19:57Z | B09XR2MTHK | Lexar E-Series 128GB Micro SD Card 2 Pack, microSDXC UHS-I Flash Memory Card with Adapter, 100MB/s, C10, U3, A1, V30, Full HD, 4K UHD, High Speed TF Card | 25.91 |
| 2024-08-28T12:57:05Z | B0B93TDHDJ | Rotary Table Tilting 4" Inches (100mm) 4 Slots for Milling Machines Tool with m6 clamp kit | 134.99 |
| 2024-08-26T16:51:41Z | B0CZ6SMHPH | Laptop Shipping Box Secure Mailer Box Kraft Mailing Box with Protection Foam Without Available Space for | 20.51 |

|  |  | Chargers or Cords, Fits Most Laptop Screen Sizes |  |

### 3. Total Expenses Document

The content of the document titled 'Total Expenses.docx', last modified on 12/10/2024 at 22:12:

```
Total expenses through 12/10/2024: $13,656.46

Credit card: $9,947.93
Amazon: $3,708.53
```

Due to a previous error in computing totals,[1] this document did not completely account for all Amazon expenses. Actual total Amazon expenses amounted to $4,299.49, and Rapport's total personal expenses were therefore $14,247.42.

---

[1] The "Total Owed" column downloaded from Amazon erroneously listed several items as zero; this was fixed by adding the "Unit Price" and "Unit Price Tax" columns together.

## 4. Purchase Analytics



Figure 1: Rapport's R&D procurement spending from late August through December 2024.



Figure 2: Purchase counts by day of week, showing that Rapport worked both weekdays and weekends.



Figure 3: Purchases by hour of day, showing frequent late-night procurements. Improvements to the experimental apparatus were made during the day, while experiments were generally conducted in the evening after sunset to reduce ambient environmental light interference, and procurements were often made late at night.



Figure 4: Purchase categories show purchases related to Artifact R&D.



Figure 5: Rapport's personal expenditures during the period from August through December were less than $1000 per month.



Figure 6: Rapport's personal expenses were modest during this time—under $1000 per month, with over half of discretional monthly spending (excluding rent) dedicated to self-improvement (language lessons).

## 5. Business Disruption

The pattern and volume of Signal messages initiated by Chapiro throughout April 2025 constituted a sustained interference with the technical operations of the business. Despite repeated requests to consolidate communications and respect working time boundaries, Chapiro persisted in a high-frequency, unstructured messaging pattern that demonstrably impaired the ability of the company's sole inventor (Rapport) to conduct research and development.





