# Exhibit E1: Enterprise Structure

# Contents

Exhibit E1: Enterprise Structure ......................................................................... 1
1. Mach Capital Pitch Deck ............................................................................. 2
2. Phoenix Dynamics ..................................................................................... 8
    2.a. Wyoming Articles of Incorporation ........................................................ 8
    2.b. Investment Memo ............................................................................ 12
3. Black Lattice ........................................................................................... 18
    3.a. Black Lattice Network .................................................................... 18
    3.b. Black Lattice Pitch Deck ................................................................ 19
    3.c. Advanced Human Engineering LLC ................................................... 24
4. Ophanim ................................................................................................ 25
    4.a. Wyoming Articles of Incorporation ................................................... 25
    4.b. Florida Articles of Incorporation ...................................................... 29
5. Michael Chapiro ...................................................................................... 30
    5.a. Black Lattice SBIR/STTR Grant Awards ............................................ 30
    5.b. Sports Cars .................................................................................. 31
    5.c. Minority Self-Certifications ............................................................. 34
    5.d. Birth Record ................................................................................ 35
    5.e. Self-Identification ......................................................................... 36
6. Dylan Tyler Carrington .............................................................................. 37
    6.a. Dylan Carrington X Profile .............................................................. 37
    6.b. Dylan Carrington LinkedIn .............................................................. 40
    6.c. Tyler Carrington LinkedIn ............................................................... 43
7. Kole McGinn LinkedIn .............................................................................. 45

# 1. Mach Capital Pitch Deck



Figure 1:  Despite having no apparent legal existence as a fund due to Chapiro's ongoing failure to attract external capital, Mach Capital remains the brand name and coordination hub for Chapiro's racketeering enterprise.

## General Partner

With a technical background in materials engineering, Michael Chapiro co-founded Mantis Composites in 2014. Michael recently left his position of Chief Strategy Officer (advisor now) to pursue Mach Capital full time as a solo GP.

At Mantis, Michael helped recruit advisory board members (ex-DARPA, ARL, Apple, etc.), spearheaded novel technology thrusts that led to Pentagon meetings and Gov/DoD contracts, and established relationships with A&D customers from startups to Fortune 100.



Outside DARPA HQ

2

© Mach Capital

## Fund Synopsis

**Primary Market Sector:** Aerospace

**Fund Size:** $42m ($75m cap, or $150m if including growth stage)

**Minimum LP Investment:** Institutions: $1m, Individuals: $250k

**Stage:** Primarily Seed & Series A (check sizes $250k - $5m)

**Geographic Region:** Global, US & Friendly

**Terms/Structure:** 10 year fund, 20% carry, 1% avg fee, 1% commitment

**Target Portfolio Size:** 10-15 companies, owning large portion of rounds
*"Diversification is protection against ignorance"* -Warren Buffett

3

© Mach Capital

## A Fund at the Nexus of a Revolution

Mantis Composites has invented a software driven process that yields what is effectively **by far the strongest material in existence.**\* To simplify, it is the first wholly new structural material class in over half a century and it is more accurate to think of it as the first ever programmable matter rather than a mere material.

Every aerospace company will deploy this technology to survive and every major aerospace prime is in communication with Mantis since they know this.

There are key aviation and space **subsystems**, that startups will be able to advance with a **more concentrated and faster** (i.e. high profit margin) deployment of this technology that does not conflict with the adoption process of large incumbents, which operate primarily as **system integrators**. Mach Capital is uniquely positioned to fund these startups.

4  \*Technical point, mostly explained in this article.

© Mach Capital

## Aerospace is Economically Unique

Aerospace systems cost ~1000x  more per pound than automotive upfront, and their operating costs are higher still.

Out of the >$1T/yr spent in the fight against gravity, there are two main cost drivers.

1. Structures
2. Power Systems

The combination of high upfront cost and high operating cost make it possible for a startup to capture an outsized amount of value, building unusually large margins taken from the fuel not burned. The incumbents profit as well so they will continue to focus on system integration first since they have a more hostile competitive environment.

5

© Mach Capital

## Why Now? -- 1st Aero *Tech* Fund

Two trends underly the emerging viability of an aerospace venture capital firm:

- The nature of machines in commercial and defense applications is shifting toward an increase in quantity and a decrease in size.

- Software has continued to eat into every aspect of design, engineering, and production, which makes early stage start-up costs comparable to pure software since salaries often drive initial costs in tech startups.

More importantly, the achievements of Mantis that have eluded hundred billion dollar companies is the ultimate proof that the shift to tech has occurred.

6

© Mach Capital

## Machines We Won't Invest In

The majority of VCs are non-technical. This works great for pure-software companies where it is primarily business risk that needs to be assessed, but is less effective elsewhere. External experts are only as useful as the questions you know to ask.

1. With consumer hardware and small UAVs, VCs do not fully understand engineering risk.
2. With the hype around 'flying cars', rockets, and smallsats, VC do not fully understand cost.
3. With materials, chem, & bio (sciences), VCs do not fully understand technology risk.

These are the areas where it is easiest to drum up excitement, leading to inflated valuations, but lack sufficiently strong competitive barriers, leading to low profitability even for the 'successes'.



7

© Mach Capital

## Machines We Will Invest In

1. Engines (e.g. micro-turbines, rotary, piston, RDE, rocket):
2. Electric Motors: (e.g. electrostatic, axial flux, superconducting)
3. UAVs Networks -- when the network/swarm is the system, the UAV producer is closer to a subsystem producer of a traditional aerospace supply chain.

(1)     (2)    (3)  

        

Our focus is twofold: the core technologies that define what the system integrators can achieve (above), and the manufacturing processes / software that determine what the subsystems can achieve (most non-consumer venture funding in manufacturing has focused primarily on supply chain rather than system performance).

8

© Mach Capital

## Where do these Machines go?

1. Engines and motors:
   a. Current Markets: military UAVs, hybrid cars, microgrid energy, electric motorcycles, and robots.
   b. Future Markets: VTOLs (urban aviation & military), small satellite (LEO) services.
2. UAVs Networks/Swarms:
   a. Current Markets: near zero
   b. Future Markets: delivery/cargo (commercial & military), commercial services (e.g. surveying, firefighting), and military combat.

    

Startups that focus on **system integration** of **previous** technologies in pursuit of a speculative business model is hardly tech, yet it is where VCs focus since large systems have a visually impressive aesthetic appeal (often just a rendering), and **legibility** that components and subsystems lack.

9

© Mach Capital

## Mach's Edge

- **Technology Barrier + Dealflow:** Mantis controls access to the base technology. Most startups will not have the option to work with Mantis since they are much higher risk customers. However, with Mach Capital, a select portfolio of smaller customers can become customers since it will offer a strategic advantage when the aerospace primes figure out Mantis is on a path to eclipse their profits at a fraction of the revenue. For Mach, the use of Mantis' technology is simply additional upside that is not priced in.

- **Technical Due Diligence:** We understand materials and technology, but most importantly, we understand the aerospace industry. Mantis' technology is relevant to nearly every aerospace system, providing a broad base of industry connections. Moreover, a lot of the information in aerospace is restricted by ITAR or is classified so other VCs are flying blind.

- **Not Scared of Dual-use**: Foundational technologies in materials, aviation, and space, are always dual-use. Silicon Valley started with DARPA funding when they wanted chips for missiles and the CIA wanted databases. Would you have passed on Intel or Cisco?

   

10

© Mach Capital

## Next Steps

I have written a more detailed document about this fund for interested parties. One of the appendices of that document provides an overview of *what technology is* since most VCs are not technologists (even if they are savvy programmers).

Take a look here if you want to better understand my thinking, or let's schedule a call/meeting. https://www.machcap.com/technologyperspectives

> *"Once a truly superior technology is available, with higher productivity and clear growth potential, the outcome in the medium term is* **practically inevitable**.*"*
>
> – Carlota Perez, "Technological Revolutions and Financial Capital"

Contact: Michael Chapiro
michael@machcap.com
machcap.com
@mchapiro
(Greater Seattle Area)

11

© Mach Capital

# 2. Phoenix Dynamics

## 2.a. Wyoming Articles of Incorporation



**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>
**WY Secretary of State**
**FILED: May 12 2025  6:35PM**
**Original ID: 2025-001676451**

---

### Limited Liability Company
### Articles of Organization

I.    **The name of the limited liability company is:**
      Phoenix Dynamics LLC

II.   **The name and physical address of the registered agent of the limited liability company is:**
      Company Sage Agents LLC
      1095 Sugarview Dr Ste 100
      Sheridan, WY 82801

III.  **The mailing address of the limited liability company is:**
      1309 Coffeen Avenue STE 1200
      Sheridan, Wyoming 82801

IV.   **The principal office address of the limited liability company is:**
      1309 Coffeen Avenue STE 1200
      Sheridan, Wyoming 82801

V.    **The organizer of the limited liability company is:**
      Andrew Pierce
      1095 Sugar View Dr STE 500 Sheridan Wyoming 82801

Signature:     *Andrew Pierce*                                    Date:  **05/12/2025**

Print Name:    **Andrew Pierce**

Title:         **Authorized Individual**

Email:         **reports@wyomingllcattorney.com**

Daytime Phone #:  **(307) 683-0983**

Page 1 of 4



Secretary of State

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**   ☐ An Individual    ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | |
|---|---|---|
| Signature: | *Andrew Pierce* | Date: **05/12/2025** |
| Print Name: | **Andrew Pierce** | |
| Title: | **Authorized Individual** | |
| Email: | **reports@wyomingllcattorney.com** | |
| Daytime Phone #: | **(307) 683-0983** | |

Page 2 of 4



Secretary of State

**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

**Company Sage Agents LLC**, whose registered office is located at **1095 Sugarview Dr Ste 100, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Phoenix Dynamics LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

Signature: *Andrew Pierce*                    Date: **05/12/2025**

Print Name: **Andrew Pierce**

Title: **Authorized Individual**

Email: **reports@wyomingllcattorney.com**

Daytime Phone #: **(307) 683-0983**

Page 3 of 4

**STATE OF WYOMING**
**Office of the Secretary of State**

    I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**Phoenix Dynamics LLC**

    I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **12th** day of **May**, **2025** at **6:35 PM.**

Remainder intentionally left blank.

Secretary of State

Filed Online By:

Andrew Pierce

on 05/12/2025

Filed Date: 05/12/2025

Page 4 of 4

**2.b. Investment Memo**

# Phoenix Dynamics* Technology & Investment Memo

Michael Chapiro (CEO) & Tyler Carrington (CTO)
Contact: mc@phdnx.com & tc@phdnx.com

April 4, 2025



**About the Founders** Michael Chapiro is the CEO & Co-founder, having broken into America's most exquisite defense capabilities, a feat unmatched by any venture-backed startup, ever. Michael co-founded and spearheaded the technology at Mantis Composites that is now underpinning capability shifts via major subsystems for the West's hypersonic strike systems, strategic re-entry vehicles, and highest performance missile interceptors. When Michael veered too far into thinking about affordable mass, it was Tyler Carrington, a Tony Stark like engineer, who convinced Michael to join him in his efforts to bring exquisite capabilities to affordable systems via what will be the world's first turbine-powered supersonic strike drone.

Tyler is co-founder and CTO, with expertise in metal 3D printing (parts & machine development), automotive racing, and turbine design & manufacturing. They are joined by Kole McGinn on the controls side as the first employee. Kole holds patents related to complex flow systems, with expertise in structural, thermal, and systems engineering. Kole is wrapping his Aeronautical and Astronautical master's at Purdue where he has excelled in applying novel methods of aircraft state estimation, trajectory optimization, and attitude control.

---

*incorporated, name change pending

1

# 1   Introduction & Military Theory

Technology is reshaping the nature of warfare, but it is not a wholesale upending of the American doctrine around which the Pentagon has been building over the past century. Our premise, which is highly contrarian within the venture capital and tech community, is that despite the substantial shifts underway, a number of foundational requirements are not shifting, and just like one cannot "download more RAM" there are engineering challenges that are built upon bleeding edge hardware capabilities that shift what it is the software can instruct a physical object to do, for the physical object is bounded by the laws of physics.

Over the past 5 years, a number of startups have been going after low-hanging fruit of cutting waste, or adding software to existing hardware, and existing companies are largely saturating those opportunities. The way to truly further transform American posture in the world will not simply be a bit of clever software or the same thing cheaper, it must be better. To make something 10x cheaper is to take a Chinese or Russian approach. We ask where can we make something 10x better, the American way, and this is why America wins.

Before getting into the specific machines we will build, we must understand the overarching military challenges threatening US hegemony. American warfighting, since the Norden bombsight of World War II, has centered on precision – even the premise of mutually assured destruction, which in SIOP-62 called for total nuclear destruction of the Soviet Union and China as an immediate response to nuclear provocation from Russia alone, quickly shifted in 1962 with SIOP-63, which called for a limited nuclear strike, while assuring the enemy that if they continued, a counter-force capability was in place.

A major component of precision is the ability to execute less-than-nuclear effects, which relies heavily on naval and air capabilities. Just like an ICBM is not a cost-effective way to deliver a small munition, other platforms are needed to get munitions to their launch points, and diminutive scale UAVs do not have a way to travel thousands of miles to where they are needed by themselves. Moreover, 1000 lbs of explosive across hundreds of quadcopters cannot replicate the effect of 1000 lbs of concentrated payload in a single bunker-busting missile. When considering the ability for the US to precisely engage targets several things must be considered:

1. **aggregate effects (system of systems) survivability** the platform that delivers the munition to where it is launched must be survivable, and enemy ballistic and cruise missiles threaten the ability to do this;

2. **munition survivability** the munitions must have sufficient survivability to reach their targets without interception;

3. **precision** the munitions must be able to actually reach their intended target precisely.

Here we consider an Effect Aggregator to represent a generalized concept for any platform or groupings of platforms that carry strike systems, but are not

2

Proprietary & Copyright 2025, Phoenix Dynamics

the strike system itself e.g. fighters, bombers, submarines, etc. Of course, there can be additional layers e.g. cluster bombs, or aircraft carriers on the other side, and this integrated hierarchical systems perspective of the modern force structure is critical to understand how new technologies shift total capabilities as opposed to simply being a product that can garner sales. (Of course, there is a fundamental element of affordability required in all of this, as the United States is facing down a three front global conflict.)

As we will see, herein lies the modern defense trilemma, and we will argue that it is not soluble via the aggregation of a portfolio of software tech-forward, lower cost capabilities. When thinking about the three main challenges, one quickly finds that everything that is done to improve one thing has an associated degradation in another one. Modern air defense systems in China, but also in China, Iran, and other parts of the world would threaten America from bringing its vastly superior military capabilities to bear. Anti-access / area-denial means that there is a need to break through and take out those systems, and expensive missiles or aircraft getting shot down is a fundamental problem when there is not freedom to operate.

**The swarm and cheap hypersonics problems:** A non-gliding, low-hypersonic rocket may seem like a good approach, but rockets are a fundamentally expensive operational capability due to their limited range at smaller sizes, which means the aggregate carrying systems sees a large jump in total cost (extra payload weight from rocket carrying its oxidizer), or, it needs to be able to get closer. Having a swarm of many attack vehicles might seem like an easy way to saturate enemy air defenses, but doing this has a few problems:

1. There is a fundamental cost jump from the raw physics that make smaller things far more expensive per ton-mile, which pushes cost into the platform delivering those effects.

2. The smaller the system, the smaller the range, so the air or other defense systems may take out the system delivering the swarm, and if that layered approach has high survivability (e.g. a B-21 Raider), it completely negates the cost savings of a low cost munition.

3. Finally, visual AI navigation is extremely limited and unreliable, and nothing about better AI can change that (garbage in, garbage out problem). High-end systems have high-end navigation and targeting capabilities, which often cost as much as the structures and propulsion combined. With smaller vehicles, those capabilities are rapidly compromised.

Moreover, just as the United States is developing counter UAV technologies, the enemy will not need a million dollar interceptor to take out a small American drone. Future enemy air defenses will continuously seek to gain an advantage in cost-exchange ratio in an attempt to deter the US from exercising its hegemony via the possibility of an attrition conflict, which the US does not want.

3

Proprietary & Copyright 2025, Phoenix Dynamics

## 2  The Phoenix Dynamics Strategy

These complex, inter-related challenges are where Phoenix Dynamics begins. Rather than simply making a vehicle, we are starting with the CONOPS (concept of operations) and asking how novel force structure can shift the foundations of American warfighting capabilities. This means thinking about theater level systems of systems and logistics rather than a missile or drone as a standalone system. A focus on these highly non-linear challenges and searching for the best solution, for the warfighter and as a business, not simply the one that allows quickly selling a widget to signal traction, are where our vehicle concepts originate.

Of course, that does not mean we cannot drop-in to existing force structure capabilities for those quick wins, but it means we can surpass the typical defense startup by two orders of magnitude.[1]

## 3  The Phoenix Dynamics Vehicles

### 3.1  Supersonic Glide Vehicles

No one has ever made a small supersonic drone since the payload and range penalties grow as you go smaller. Pushing the frontiers of performance in ways others cannot easily copy by leveraging proprietary capabilities across the various subsystems, partly in-house, and partly with strategic exclusivity deals will make it hard to find we have built something that looks nearly identical to what a prime has i.e. the Anduril Barracuda and the Lockheed Martin CMMT. Convergence in design is a clear signal of lack of innovation, at least in hardware. The term SGV alludes to HGV as this will be a complementary system. When loitering arsenal planes are close to the target, an SGV can have a similar time to target as an HGV that is much farther away i.e. 12 minutes to cover 200 miles at 1000 mph supercruise.

- 250 lb thrust scalable American turbine
- 35 lb engine
- Fuel consumption 3kg/min
- Vehicle empty weight 125 lbs, 75 lbs fuel = 10-12 min flight.
- 200 mile range
- 30 lb airframe
- 10 lb electronics, sensors, coms, cables, aux power
- 50 lb warhead

---

[1]Not shifting the force structure and getting baked into the roadmap ultimately means irrelevance, and it is a defense trap that will befall many startups that are quick to get 1 or 2 contracts, not unlike the $10m ARR SaaS ceiling that many startups struggled to break past. Given current market dynamics, investors should not expect good exit liquidity for those startups based 80% on Hollywood/Gundo videos. Anyone can make something fly and sell a few of them (though many people can also somehow waste enormous amounts of money with little or no flying to show for it) – making a thing fly that actually matters is much harder.

4

Proprietary & Copyright 2025, Phoenix Dynamics

### 3.2  FPV Missiles

The performance of loitering munitions are pathetic to say the least. Almost entirely vestigial ISR designs with folding wings and absurdly low top speeds. Those vehicles work only against the least capable of enemies, but they will all be knocked out with even basic counter-UAV systems. A smaller, lower cost 37.5 lb thrust version is currently under development.

- 110 lb thrust scalable American turbine - high subsonic, 600 mph
- 12.5 lb engine
- 45 lb empty weight - 60 lb with fuel, 7.5 minute flight, 75 mile range.
- Fuel consumption 900 g/min
- 10 lb airframe
- 5 lb electronics, sensors, coms, cables, aux power
- 25 lb warhead

**Capital Needed:**   With a \$2.5m pre-seed round, we will be able to build and fly all three vehicles in about a year, and the headlines from all our record-breaking will enable a rather large seed round, in addition to the opportunity to garner domestic & foreign sales to be in a strong position for a 10x or larger seed round.

## 4  Proprietary Capabilities

We are not just making a new product, we are shifting the core technology stack to achieve these capabilities. This is the difference between being just another PC maker in the 80s vs Apple, which actually did focus a lot on the internal hardware components in order to achieve a particular user experience.

1. **Lattice Truss Structures:** Carbon fiber skins are easy, the hard part is on the inside. We are combining different technologies to enable true internal carbon fiber lattice construction for massive weight savings, extremely high scalability, and a design architecture that pairs well with future AI design systems. This approach includes access to proprietary capabilities that are typically not available for loitering munitions.

2. **Guidance and Navigation:** Often overlooked in venture, no one has truly solved the GPS denial problem, and the ultra high performance gyros that enable big, expensive missiles to get where they need to go are not present in small drones. We have a proprietary laser gyro technology that is able to achieve 6-figure price performance, at low 5-figure costs, which no competitor will have.

3. **Propulsion:** We have a strong relationship going back many years with a US turbine manufacturer solving both performance and scalability, with a leap ahead on both, along with a novel low part count casting approach we may use for >10k unit runs.

5

Proprietary & Copyright 2025, Phoenix Dynamics

# 5   Transforming Force Structures

**The Arsenal Plane Solution**   These vehicles will be deployed in a range of capabilities, from ground, sea, and air.  From an air launch perspective, our vehicles enable attritable arsenal planes to be a realistic solution, not at the jumbo jet level, which underperforms the B-21, but especially at a smaller 5-25k lb MTOW scale of autonomous arsenal planes. Rather than using a fighter jet, a lower performance vehicle such as a Reaper can carry a number of our SGVs (Supersonic Glide Vehicles).  Due to the extreme thrust to weight to go supersonic, these vehicles are lighter, allowing more units per sortie, and driving value into the munitions, which otherwise concentrate in the launch platform. Combined with the short time-to-target and ability to standoff loiter, this provides an additional layer of capabilities for taking out air defense systems alongside exquisite hypersonic glide[2] vehicles, which are limited in number due to extreme cost.  The Hellfire missile, the most purchased missile globally, simply does not have nearly the range or performance to enable this, so we will displace it.

**The Arsenal Ship Solution**   While air launched effects have a number of advantages, from a cost perspective, aircraft are fundamentally far more expensive than maritime platforms.  Especially when considering vehicles that offer extended range alongside capabilities well in excess of an ordinary loitering munition, the maritime environment becomes critical beyond the indo-pacific, which is itself the most globally critical theater.  The rise in autonomous systems means that there will be swarms of rather large unmanned surface vehicles, which can be deployed in an attritable capability, while being harder to detect to than a Reaper at similar distances. However, going supersonic, like all technical capabilities, is not free from an energy physics perspective, and while a supersonic launch may have enough range for ground troops, when considering a swarm launch meant to suppress and take out air defenses, we need additional range.  This will be achieved by an initial rocket-boost to 50-70k ft and supersonic speed – that detaching rocket will weigh more than the SGV, but since it will be on a large unmanned surface vehicle, the ton-mile marginal cost is no problem, unlike when flying with a rocket.  With this, the true parallel to the hypersonic glide vehicle emerges.

There is not a ton of headroom – we will be able to just barely make it work, albeit just barely make the system of systems work extraordinarily well, *at these small sizes* to bring down the unit cost and enable swarm effects, whereas if you wanted to go mach 3-4 with an air-augmented rocket or any variety of ramjet, you would kill your range, kill your payload, and spike your costs.

---

[2]i.e.  not the low cost, low maneuverabilit hypersonic rockets Castellion is working on, but the real stuff.

Proprietary & Copyright 2025, Phoenix Dynamics

# 3. Black Lattice

## 3.a. Black Lattice Network

Back

| | | |
|---|---|---|
| 89BH2 | Legal Business Name | **BLACK LATTICE, INC.** |
| | Doing Business As (DBA) | **BLACK LATTICE INC** |
| | Division Name | |
| | Address | 8 THE GRN STE A<br>DOVER, DE 19901 3618<br>UNITED STATES |

**CAGE Information**

| | |
|---|---|
| CAGE | 89BH2 |
| UEI | SKFPSNPRDRL3 |
| Status | Active |
| Type | U.S./Canada Manufacturer |
| Established | 03/06/2019 |
| CAGE Update Date | 07/10/2024 |
| CAGE Expiration | 07/10/2029 |
| SAM Expiration | 07/08/2025 |

**Business Contact Information**

| | |
|---|---|
| Primary POC | MICHAEL CHAPIRO |
| Alternate POC | |
| Corporate URL | |

**Ownership of Offeror Information**

**Highest Level Owner**
   Information not Available
**Immediate Level Owner**
   Information not Available

**List of Offerors (3)**

| CAGE | Owner Type | Legal Business Name ▼ | |
|---|---|---|---|
| 8RHQ5 | Immediate | ADVANCED HUMAN ENGINEERING LLC | Details |
| 8RHH8 | Immediate | BL MACHINES LLC | Details |
| 8RDU8 | Immediate | REFLOW LABS LLC | Details |

**Additional Information**

| | |
|---|---|
| CAO-PAY | S2404A-HQ0338 |

Figure 22: Screenshot from the official U.S. Department of Defense CAGE database,[1] showing how Black Lattice is connected to Advanced Human Engineering LLC, BL Machines LLC, and Reflow Labs LLC.

---

[1]https://cage.dla.mil/Search/Details?id=12149813

### 3.b. Black Lattice Pitch Deck



















### 3.c. Advanced Human Engineering LLC



Figure 32: Attribution text from the bottom of the website https://getchroma.co/, identifying Advanced Human Engineering, LLC as the company operating Chroma.



Figure 33: Screenshot from the official U.S. Department of Defense CAGE database,[2] entry for Advanced Human Engineering, LLC (CAGE Code 8RHQ5), showing Michael Chapiro as the primary point of contact and listing https://getchroma.co as the company's official website. This confirms that Advanced Human Engineering is the entity behind the Chroma venture.

---

[2] https://cage.dla.mil/Search/Details?id=14065351

# 4. Ophanim

## 4.a. Wyoming Articles of Incorporation



**Wyoming Secretary of State**
Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

<u>For Office Use Only</u>
**WY Secretary of State**
**FILED: Jul 30 2024  5:55AM**
**Original ID: 2024-001497641**

---

**Limited Liability Company**
**Articles of Organization**

I.    **The name of the limited liability company is:**
      Ophanim LLC

II.   **The name and physical address of the registered agent of the limited liability company is:**
      Registered Agents Inc
      30 N Gould St Ste R
      Sheridan, WY 82801

III.  **The mailing address of the limited liability company is:**
      30 N Gould St Ste R
      Sheridan, WY 82801

IV.   **The principal office address of the limited liability company is:**
      30 N Gould St Ste R
      Sheridan, WY 82801

V.    **The organizer of the limited liability company is:**
      Registered Agents Inc
      30 N Gould St Ste R Sheridan, WY 82801

**Signature:**   *Robin Jones*                          Date:   **07/30/2024**

Print Name:      **Robin Jones**

Title:           **Authorized Signer**

Email:           **support@registeredagentsinc.com**

Daytime Phone #:  **3072002803**

Page 1 of 4



Secretary of State

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

> **W.S. 6-5-308. Penalty for filing false document.**
>
> (a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:
>
> (i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;
>
> (ii) Makes any materially false, fictitious or fraudulent statement or representation; or
>
> (iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**  ☐ An Individual   ☑ An Organization

The Wyoming Secretary of State requires a natural person to sign on behalf of a business entity acting as an incorporator, organizer, or partner. The following individual is signing on behalf of all Organizers, Incorporators, or Partners.

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

Signature:  *Robin Jones*          Date: **07/30/2024**

Print Name:  **Robin Jones**

Title:  **Authorized Signer**

Email:  **support@registeredagentsinc.com**

Daytime Phone #:  **3072002803**

Page 2 of 4



Secretary of State

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

## Consent to Appointment by Registered Agent

    **Registered Agents Inc**, whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **Ophanim LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

    I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | | |
|---|---|---|
| Signature: | *Robin Jones* | Date:  **07/30/2024** |
| Print Name: | **Robin Jones** | |
| Title: | **Authorized Signer** | |
| Email: | **support@registeredagentsinc.com** | |
| Daytime Phone #: | **3072002803** | |

Page 3 of 4

## STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

CERTIFICATE OF ORGANIZATION

**Ophanim LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **30th** day of **July**, **2024** at **5:55 AM.**

Remainder intentionally left blank.

Secretary of State

Filed Online By:

Robin Jones

on 07/30/2024

Filed Date: 07/30/2024

Page 4 of 4

## 4.b. Florida Articles of Incorporation

### Electronic Articles of Organization
### For
### Florida Limited Liability Company

**L21000047850**
**FILED 8:00 AM**
**January 26, 2021**
**Sec. Of State**
**jsdennis**

### Article I
The name of the Limited Liability Company is:

OPHANIM LLC

### Article II
The street address of the principal office of the Limited Liability Company is:

7901 4TH ST N
STE 300
ST. PETERSBURG, FL. US  33702

The mailing address of the Limited Liability Company is:

7901 4TH ST N
STE 300
ST. PETERSBURG, FL. US  33702

### Article III
The name and Florida street address of the registered agent is:

NORTHWEST REGISTERED AGENT LLC
7901 4TH ST N
STE 300
ST. PETERSBURG, FL.  33702

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:  TOM GLOVER

Signature of member or an authorized representative

Electronic Signature: MORGAN NOBLE

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

## 5. Michael Chapiro

### 5.a. Black Lattice SBIR/STTR Grant Awards





Figure 39: Black Lattice Inc. has received two Phase I awards totaling $200,000 in 2020 (contract number FA8649-20-P-0887) and 2021 (contract number FA8649-21-P-0133) respectively. Note that the business is listed as "Socially and Economically Disadvantaged."

### 5.b. Sports Cars

Although Black Lattice Inc. is listed as a "Socially and Economically Disadvantaged" business, Chapiro's lifestyle does not appear to reflect these disadvantages.



Figure 40: Chapiro appears to have been driving a Ferrari Lotus around California in February 2025. From the Chicago Auto Show website: "Pricing for the 2025 Lotus Emira starts at $199,990 for the Standard trim and $219,990 for the First Edition."[3]



Figure 41: Additional pictures Chapiro posted of his Ferrari Lotus.

---

[3]https://www.chicagoautoshow.com/vehicles-on-display/2025/lotus/emira/



Figure 44: On July 25, 2025, Chapiro posted a picture of his Jaguar F-Type sports car, writing: "Catch me pulling up to the trailhead in the lowered F Type with the carbon wheels".



Figure 45: Chapiro driving a Porsche, as evidenced by the visible logo.

Figure 46: Chapiro driving his Jaguar, as evidenced by the visible Jaguar logo. The ring made from "export controlled ultra high modulus pitch carbon fibers," which Chapiro wrote "violates export laws a bit" is visible on his left index finger.



Figure 47: Additional pictures Chapiro posted of his Jaguar.

## 5.c. Minority Self-Certifications



Figure 50: Chapiro self-certified BL Machines LLC as a "Hispanic American Owned," "Minority Owned," and "Small Disadvantaged Business."



Figure 51: Chapiro self-certified Reflow Labs as a "Hispanic American Owned," "Minority Owned," and "Small Disadvantaged Business."

**5.d. Birth Record**



# Michael Rafael Chapiro
Vital • California, Birth Index, 1905-1995

| | | |
|---|---|---|
| No Image Available | Name | **Michael Rafael Chapiro** |
| **Document Information** ⌄ | Sex | **Male** |
| | Mother's Name | **Nagel** |
| **Collection Information** | Mother's Sex | **Female** |
| California, Birth Index, 1905-1995 | Event Type | **Birth** |
| | Event Date | **26 Oct 1993** |
| **Cite This Record** | Event Place | **Santa Clara, California, United States** |
| "California, Birth Index, 1905-1995", *FamilySearch* (https://www.familysearch.org/ark:/61903/1:1:VLB9-GRV : Tue Feb 25 20:57:27 UTC 2025), Entry for Michael Rafael Chapiro and Nagel, 26 Oct 1993. | Event Place (Original) | **Santa Clara, California, United States** |

**Tree**

ATTACH TO T...

**Similar Records**

Michael Rafael Nagelchapiro
California, Birth Index, 1905-1995

Michael Rafael Nagel
California, Birth Index, 1905-1995

**Michael Rafael Chapiro's Parents and Siblings**

| Nagel | Mother F | ⌃ |
|---|---|---|
| Name | **Nagel** | |
| Sex | **F** | |

https://www.familysearch.org/ark:/61903/1:1:VLB9-GRV?lang=en

Figure 52: According to the California Birth Index, Defendant Michael Rafael Chapiro was born on October 26, 1993, in Santa Clara, California, to a mother with the surname Nagel. Both Chapiro and Nagel are Ashkenazi Jewish surnames of European origin, not associated with Hispanic or Latino ancestry. Additionally, while "Rafael" may occasionally appear in Hispanic contexts, it is also a common Hebrew given name and does not, in context, indicate Hispanic descent.

**5.e. Self-Identification**



Figure 53: Defendant's surname (Chapiro), maternal surname (Nagel), and middle name (Rafael) do not indicate Hispanic heritage, and public statements self-identifying as Jewish on at least 12 occasions confirm his identification with Jewish heritage. This post, for example, supports that Defendant identifies as Jewish by ethnicity or heritage, rather than by religious belief or observance. Accordingly, Defendant's self-certification as "Hispanic American" appears to be knowingly false.

## 6. Dylan Tyler Carrington

### 6.a. Dylan Carrington X Profile



Figure 54: X post linking Carrington (CTO of Phoenix Dynamics) and his profile to Chapiro.



Figure 55: Another X post linking Carrington of Phoenix Dynamics and his profile to Chapiro.



Figure 56: Carrington's revealing and cavalier dismissal of legal boundaries that reflects his and Chapiro's shared disregard for contractual and ethical obligations.

## 6.b. Dylan Carrington LinkedIn

Contact

www.linkedin.com/in/dylan-carrington-741549243 (LinkedIn)

Top Skills

React.js
Node.js
AngularJS

# Dylan Carrington

Advanced knowledge of Web, mobile development as well as DevOps - tylerc2023@gmail.com
Tampa, Florida, United States

## Summary

Dynamic and creative software developer with over 7 years of experience in producing robust code for high-volume companies. Eager to support the development team with top-notch coding skills.

Technology Stack

- System Administration
• Operating Systems: Centos, Redhat, Ubuntu, OSX, Windows.
• Shell Scripting, OS setup, Daemon/Server setup, Manual Installations /
Building from source, configuration, troubleshooting, cloud management, Scaling Horizontally and Vertically, Provisioning, Replication,
Server Migration.
• AWS cloud migration, management, troubleshooting, optimization
- DevOps
• Docker, Kubernetes, Pipelines, CI/CD, Automated testing and deployment.
• Architecture, Development, Data Modeling, Team Management.
• Object Oriented Programming, Design, and Analysis (OOP, OOD, OOA)
• Design Patterns (MVC, MVP, MVVM, Factory, etc..)
• SOAP/XML & JSON Web Services / REST API's
- Frontend
• React, Anguar, Vue Proficiency.
• Three.js, R3F, and WebGL.
• Redux, Mobx, Apollo, Service Workers
- Backend & Database
• Node, Laravel, Django/Flask, Apollo Server.
• tsoa, TypeGraphQL, TypeORM.
• MySQL, PostgreSQL, MongoDB, Redis
• Docker, Kubernates, Kafka
- Mobile

Page 1 of 3

• Android, iOS Native & React Native.
• AR & VR integration.
• IoT & AIoT, AI/ML/DL integration.

_____

## Experience

Self-employed
Unemployed
September 2022 - Present (2 years 10 months)

Quadrant Software Inc
Mid Software Engineer
April 2020 - August 2022 (2 years 5 months)
Tampa, Florida, United States

Followed AGILE Methodology for the software development process, part of the cross-functional team for the application development
Developed user-friendly interface to seamlessly combine the new module with the existing registration system.
Supported continuous improvement by investigating alternatives and new technologies and presenting these for architectural review.
Gathered and evaluated user feedback

TAFF Inc
Software Engineer (Remote)
April 2018 - February 2020 (1 year 11 months)
Tampa, Florida, United States

- Developed, tested, debugged, and documented 15+ projects
- Used established coding standards and methodologies and coached 2 junior engineers on best practices
- Worked within an agile scrum team, contributing to 100% continuous improvement and deployment (CICD)

Tallan Inc
Entry - Software Engineer
April 2017 - April 2018 (1 year 1 month)
Tampa, Florida, United States

- Contributed to the in-house UI library to create reusable components that saved 100+ hours of development per month
- Created a MVP for a store delivery management platform with 200+ business customers to create, manage, and monitor deliveries

Page 2 of 3



## Education

University of South Florida
Bachelor's degree, Computer Science · (January 2017 - August 2020)

Page 3 of 3

**6.c. Tyler Carrington LinkedIn**

## Contact

www.linkedin.com/in/tyler-carrington-ophanimlab (LinkedIn)

## Top Skills

Microsoft Office
Manufacturing
Computer Science

## Certifications

Catia V5
Siemens NX
SolidWorks
Certified SOLIDWORKS Professional

# Tyler C.

Design Engineer @COAST Autonomous | Additive Manufacturing Engineer , Product Design
Greater Tampa Bay Area

## Summary

As a Design Engineer and Product Designer at COAST Autonomous, I apply my extensive knowledge and experience in every aspect of Additive and Subtractive Manufacturing to create innovative and functional designs for self-driving vehicles. I use SolidWorks, Siemens NX, and other software tools to perform product validation, testing, and optimization, ensuring quality and performance standards.

I am also passionate about exploring the possibilities of BCI Technologies, Robotics, and Augmented Reality, and how they can enhance human capabilities and experiences. I have a SolidWorks Professional Certification and enjoy problem-solving, learning new technologies, and collaborating with other hardware developers and engineers.

_____

## Experience

**COAST Autonomous**
Design Engineer/Product Designer
2022 - December 2023 (1 year)
Tampa, Florida, United States

**Geek Squad**
Consultant Agent
August 2019 - August 2022 (3 years 1 month)
Tampa, Florida, United States

**Ultimate 3D Printing Store**
Additive Manufacturing Engineer
November 2021 - April 2022 (6 months)
Odessa, Florida, United States

Extensive knowledge and experience in every aspect of Additive and Subtractive Manufacturing

Page 1 of 2

Building relationships with customers that are new to printing

Creating SOP manuals for the repair/technical side for internal use.

Creating and designing in house mechanical designs for C02 laser systems.

University of Miami,  Miller School of Medicine
Student Intern UM Neuroscience Department
August 2020 - March 2021 (8 months)
Miami, Florida, United States

Research on complex cell systems to aid in nerve regeneration for patients with full or partial paralysis.
• Responsibilities were to keep up with the most up to date and relevant research, as well as maintaining the R studio and Python database.
• Designing experiments and using the results to create more accurate models.
• Working with multiple research teams and physicians to investigate axon regeneration

Numeric racing
Design Engineer
January 2020 - May 2020 (5 months)
Tampa, Florida, United States

• Worked on the development of a custom made Porsche billet aluminum short shifter.
• Extensive 3D CAD (Computer Aided Design) within Solidworks.
• Creating all parts to industry standard ISO regulations .
• In depth FEA analysis.
• Using composites such as carbon fiber and kevlar for creating custom parts.
• Learning the proper workflow to take an idea to a final product.

_____

## 7. Kole McGinn LinkedIn

Contact

www.linkedin.com/in/kolemcginn
(LinkedIn)

Top Skills
Advising People
Critical Thinking
Resiliency

# Kole McGinn
SpaceX Propulsion Engineer
West Lafayette, Indiana, United States

## Summary

Currently helping humans become multi-planetary!

Purdue BSME alumnus. I have experience with mechatronics, controls, fluid thermal systems, structural engineering, and rapid prototyping. Passionate about renewable energy and aerospace!

_____

## Experience

**Fairbanks Morse Defense**
Mechanical Engineer
September 2023 - December 2024 (1 year 4 months)
Cincinnati, Ohio, United States

Designed, analyzed, modeled, and created fabrication drawings for cranes and heavy material conveyors.
Designed conveyor lifts, entailing kinematic analyses, selection of motors and sensors, structural analysis, and drawing creation.
Modeled testing equipment for 1000 psi+ fluid pressure tests. The built equipment successfully passed the tests on a repeated basis.
Coded Inventor macros in VBA, resulting in automated drawing creation for 500+ part assemblies.

**Remora**
Mechanical Engineer
March 2022 - July 2023 (1 year 5 months)
Livonia, Michigan, United States

- Contributed to the analysis, design, fabrication, and testing of novel mobile carbon capture devices.
- Improved my understanding of structural design, thermal fluid systems, requirements drafting and testing, among other skills.
- Contributor on two patents related to this technology.

**SuperATV**
Design Engineer
September 2021 - March 2022 (7 months)

Page 1 of 3

Madison, Indiana, United States

Purdue University
Mechanical Engineering Machine Shop TA
May 2019 - May 2021 (2 years 1 month)
West Lafayette, IN

HDT Global
Mechanical Design Intern
May 2020 - August 2020 (4 months)
Huntsville, Alabama, United States

LASER PULSE
5 months

Comprehensive Success Factor Analyst
January 2020 - May 2020 (5 months)
West Lafayette, Indiana

Comprehensive Success Factor Analyst
January 2020 - May 2020 (5 months)
West Lafayette, Indiana

Comprehensive Success Factor Analyst
January 2020 - May 2020 (5 months)
West Lafayette, Indiana

Comprehensive Success Factor Analyst
January 2020 - May 2020 (5 months)
West Lafayette, Indiana

Starbucks
Employee
September 2017 - February 2018 (6 months)
Lafayette, Indiana Area

## Education

Purdue University
Master of Science - MS, Aerospace, Aeronautical and Astronautical
Engineering · (August 2024 - August 2025)



Purdue University
Bachelor of Science - BS, Mechanical Engineering · (2017 - 2021)

Page 3 of 3