IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc., | )<br>)<br>) | Case No. 1:25-cv-02071-CEF |
| *Plaintiffs*, | )<br>) | Judge Charles E. Fleming |
| v. | )<br>) | |
| Michael Chapiro, | )<br>) | |
| *Defendant.* | )<br>) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Civil Rule 3.13(b) and Fed. R. Civ. P. 7.1, Plaintiffs Rapport and Radian Industries Inc. state:

1. Radian Industries Inc. has no parent corporation.

2. Radian Industries Inc. has no subsidiaries or affiliates.

3. No publicly held corporation owns 10% or more of its stock.

4. No publicly held corporation or affiliate has a substantial financial interest in the outcome of this case.

1

## Citizenship Disclosure (Diversity Jurisdiction)

Radian Industries Inc. was incorporated in Wyoming and had its principal place of business in Ohio. Accordingly, it is a citizen of Wyoming and Ohio for purposes of 28 U.S.C. § 1332(c).

Dated: 10/4/2025

Respectfully Submitted,

/s/Michael W. Vary
Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2025, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the Court using the CM/ECF system, which will send notification of all of the attorneys of record and parties entitled to receive such notification, and will send the Statement by First Class Mail, postage prepaid on Michael Chapiro at 300 Lenora Street, #787, Seattle WA 98121.

/s/ *Michael W. Vary*

Michael W. Vary, Ohio Reg. 0033789
17710 Westview Drive
Bainbridge, Ohio 44023
Vary.michael@gmail.com

Attorney for Plaintiffs