IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc., | ) <br> ) <br> ) | CASE NO. 1:25-cv-02071-CEF |
| *Plaintiffs,* | ) <br> ) | Judge Charles E. Fleming |
| v. | ) <br> ) <br> ) | |
| Michael Chapiro, | ) <br> ) | |
| *Defendant.* | ) <br> ) | |

## NOTICE OF FILING DOCUMENTS UNDER SEAL

Please take notice that on October 7, 2025, Plaintiffs filed Exhibits B2, B3, B4, C6, and E4 under SEAL pursuant to the Court's October 6, 2025 Order.

Respectfully Submitted,

/s/ *Michael W. Vary*

Michael W. Vary, Ohio Reg. 0033789
17710 Westview Drive
Bainbridge, Ohio 44023
Vary.michael@gmail.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I electronically filed the foregoing Notice of Filing of Documents Under Seal with the Clerk of the Court using the CM/ECF system, which will send notification of all of the attorneys of record and parties entitled to receive such notification, and sent this Notice along with a copy of the Documents Under Seal, under Certified Mail, Return Receipt Requested Mail, postage prepaid on Michael Chapiro at 300 Lenora Street, #787, Seattle WA 98121.

/s/Michael W. Vary

Michael W. Vary, Ohio Reg. 0033789
17710 Westview Drive
Bainbridge, Ohio 44023
Vary.michael@gmail.com

Attorney for Plaintiffs