IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISON

| | |
|---|---|
| NATHAN RAPPORT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHAPIRO,<br><br>    Defendant. | CASE NO. 1:25-cv-02071-CEF<br><br>JUDGE CHARLES ESQUE FLEMING<br><br>MAGISTRATE JUDGE<br>REUBEN J. SHEPERD<br><br>**MINUTES OF PROCEEDING AND ORDER** |

On November 21, 2025, Magistrate Judge Reuben Sheperd conducted a hearing, originally scheduled as a hearing regarding Nathan Rapport and Radian Industries, Inc. ("Rapport" or, collectively, "Plaintiffs") motion for a temporary restraining order ("TRO"). (ECF Doc. 12). In attendance were Nathan Rapport on behalf of Plaintiffs, represented by counsel Michael Vary. Defendant Michael Chapiro ("Chapiro") did not appear.

At this stage, the docket does not reflect that service has been perfected against Chapiro. Plaintiffs' counsel provided the packet containing the Summons and the Complaint, in accordance with Local Rule 4.2(a) and this Court's prior order, which the Clerk of Courts submitted to the postal service via certified mail on November 3, 2025. (Non-document entry of Nov. 3, 2025). The return receipt has not yet been received by the Clerk of Courts for docketing. During the hearing, Plaintiffs' attorney confirmed that no return receipt had been submitted to the Clerk of Courts, as of a call placed to that office on November 19, 2025. He further attested,

1

however, according to the tracking number for the certified mailing, the United States Postal Service confirmed delivery on November 8, 2025.

Until service of the Summons and Complaint is perfected against Chapiro, the Court has no jurisdiction over him. *E.g., Friedman v. Est. of Presser*, 929 F.2d 1151, 1156-57 (6th Cir. 1991). Plaintiffs are therefore instructed to continue exercising due diligence, as set forth in this Court's Local Rules, to perfect service against Chapiro.

So ordered.

Dated: November 24, 2025

REUBEN J. SHEPERD
UNITED STATES MAGISTRATE JUDGE

Time: 25 minutes

Court Reporter: George Staiduhar