AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Nathan Rapport and Radian Industries, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Michael Chapiro <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-2071 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Chapiro
300 Lenora Street
#787
Seattle, Washington 98121

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael W. Vary
17710 Westview Drive
Chagrin Falls, Ohio 44023
Counsel For Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: September 30, 2025



/s/ C. Hayden

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2071

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **MICHAEL CHAPIRO**
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to Local Rule 4.2, The Clerk of Courts mailed certified mail, return receipt requested, the summons and complaint to Michael Chapiro, at the 300 Lenore Street #787, Seattle WA 98121 address, in compliance with Ohio law requirements of Rule 4(e)(1) Fed. R. Civ. P.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/28/25

Michael W. Vu
Server's signature
Ohio Reg. No. 133789
Counsel for Plaintiffs
Printed name and title

17710 Westview Drive
Bainbridge Ohio 44023
216 496 3429
Server's address

Additional information regarding attempted service, etc:

* For details, see the contemporaneously filed "Plaintiffs' Notice of Perfected Service" and its appended Exhibit A. The Clerk sent the materials on November 3, 2025, and the USPTO recorded their receipt on November 8, 2025 (11:15 am)