**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and Radian Industries Inc., | ) ) | Case No. 1:25-cv-02071-CEF |
| *Plaintiffs*, | ) ) | Judge Charles E. Fleming Before Judge R. Sheperd |
| v. | ) ) | |
| Michael Chapiro, | ) ) | |
| *Defendant.* | ) ) | |

# **EXHIBIT A TO PLAINTIFFS' NOTICE OF PERFECTED SERVICE**

Michael W. Vary, Ohio Reg. 33,789

Counsel for Plaintiffs

17710 Westview Drive

Bainbridge, Ohio 44023

`vary.michael@gmail.com`

216-496-3429



*Figure 1: USPS electronic tracking record.*

**Delivered**
Delivered, Left with Individual
SEATTLE, WA 98121
November 8, 2025, 11:15 am

**Arrived at Post Office**
SEATTLE, WA 98134
November 8, 2025, 3:38 am

**Arrived at USPS Facility**
SEATTLE, WA 98134
November 8, 2025, 2:12 am

**Departed USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
November 8, 2025, 1:28 am

**Arrived at USPS Regional Facility**
SEATTLE WA DISTRIBUTION CENTER
November 7, 2025, 6:17 pm

**In Transit to Next Facility**
November 7, 2025, 2:35 pm

**In Transit to Next Facility**
November 7, 2025, 5:10 am

**Departed USPS Facility**
AURORA, CO 80018
November 6, 2025, 7:29 pm

**Arrived at USPS Facility**
AURORA, CO 80018
November 6, 2025, 12:35 pm

**In Transit to Next Facility**
November 6, 2025, 2:59 am

**In Transit to Next Facility**
November 5, 2025, 5:30 pm

**Departed USPS Regional Facility**
AKRON OH DISTRIBUTION CENTER
November 5, 2025, 8:24 am

**Departed USPS Regional Facility**
CLEVELAND OH DISTRIBUTION CENTER
November 5, 2025, 3:02 am

**Arrived at USPS Regional Facility**
CLEVELAND OH DISTRIBUTION CENTER
November 4, 2025, 9:38 pm

*Figure 2: USPS electronic tracking record (continued).*