IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Nathan Rapport, and ) <br> Radian Industries Inc., ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> Michael Chapiro, ) <br> ) <br> *Defendant.* ) <br> ) | Case No. 1:25-cv-02071-CEF <br><br> Judge Charles E. Fleming |

# **PLAINTIFFS' APPLICATION TO ENTER DEFAULT**

## I. BACKGROUND

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs respectfully applies to the Clerk of Courts to enter a finding of default against Defendant Michael Chapiro, on the grounds that Defendant has failed to plead or otherwise defend against the Complaint within the time permitted by law.

## II. ARGUMENT

**A. Service Is Perfected**

On November 8, 2025, the United States Postal Service delivered the Clerk-mailed Summons and Complaint to the Defendant's address at Seattle, WA 98121, recorded as "Delivered, Left with Individual" (USPS Tracking No. 9589 0710 5270 3516 1705 61). Plaintiffs filed the Notice of Perfected Service and accompanying proof on November 28, 2025 (ECF No. 17, Page ID #958). Service was affected pursuant to Fed. R. Civ. P. 4(e)(1) and Ohio R. Civ. P. 4.1(A)(1)(a).

**B. Defendant's Deadline to Respond Has Passed**

Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to answer or otherwise respond within 21 days of service. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), that deadline passed on December 1, 2025 (the first business day after the 21-day period ended on Saturday, November 29).

**C. Defendant Has Not Appeared**

As of the filing of this motion, Defendant has not filed an answer, motion, or entered an

appearance, and has otherwise failed to defend this action. Because Defendant has failed to plead or defend within the time required, the Clerk is respectfully requested to enter the Defendant's default under Fed. R. Civ. P. 55(a).

**D. Defendant Had Actual Notice of This Action Well Before the Service Deadline**

On October 14, 2025, Defendant corresponded directly with counsel regarding "what is it you have filed a lawsuit for," demonstrating his awareness of Plaintiffs' Complaint.

On October 20, 2025, Plaintiffs' counsel transmitted to Defendant, at the same email address Defendant had used to initiate communications with counsel, the Complaint, summons materials, and a formal Request to Waive Service pursuant to Fed. R. Civ. P. 4(d).

On October 21, 2025, attorney Zack Shapiro, who communicated on Defendant's behalf, responded to counsel's transmission of the pleadings and declined to waive or accept service.

### III. CONCLUSION

While Defendant had actual notice of this action prior to the Court's perfected certified mail service of November 8, 2025, Defendant has declined to cooperate with the service process. Notwithstanding such actual notice, and the perfection of service of the summons and complaint, Defendant has neither appeared nor defended. Neither Defendant nor his counsel has made any effort to seek any extension of time within which to answer, plead or otherwise respond to the Complaint.  The facts adequately demonstrate Defendant's willful refusal to address this litigation.

Plaintiffs therefore respectfully request that the Clerk enter default against Defendant.

                                        Respectfully Submitted,

                                         */s/Michael W. Vary*
                                        Michael W. Vary, Ohio Reg. 33,789
                                        Counsel for Plaintiffs
                                        17710 Westview Drive
                                        Bainbridge, Ohio 44023
                                        `vary.michael@gmail.com`
                                        216-496-3429

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Nathan Rapport, and <br> Radian Industries Inc., <br><br> *Plaintiffs*, <br><br> v. <br><br> Michael Chapiro, <br><br> *Defendant*. | Case No. 1:25-cv-02071-CEF <br><br> Judge Charles E. Fleming |

# **PLAINTIFFS' APPLICATION TO ENTER DEFAULT**

### I. BACKGROUND

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs respectfully applies to the Clerk of Courts to enter a finding of default against Defendant Michael Chapiro, on the grounds that Defendant has failed to plead or otherwise defend against the Complaint within the time permitted by law.

### II. ARGUMENT

**A. Service Is Perfected**

On November 8, 2025, the United States Postal Service delivered the Clerk-mailed Summons and Complaint to the Defendant's address at Seattle, WA 98121, recorded as "Delivered, Left with Individual" (USPS Tracking No. 9589 0710 5270 3516 1705 61). Plaintiffs filed the Notice of Perfected Service and accompanying proof on November 28, 2025 (ECF No. 17, Page ID #958). Service was affected pursuant to Fed. R. Civ. P. 4(e)(1) and Ohio R. Civ. P. 4.1(A)(1)(a).

**B. Defendant's Deadline to Respond Has Passed**

Under Fed. R. Civ. P. 12(a)(1)(A)(i), Defendant was required to answer or otherwise respond within 21 days of service. Pursuant to Fed. R. Civ. P. 6(a)(1)(C), that deadline passed on December 1, 2025 (the first business day after the 21-day period ended on Saturday, November 29).

**C. Defendant Has Not Appeared**

As of the filing of this motion, Defendant has not filed an answer, motion, or entered an

appearance, and has otherwise failed to defend this action. Because Defendant has failed to plead or defend within the time required, the Clerk is respectfully requested to enter the Defendant's default under Fed. R. Civ. P. 55(a).

**D. Defendant Had Actual Notice of This Action Well Before the Service Deadline**

On October 14, 2025, Defendant corresponded directly with counsel regarding "what is it you have filed a lawsuit for," demonstrating his awareness of Plaintiffs' Complaint.

On October 20, 2025, Plaintiffs' counsel transmitted to Defendant, at the same email address Defendant had used to initiate communications with counsel, the Complaint, summons materials, and a formal Request to Waive Service pursuant to Fed. R. Civ. P. 4(d).

On October 21, 2025, attorney Zack Shapiro, who communicated on Defendant's behalf, responded to counsel's transmission of the pleadings and declined to waive or accept service.

### III. CONCLUSION

While Defendant had actual notice of this action prior to the Court's perfected certified mail service of November 8, 2025, Defendant has declined to cooperate with the service process. Notwithstanding such actual notice, and the perfection of service of the summons and complaint, Defendant has neither appeared nor defended. Neither Defendant nor his counsel has made any effort to seek any extension of time within which to answer, plead or otherwise respond to the Complaint. The facts adequately demonstrate Defendant's willful refusal to address this litigation.

Plaintiffs therefore respectfully request that the Clerk enter default against Defendant.

Respectfully Submitted,

/s/Michael W. Vary
Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429