IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nathan Rapport, and <br> Radian Industries Inc., | ) <br> ) | Case No. 1:25-cv-02071-CEF |
| *Plaintiffs*, | ) <br> ) | Judge Charles E. Fleming |
| v. | ) <br> ) | |
| Michael Chapiro, | ) <br> ) | |
| *Defendant*. | ) <br> ) | |

**EXHIBIT A TO PLAINTIFFS' MOTION FOR ALTERNATIVE SERVICE**



Sent October 7, 2025

Sender:
MICHAEL W. VARY
17710 Westview Dr.
Bainbridge, OH 44023



Article Addressed to:
MICHAEL CHAPIRO
300 LENORA ST
#787
SEATTLE, WA 98121

9590 9402 9433 5069 3058 94
9589 0710 5270 3198 0693 75

# Gmail

## Radian Industries

Michael Vary <vary.michael@gmail.com>

**Michael Chapiro** <michael@machcap.com>  
To: vary.michael@gmail.com

Tue, Oct 14, 2025 at 6:29 PM

Hi Michael,

Your client has engaged in an unlawful dissolution of a corporation, breach of contract, and felony theft in excess of $10,000 in real property, among other damages.

No notice or demands have been sent to me, so I'm confused, what is it you have filed a lawsuit for? Has any judge ever considered an action to be in good faith where a lawsuit is brought with zero demands being presented beforehand? Given your use of a gmail account as a supposed professional attorney, you must not be very good -- taking on frivolous, poorly structured cases of deranged clients.

Are you aware that you may be being paid in criminally obtained funds as I had financed the corporation, out of which only Nathan took a Salary, and upon unlawful dissolution, did not return capital equipment, which I became the legal owner of via the corporation in which Nathan's shares ceased vesting the moment he voluntarily quit? Is it lawful for you to do this? If you are knowingly engaged in a bad-faith lawsuit, would you be liable if I have to bring a countersuit to get you mosquitos to go away?

Are you aware that by harassing me, you are directly harming the national security of the United States given the nature of my work in the defense industry? Is that how you want to spend your final days, working on behalf of the CCP to support their efforts to destroy this great nation (because it looks like you are past retirement age)?

Best,  
Michael

--  
Michael Chapiro  
machcap.com  
(650) 766-8030

Sent with Mixmax

# M Gmail

## Radian Industries

**Michael Vary** <vary.michael@gmail.com>
Michael Vary <vary.michael@gmail.com>

**Michael Vary** <vary.michael@gmail.com>
Mon, Oct 20, 2025 at 11:33 AM
To: Michael Chapiro <michael@machcap.com>

Dear Mr. Chapiro—I am pleased that you are now aware of the allegations in the Complaint filed by Mr. Rapport and Radian Industries against you. Please advise me of the address you would like to use for your receipt of all the pleadings in this matter, or alternatively, you can waive service and accept service of all pleadings electronically via email if you like.

Michael W. Vary
17710 Westview Drive
Bainbridge, Ohio 44023

(216)-496-3429 (cell)

[Quoted text hidden]

4

# M Gmail

## Radian Industries

Michael Vary <vary.michael@gmail.com>

**Michael Chapiro** <michael@machcap.com>  Mon, Oct 20, 2025 at 11:38 AM
To: Michael Vary <vary.michael@gmail.com>

I am actually not aware, but you can inform your client he can look forward to felony criminal charges for grand theft of real property, among other possible charges.

On Mon, Oct 20, 2025, 9:33 AM Michael Vary <vary.michael@gmail.com> wrote:
> Dear Mr. Chapiro–I am pleased that you are now aware of the allegations in the Complaint filed by Mr. Rapport and Radian Industries against you. Please advise me of the address you would like to use for your receipt of all the pleadings in this matter, or alternatively, you can waive service and accept service of all pleadings electronically via email if you like.
>
> Michael W. Vary
> 17710 Westview Drive
> Bainbridge, Ohio 44023
>
> (216)-496-3429 (cell)
>
> On Tue, Oct 14, 2025 at 6:29 PM Michael Chapiro <michael@machcap.com> wrote:
>> Hi Michael,
>>
>> Your client has engaged in an unlawful dissolution of a corporation, breach of contract, and felony theft in excess of $10,000 in real property, among other damages.
>>
>> No notice or demands have been sent to me, so I'm confused, what is it you have filed a lawsuit for? Has any judge ever considered an action to be in good faith where a lawsuit is brought with zero demands being presented beforehand? Given your use of a gmail account as a supposed professional attorney, you must not be very good – taking on frivolous, poorly structured cases of deranged clients.
>>
>> Are you aware that you may be being paid in criminally obtained funds as I had financed the corporation, out of which only Nathan took a Salary, and upon unlawful dissolution, did not return capital equipment, which I became the legal owner of via the corporation in which Nathan's shares ceased vesting the moment he voluntarily quit? Is it lawful for you to do this? If you are knowingly engaged in a bad-faith lawsuit, would you be liable if I have to bring a countersuit to get you mosquitos to go away?
>>
>> Are you aware that by harassing me, you are directly harming the national security of the United States given the nature of my work in the defense industry? Is that how you want to spend your final days, working on behalf of the CCP to support their efforts to destroy this great nation (because it looks like you are past retirement age)?
>>
>> Best,
>> Michael
>>
>> --
>> Michael Chapiro
>> machcap.com
>> (650) 766-8030
>>
>> Sent with Mixmax

5

# M Gmail

## Radian Industries

Michael Vary <vary.michael@gmail.com>

**Michael Vary** <vary.michael@gmail.com>  Mon, Oct 20, 2025 at 4:35 PM
To: Michael Chapiro <michael@machcap.com>
Bcc: Nathan Rapport <n.rapport@gmail.com>

Subject: Request to Waive Service of Summons – Rapport et al. v. Chapiro, No. 1:25-cv-02071-CEF

Dear Mr. Chapiro,

Since you have declined to provide a physical address for service of process, we are providing you with the enclosed Notice of Lawsuit and Request to Waive Service of Summons, pursuant to Federal Rule of Civil Procedure 4(d).

This is a formal request, as of October 20, 2025, that you waive personal service of the attached Summons and Complaint in the matter of Rapport and Radian Industries v. Michael Chapiro, currently pending in the United States District Court for the Northern District of Ohio, Case No. 1:25-cv-02071-CEF.

Please review the attached documents, which include: A copy of the Complaint (along with unsealed exhibits); Summons; the Waiver of Service of Summons form (AO 399); and the Notice of Lawsuit and Request for Waiver (AO 398).

By signing and returning the waiver form (AO 399), you are not admitting any allegations or liability, but simply agreeing to waive formal service under Rule 4(d). This will avoid the need for more formal service and the associated costs.

We respectfully request that you return the signed waiver form within 30 days of this message, as required by Rule 4(d)(1)(F), and retain a second copy for your records. Any failure to waive service without good cause may subject you to court imposed fees and expenses pursuant to applicable provisions of Rule 4. The form may be returned electronically by e-mail to this address.

We look forward to your prompt response.

Very Truly Yours,

Michael W. Vary
17710 Westview Drive
Bainbridge, Ohio 44023

(216)-496-3429 (cell)

- Filed Complaint image from court.pdf
- 02-1.pdf
- 02-2.pdf
- 02-3.pdf
- 02-4.pdf
- 02-5.pdf

[Quoted text hidden]

02-6.pdf
02-7.pdf
02-8.pdf
02-9.pdf
02-10.pdf
02-11.pdf
02-12.pdf
02-13.pdf
02-14.pdf
02-15.pdf
02.pdf

**3 attachments**

📄 **Waiver of the Service of Summons ao 399.pdf**
263K

📄 **Notice of a Lawsuit and Request to Waive Service of a Summons ao398.pdf**
262K

📄 **Issued Subpoena.pdf**
412K

# M Gmail

## Your Client Michael Chapiro and Request to Waive Service of Summons – Rapport et al. v. Chapiro, No. 1:25-cv-02071-CEF

**Zack Shapiro** <zack@rains.law>  
To: Michael Vary <vary.michael@gmail.com>

Tue, Oct 21, 2025 at 12:36 PM

Mr. Vary,

While I dispute your characterization of our call, I would note that "name-renting" (e.g. putting your name on a matter that is just pro se in disguise–especially if you are unfamiliar with the factual and legal claims,), potentially violates several state and federal legal ethics rules, including the duties of competence, diligence, candor to the tribunal, dishonesty/prejudice to justice, and assisting in unauthorized practice of law, in addition to any potential issues relating to Rule 11, malicious prosecution, etc., based on the merits.

Please govern yourself accordingly.

Sincerely,
Zack Shapiro
Managing Partner, Rains LLP
[Quoted text hidden]

10/24/25, 12:22 PM

Gmail - Re: Your Client Michael Chapiro and Request to Waive Service of Summons -- Rapport et al. v. Chapiro, No. 1:25-cv-02071-CEF

# M Gmail

Michael Vary <vary.michael@gmail.com>

## Re: Your Client Michael Chapiro and Request to Waive Service of Summons -- Rapport et al. v. Chapiro, No. 1:25-cv-02071-CEF

1 message

**Michael Vary** <vary.michael@gmail.com>
To: "zack@rains.law" <zack@rains.law>
Bcc: Nathan Rapport <n.rapport@gmail.com>

Wed, Oct 22, 2025 at 11:53 AM

Dear Mr. Shapiro--given the comments in your latest email in which you did not agree with the characterization of the content of our discussion, I wanted to confirm the following from yesterday's call:

1. You refused to provide an address for me to serve Mr. Chapiro, despite the fact that both you and he have copies of the pleadings;
2. You refused to accept service on Mr. Chapiro's behalf, without providing a reason for the refusal;
3. You refused to waive service on Mr. Chapiro's behalf, without providing a reason for the refusal; and
4. You asserted that you represent Mr. Chapiro in corporate matters, but not in this case.

If I am not correct in any of the foregoing, or if you would like to change your position on any of the foregoing, I request that you advise me immediately.

Michael W. Vary
17710 Westview Drive
Bainbridge, Ohio  44023

(216)-496-3429 (cell)

https://mail.google.com/mail/u/0/?ik=7a832efa70&view=pt&search=all&permthid=thread-a:r1243161396002631551&simpl=msg-a:r-8203736605593841483

1/1

# Gmail

## Service of subpoena and complaint

**Shelby Bone** <subpoenaservices@veritext.com>	Thu, Oct 2, 2025 at 1:39 PM
Reply-To: subpoenaservices@veritext.com
To: Michael Vary <vary.michael@gmail.com>

Good afternoon, Michael,

I just left you a voicemail regarding this matter! We would be more than happy to assist you with service in Seattle, WA. Before we can proceed with any service, I will need the information of your firm as we are unable to accept Pro Se work at this time.

Please either give me a call back or reply to me here and we can discuss further.

Thank you for your time,

🍂🐿️ Please leaf your feedback on our fall customer satisfaction SURVEY! 🍂🐿️

***DID YOU KNOW***… we can also assist with your investigative needs as well? We offer Public Records Searches, Basic Skip Traces, Vehicle Tag Search, SCRA (Military Searches), Comprehensive Skip Traces conducted by a licensed private investigator and Surveillance / Stake Out. We would be happy to lend an extra hand!

---

**Shelby Bone**
Subpoena Division
Process Service Specialist

**VERITEXT**
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (800) 275-7991 | **F** (855) 867-4545
sbone@veritext.com
www.veritext.com

On October 2, 2025 at 9:04 AM EDT vary.michael@gmail.com wrote:

| This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

[Quoted text hidden]

10/24/25, 12:57 PM

# M Gmail

Gmail - Service of subpoena and complaint

Michael Vary <vary.michael@gmail.com>

## Service of subpoena and complaint

**Michael Vary** <vary.michael@gmail.com>  Fri, Oct 3, 2025 at 11:19 AM
To: subpoenaservices@veritext.com

Thank you very much Shelby for your assistance on this. The case is Rapport et al v. Chapiro, now pending in the Northern District of Ohio. I attach for service the following: (1) Complaint; (2) Exhibits appended to the complaint of which there are 15 in number; (3) civil cover sheet; (4) magistrate consent form; and (5) subpoena. (FYI the subpoena image also has the magistrate consent form in the same file). Please have them served on the Seattle Address listed in the subpoena. Let's discuss after your first attempt. I have agreed on behalf of my client to prepay the fee (to stay in your firm's good graces). Please call me and I can provide credit card or ACH transaction information. Thanks again, Mike

- Filed Complaint image from court.pdf
- 02-1.pdf
- 02-2.pdf
- 02-3.pdf
- 02-4.pdf
- 02-5.pdf
- 02-6.pdf
- 02-7.pdf
- 02-8.pdf
- 02-9.pdf
- 02-10.pdf
- 02-11.pdf
- 02-12.pdf

10/24/25, 12:57 PM
Gmail - Service of subpoena and complaint

📄 02-13.pdf

📄 02-14.pdf

📄 02-15.pdf

📄 02.pdf

Michael W. Vary
17710 Westview Drive
Bainbridge, Ohio 44023

(216)-496-3429 (cell)

[Quoted text hidden]

**2 attachments**

📄 Civil Cover sheet image from court.pdf
   1794K

📄 Issued Subpoena.pdf
   412K

12

# M Gmail

**Service of subpoena and complaint**

Michael Vary <vary.michael@gmail.com>

**Shelby Bone** <subpoenaservices@veritext.com>  
Reply-To: subpoenaservices@veritext.com  
To: Michael Vary <vary.michael@gmail.com>

Wed, Oct 8, 2025 at 8:02 AM

Good morning, Michael,

My server reached out to me and advised that the address provided (300 Lenora Street) is a private mailbox store called "The Mailbox Seattle". He advised it's unlikely that they will accept service but they can attempt if you'd like.

I did a little bit of searching and found an individual by the name "Michael R. Chapiro" who is 31 years old and moved from Seattle to Palo Alto, CA. Could this be the individual you are looking for?

With a bit more information on this individual, I can also run a full skip trace ($65) if you'd like to try that as well.

Please let me know how you wish to move forward, thank you.

🍂🍁 Please leaf your feedback on our fall customer satisfaction SURVEY! 🍁🍂

**DID YOU KNOW**... we can also assist with your investigative needs as well?  We offer Public Records Searches, Basic Skip Traces, Vehicle Tag Search, SCRA (Military Searches), Comprehensive Skip Traces conducted by a licensed private investigator and Surveillance / Stake Out. We would be happy to lend an extra hand!

**Shelby Bone**  
Subpoena Division  
Process Service Specialist

---

VERITEXT  
800 North Magnolia Avenue  
Suite 400  
Orlando, FL 32803  
**P** (800) 275-7991 | **F** (855) 867-4545  
sbone@veritext.com  
www.veritext.com

[Quoted text hidden]

13

10/24/25, 12:59 PM

M Gmail

Gmail - Service of subpoena and complaint

Michael Vary <vary.michael@gmail.com>

## Service of subpoena and complaint

**Shelby Bone** <subpoenaservices@veritext.com>  
Reply-To: subpoenaservices@veritext.com  
To: Michael Vary <vary.michael@gmail.com>

Thu, Oct 9, 2025 at 1:46 PM

Good afternoon, Michael,

I ran a skip trace on Mr. Chapiro and unfortunately there isn't much information to work with. Would you like our server to try calling him? If not, please let me know how you'd like to proceed.

Additionally, do I have approval to run the attached for the skip trace fee ($65)?

MICHAEL R CHAPIRO (Male) | 603-70-#### | 10/##/1993 (31)
300 LENORA ST APT 787, SEATTLE, WA 98121-2411 KING (Jul 2019 - Oct 2025)
115 WALTER HAYS DR, PALO ALTO, CA 94303-2924 SANTA CLARA (Oct 2005 - Oct 2025)
115 WALTER HAYS DR, SAN LUIS OBISPO, CA 93401 SAN LUIS OBISPO (Nov 2018 - Nov 2018)
571 25 RD, GRAND JUNCTION, CO 81505-1303 MESA (Feb 2024 - Feb 2024)
3986 SHORT ST STE 100, SAN LUIS OBISPO, CA 93401-7573 SAN LUIS OBISPO (Feb 2017 - Oct 2022)
1601 29TH ST APT, BOULDER, CO 80301-1009 BOULDER (Nov 2024 - Nov 2024)

Contact Information -
(650) 766-8030 - Wireless - (Jun 11 - Aug 25)
(650) 322-2454 - VoIP - (Oct 05 - Oct 25)
(650) 452-3522 - Wireless - (Oct 05 - Aug 25)
(650) 575-5355 - Wireless - (Feb 89 - Aug 25)
(650) 575-5356 - Wireless - (May 12 - Aug 12)
(206) 395-6207

Relatives -
DANIEL M CHAPIRO - 03/##/1953 - Grandfather (72)
SONIA C CHAPIRO - 12/##/1990 - Wife (34)
EDITH F CHAPIRO

🍂🍃 Please leaf your feedback on our fall customer satisfaction SURVEY! 🍃🍂

**DID YOU KNOW**... we can also assist with your investigative needs as well? We offer Public Records Searches, Basic Skip Traces, Vehicle Tag Search, SCRA (Military Searches), Comprehensive Skip Traces conducted by a licensed private investigator and Surveillance / Stake Out. We would be happy to lend an extra hand!

**Shelby Bone**
Subpoena Division
Process Service Specialist

---

VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (800) 275-7991 | **F** (855) 867-4545
sbone@veritext.com
www.veritext.com

[Quoted text hidden]

📎 Veritext CC authorization.pdf
574K

# M Gmail

Michael Vary <vary.michael@gmail.com>

## Service of subpoena and complaint

**Michael Vary** <vary.michael@gmail.com>  Fri, Oct 10, 2025 at 12:24 PM
To: subpoenaservices@veritext.com

Are there any other reasonable options you can think of? Hold off on calling until I check with the client thanks. Mike

Michael W. Vary
17710 Westview Drive
Bainbridge, Ohio 44023

(216)-496-3429 (cell)

[Quoted text hidden]

10/24/25, 1:01 PM

Gmail - Service of subpoena and complaint

# Gmail

## Service of subpoena and complaint

Michael Vary <vary.michael@gmail.com>

**Shelby Bone** <subpoenaservices@veritext.com>  Fri, Oct 10, 2025 at 2:19 PM
Reply-To: subpoenaservices@veritext.com
To: Michael Vary <vary.michael@gmail.com>

Hi, Michael,

Unfortunately, no. I did some further searching for him on social media and came up empty there as well. Please let me know if we are able to call him.

Thank you,

🍂🍁 Please leaf your feedback on our fall customer satisfaction SURVEY! 🍁🍂

***DID YOU KNOW***… we can also assist with your investigative needs as well? We offer Public Records Searches, Basic Skip Traces, Vehicle Tag Search, SCRA (Military Searches), Comprehensive Skip Traces conducted by a licensed private investigator and Surveillance / Stake Out. We would be happy to lend an extra hand!

**Shelby Bone**
Subpoena Division
Process Service Specialist
_____

VERITEXT
800 North Magnolia Avenue
Suite 400
Orlando, FL 32803
**P** (800) 275-7991 | **F** (855) 867-4545
sbone@veritext.com
www.veritext.com

[Quoted text hidden]

https://mail.google.com/mail/u/0/?ik=7a832efa70&view=pt&search=all&permmsgid=msg-f:1845619990087367337&simpl=msg-f:1845619990087367337 1/1

17

# M Gmail

Michael Vary <vary.michael@gmail.com>

## Service of subpoena and complaint

**Michael Vary** <vary.michael@gmail.com>  Mon, Oct 13, 2025 at 2:53 PM
To: subpoenaservices@veritext.com

At this point please do nothing further--we will ask the Court permission for an alternative method of service     Mike

Michael W. Vary
17710 Westview Drive
Bainbridge, Ohio 44023

(216)-496-3429 (cell)

[Quoted text hidden]

18

# Veritext, LLC - Midwest Region
Tel. 800-275-7991 Email: Subpoenaservices@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael W. Vary<br>Michael W. Vary<br>17710 Westview Drive<br>Bainbridge, OH, 44023 | Invoice #: | 8736946 |
|---|---|---|---|
| | | Invoice Date: | 10/23/2025 |
| | | Balance Due: | $65.00 |

Case: Rapport, Nathan and Radian Industries, Inc. v. Chapiro, Michael (1:25CV2071)

Proceeding Type: Process Service

Job #: 7648022   |   Job Date: 10/3/2025   |   Delivery: Normal

Location:  Seattle, WA
Billing Atty:  Michael W. Vary
Scheduling Atty:  Michael W. Vary | Michael W. Vary

| Witness: Michael Chapiro | Quantity | Price | Amount |
|---|---|---|---|
| Investigative Services - Basic Skip Trace | 1.00 | $65.00 | $65.00 |

Notes:   BASIC SKIP TRACE

| | |
|---|---|
| Invoice Total: | $65.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $65.00 |

TERMS:  Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

Pay By ACH (Include invoice numbers):
A/C Name: Veritext
Bank Name: BMO Harris Bank
Account No: 4353454  ABA: 071000288
Swift: HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:  8736946
Invoice Date:  10/23/2025
Balance Due:  $65.00

299428