IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc., | )<br>)<br>) | Case No. 1:25-cv-02071-CEF |
| *Plaintiffs*, | )<br>) | Judge Charles E. Fleming |
| v. | )<br>) | |
| Michael Chapiro, | )<br>) | |
| *Defendant*. | )<br>) | |

## FEBRUARY 12 EMAIL CORRESPONDENCE WITH MICHAEL CHAPIRO

### Exhibit D to the Motion

## III. February 12 Email Correspondence with Attorney Shapiro



Gmail

Nathan Rapport <n.rapport@gmail.com>

**Courtesy Notice — Attorney Grievance Complaint and Federal Referral**
2 messages

**Nathan Rapport** <n.rapport@gmail.com>  Thu, Feb 12, 2026 at 3:38 PM
To: zack@rains.law
Bcc: Michael Vary <vary.michael@gmail.com>

Mr. Shapiro, before submitting the attached complaint to the New York State Attorney Grievance Committee, I wanted to extend the courtesy of sharing it with you in case there are any factual inaccuracies you'd like to bring to my attention. If you respond by Friday, I will include your response along with my submission.

I'm also writing to inform you that given Mr. Chapiro's failure to respond to my lawsuit, I've reported his ITAR violations to the appropriate federal authorities and provided them with the full record, including Mr. Chapiro's public statements about selling weapons technology to foreign governments and his meetings with foreign officials at the Argentine Ministry of Defense.

Best,

Nathan

📄 AGC_complaint.txt
4K

---

**Zack Shapiro** <zack@rains.law>  Thu, Feb 12, 2026 at 3:55 PM
To: Nathan Rapport <n.rapport@gmail.com>
Cc: Michael Vary <vary.michael@gmail.com>

Mr. Rapport (copying Mr. Vary),

I've reviewed the attached draft and I'm honestly not sure what to make of it.

I am Mr. Chapiro's corporate counsel. I don't represent him in your lawsuit and I'm not admitted in Ohio. There is no rule — and your draft doesn't identify one — requiring an attorney to accept service, waive service, or provide client addresses in a matter outside the scope of his representation. The Attorney Grievance Committee doesn't have the authority to grant the relief you're requesting, which should tell you something about whether this is the right forum for your concerns.

As for my October 21 call with Mr. Vary, asking whether counsel of record is familiar with the factual and legal basis for the claims in his complaint is not an ethics violation. It's the kind of question any attorney would ask when reviewing a filing that raises obvious Rule 11 concerns.

I'd encourage you and Mr. Vary to carefully reread your email to me before taking any next steps. Threatening an attorney's professional standing while simultaneously disclosing that you've reported his client to federal authorities — all in the context of seeking cooperation in a civil case — raises serious questions under New York law that I suspect you haven't considered. I'll leave it at that for now.

Should you proceed with this filing, I'll respond to the Committee directly and I'm confident in the outcome. I reserve all rights.

Sincerely,
Zack Shapiro
Managing Partner, Rains LLP