# Exhibit A: Publication Receipt



2935 Prospect Avenue East
Cleveland, OH 44115-2688
Phone: (216) 696-3322
Fax: (216) 696-6329

## Invoice

**Invoice # 48269**
**Invoice Date: 5/12/2026**

Michael W. Vary
17710 Westview Drive
Bainbridge, OH 44023

**Account ID:** 3344

**GL Code:** 001

| Run Dates | Case No. | Permanent Parcel No. | Special No. | Price |
|---|---|---|---|---|
| 5/13/26 | 1:25-cv-02071 | | | $630.00 |
| 5/20/26 | **Caption** | | | |
| 5/27/26 | Nathan Rapport, et al. v. Michael Chapiro. | | | |
| 6/3/26 | | | | |
| 6/10/26 | | | | |
| 6/17/26 | | | | |

**PAID**

| | |
|---|---|
| Please make check payable to **Daily Legal News.** Thank you for your business. | |

| | |
|---|---|
| **Total Charges** | $630.00 |
| **Deposit** | |
| **Total Balance Due** | $630.00 |

---

Please return this portion with your payment.

**Advertising Invoice**

**Invoice Date:** 5/12/2026

**Sold To:** Michael W. Vary

**Company:**

**Case No.** 1:25-cv-02071

| | |
|---|---|
| **Total Balance Due** | $630.00 |
| **Amount Enclosed** | _____ |

**Remit Payment to:**
Daily Legal News
2935 Prospect Avenue East
Cleveland, OH 44115-2688

# DAILY Legal News

*Official Court Journal*
*Est. 1885*

**2935 Prospect Avenue**
**Cleveland, Ohio 44115**

**(216) 696-3322 · (216) 696-6329 fax**
**E-mail: ads@dln.com**

Dear Attorney:

Please find attached your legal advertisement, which is now appearing in the **Daily Legal News**. You will note that the running dates appear in the last line.

We have prepared this ad as a service to you. However, it is your responsibility to ensure that the ad complies with all legal requirements. This sheet is provided to you for proofing purposes only. This sheet **DOES NOT** meet requirements of Ohio Rules of Civil Procedures, Rule 4.4.

Please notify us immediately of any errors or corrections. You will find it convenient to keep this sheet in your file when checking service.

**Daily Legal News** appreciates your expression of confidence in placing this advertisement with us.

Lisa Cech
Legal Advertising Manager

**LEGAL NOTICE**

**1:25-cv-02071-CEF—Nathan Rapport, et al., Plaintiffs, v. Michael Chapiro, Defendant.**

United States District Court, Northern District of Ohio, Eastern Division.

Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113.

Michael R. Chapiro, whose residence is unknown and whose last known address is 300 Lenora St., #787, Seattle, WA 98121, is hereby notified that Plaintiffs Nathan Rapport and Radian Industries Inc. have filed a civil action ("Complaint") against him in the United States District Court for the Northern District of Ohio, Eastern Division.

The Complaint raises civil claims including, among others, violation of Plaintiffs' trade secrets, Lanham Act claims, RICO claims, contract claims, defamation, tortious interference with business relationships, and Ohio state law claims. The action arises from disputes concerning Plaintiffs' business dealings with Defendant, Plaintiffs' patented technology and related research and development, other intellectual property, and tangible hardware, lab equipment, and related personal property located in Ohio. Plaintiffs seek declaratory, injunctive, monetary, and other relief as set forth in the Complaint, including relief excluding Defendant from any interest in such property. Plaintiffs expressly reserve all claims, remedies, arguments, and methods of service available to them.

Pursuant to Ohio Civ. R. 4.4(A)(1), Defendant Chapiro is required to answer or otherwise respond to the Complaint within twenty-eight (28) days after service by publication herein is complete. Service by publication shall be complete on the date of the last publication. If Defendant fails to answer or otherwise respond, judgment may be entered against him for the relief demanded in the Complaint.

NATHAN RAPPORT AND RADIAN INDUSTRIES INC., PLAINTIFFS

**By Michael W. Vary, Attorney for Plaintiffs. 17710 Westview Drive, Bainbridge, OH 44023; (216) 496-3429.**

May 13-20-27 Jun 3-10-17, 2026

---

**To make sure your legal advertising is right in every detail**
# DESIGNATE THE DAILY LEGAL NEWS — ALWAYS

Attorneys placing legal advertisements are responsible for payment. The publisher is not responsible for errors in advertisements after first publication if not advised by the advertiser.  PLEASE NOTE: Daily Legal News reserves the right to withhold the Proof of Publication until any outstanding balance has been paid.

 **Gmail**

**Nathan Rapport <n.rapport@gmail.com>**

---

## Receipt

---

**Cindi Condol** <cindi@dln.com>
To: Nathan Rapport <n.rapport@gmail.com>

Fri, May 8, 2026 at 3:32 PM

Thank you for your payment.

Below is a copy of your receipt.

Have a great weekend!


Sincerely,


Cindi Condol

Office Manager

Daily Legal News

cindi@dln.com

216-696-3322 ext. 101

Karlovec Media Group



$630.00 USD

05/08/2026 03:31:46 PM

KARLOVEC MEDIA GROUP INC


### Your payment has been approved


| | |
|---|---|
| **Transaction Type** | SALE |
| **Payment** | MC   51**********0813 |
| **Transaction ID** | 080526C29-DA648144-0C46-4246-8E19-BB6F6266B533 |

| | |
|---|---|
| **Approval Code** | 04420Z |
| **Approval Message** | APPROVAL |
| **Invoice Number** | 48088 |
| **Description** | 1:25-CV-02071 |

Total    $630.00 USD

KARLOVEC MEDIA GROUP INC

2935 PROSPECT AVE E CLEVELAND OH 44115-2607 | 216-696-3322

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.