**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and | ) | Case No. 1:25-cv-02071-CEF |
| Radian Industries Inc., | ) | |
| | ) | Judge Charles E. Fleming |
| *Plaintiffs*, | ) | Before Judge R. Sheperd |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Chapiro, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**PLAINTIFFS' NOTICE OF COMPLETED SERVICE**


Plaintiffs, Nathan Rapport and Radian Industries, by and through their undersigned counsel, and pursuant to the May 8, 2026 Order, hereby notifies the court that service by publication is complete as of June 17, 2026. Along with this notice is the accompanying Exhibit A which is an affidavit from the responsible person at the Daily Legal News attesting to the completion of service by publication on June 17, 2026.


June 18, 2026

Respectfully Submitted,

/s/ *Michael W. Vary*

Michael W. Vary, Ohio Reg. 33,789

Counsel for Plaintiffs

17710 Westview Drive

Bainbridge, Ohio 44023

vary.michael@gmail.com

216-496-3429

1

**Certificate of Service**

The undersigned hereby certifies that on June 18, 2026, I caused a true and correct copy of Plaintiffs' Notice of Completed Service along with Exhibit A, to be served on Defendant Michael Chapiro by electronic mail at *Michael@Machcap.com*.

/s/ *Michael W. Vary*

Michael W. Vary