**EXHIBIT A**

STATE OF OHIO
COUNTY OF CUYAHOGA, } SS.

Case No. 1:25-cv-02071

**Publication Fee:** $630.00

**Caption:** Nathan Rapport, et al. v. Michael Chapiro.

**LEGAL NOTICE**
1:25-cv-02071-CEF—Nathan Rapport, et al., Plaintiffs, v. Michael Chapiro, Defendant.

United States District Court, Northern District of Ohio, Eastern Division.

Carl B. Stokes U.S. Courthouse, 801 West Superior Avenue, Cleveland, Ohio 44113.

Michael R. Chapiro, whose residence is unknown and whose last known address is 300 Lenora St., #787, Seattle, WA 98121, is hereby notified that Plaintiffs Nathan Rapport and Radian Industries Inc. have filed a civil action ("Complaint") against him in the United States District Court for the Northern District of Ohio, Eastern Division.

The Complaint raises civil claims including, among others, violation of Plaintiffs' trade secrets, Lanham Act claims, RICO claims, contract claims, defamation, tortious interference with business relationships, and Ohio state-law claims. The action arises from disputes concerning Plaintiffs' business dealings with Defendant, Plaintiffs' patented technology and related research and development, other intellectual property, and tangible hardware, lab equipment, and related personal property located in Ohio. Plaintiffs seek declaratory, injunctive, monetary, and other relief as set forth in the Complaint, including relief excluding Defendant from any interest in such property. Plaintiffs expressly reserve all claims, remedies, arguments, and methods of service available to them.

Pursuant to Ohio Civ. R. 4.4(A)(1), Defendant Chapiro is required to answer or otherwise respond to the Complaint within twenty-eight (28) days after service by publication herein is complete. Service by publication shall be complete on the date of the last publication. If Defendant fails to answer or otherwise respond, judgment may be entered against him for the relief demanded in the Complaint.

NATHAN RAPPORT AND RADIAN INDUSTRIES INC., PLAINTIFFS

By Michael W. Vary, Attorney for Plaintiffs. 17710 Westview Drive, Bainbridge, OH 44023; (216) 496-3429.

May 13-20-27 Jun 3-10-17, 2026

I, Lisa A. Cech, being duly sworn upon my oath, depose and say that I am the agent of the DAILY LEGAL NEWS, and that the advertisement attached hereto was published in the DAILY LEGAL NEWS, a daily newspaper of general circulation, printed in the City of Cleveland, County of Cuyahoga, Ohio for a period of six consecutive weeks and on the same day of each week, on and after the 13th day of May A.D. 2026.

*Lisa A. Cech*

Sworn to and subscribed in my presence this 17th day of June A.D. 2026.

*Cynthia E Condol*
NOTARY PUBLIC

CYNTHIA E. CONDOL, Notary Public
STATE OF OHIO Comm. No. 2018-RE-761035
My Commission Expires December 26, 2028



Daily Legal News
2935 Prospect Avenue
Cleveland, Ohio 44115
(216) 696-3322

PROOF OF PUBLICATION