**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and | ) | Case No. 1:25-cv-02071-CEF |
| Radian Industries Inc., | ) | |
| | ) | Judge Charles E. Fleming |
| *Plaintiffs*, | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Chapiro, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## PLAINTIFFS' RENEWED MOTION FOR ENTRY OF DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiffs respectfully move the Clerk to enter default against Defendant Michael Chapiro on the grounds that Defendant has failed to plead or otherwise defend against the Complaint within the time permitted by law.

### I. BACKGROUND

This Court's May 8, 2026 Order authorized Plaintiffs to serve Defendant by publication pursuant to Rule 4(e)(1), Fed. R. Civ. P. and Ohio Rule of Civil Procedure 4.4(A)(1). Plaintiffs subsequently filed a docket notice (ECF No. 32) on June 18, 2026, with an attached proof of service (ECF No. 32-1) including the text of the notice and an affidavit from the legal notice publisher, Daily Legal News, confirming that service by publication was completed as of June 17, 2026.

Pursuant to Ohio R. Civ. P. 4.4(A)(1), Defendant was required to either answer or respond within twenty-eight days after the date of the last publication. That deadline passed on Wednesday, July 15, 2026. As of the filing of this motion, Defendant has not filed an answer, motion, or entered an appearance, and has otherwise failed to defend this action. Moreover, despite knowing Plaintiffs' and Plaintiffs' counsel's email addresses and telephone numbers, neither Defendant nor his counsel has even attempted to make contact to seek any extension for filing.  Because Defendant has failed to plead or defend within the time required, the Clerk is respectfully requested to enter the Defendant's default under Fed. R. Civ. P. 55(a).

1

## II. FURTHER PROCEEDINGS REGARDING DEFAULT JUDGMENT AND DAMAGES

Following entry of default, Plaintiffs intend to file a motion for default judgment under Fed. R. Civ. P. 55(b)(2), supported by a detailed statement of damages with applicable damages calculations.

Plaintiffs respectfully request that the Court defer scheduling an evidentiary hearing concerning damages until Plaintiffs' forthcoming submission is filed.

Plaintiffs do not request any delay in the Clerk's entry of default under Federal Rule of Civil Procedure 55(a).

## III. CONCLUSION

Service by publication is completed, and Defendant's deadline to respond has passed. Defendant and his counsel have made no effort to contact Plaintiffs or their counsel.  Plaintiffs therefore respectfully request that the Clerk enter default against Defendant. Plaintiffs further request that the Court defer scheduling an evidentiary hearing concerning damages until Plaintiffs file a motion for default judgment and submit a statement of damages under Rule 55(b)(2).

Respectfully Submitted,

*/s/Michael W. Vary*

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

**Certificate of Service**

The undersigned hereby certifies that on July 16, 2026, I caused a true and correct copy of Plaintiffs' Renewed Motion for Entry of Default to be served on Defendant Michael Chapiro by electronic mail at *Michael@Machcap.com*.

/s/ *Michael W. Vary*
Michael W. Vary