**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and | ) | Case No. 1:25-cv-02071-CEF |
| Radian Industries Inc., | ) | |
| | ) | Judge Charles E. Fleming |
| *Plaintiffs*, | ) | Magistrate Judge Reuben J. Sheperd |
| | ) | |
| v. | ) | |
| | ) | |
| Michael Chapiro, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT PURSUANT TO RULE 55 (a), Fed. R. Civ. P.

To the Clerk of Courts for the Northern District of Ohio, Eastern Division:

Pursuant to Federal Rule of Civil Procedure 55(a), Fed. R. Civ. P., Plaintiffs apply to the Clerk for entry of default against Defendant Michael Chapiro.

Service by publication was completed on June 17, 2026, as demonstrated by ECF Nos. 32 and 32-1. Under the Federal Rules and the Ohio Statute controlling service by publication, Rule 4(e)(1), Fed. R. Civ. P. and Ohio Rule of Civil Procedure 4.4(A)(1), Defendant's deadline to plead or otherwise defend expired on July 15, 2026. Defendant has not answered, appeared, filed any responsive pleading, or otherwise defended this action.

Accordingly, Plaintiffs respectfully request that the Clerk enter default against Defendant Michael Chapiro pursuant to Fed. R. Civ. P. 55(a).

Respectfully Submitted,

DEFAULT ENTERED on 7/21/2026.
Christian Capece, Clerk of Court,
by: s/ Stephanie Siner
Deputy Clerk

*/s/Michael W. Vary*

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429