**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming<br>Magistrate Judge Reuben J. Sheperd |

**PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT UNDER RULE 55(b)(2) AND REQUEST TO HOLD APPLICATION IN ABEYANCE**

Plaintiffs Nathan Rapport and Radian Industries, Inc. respectfully apply to this Court for default judgment against Defendant Michael Chapiro under Federal Rule of Civil Procedure 55(b)(2).

The Clerk entered Defendant's default on July 21, 2026 (ECF No. 35). Because Plaintiffs' plea for damages includes damages that are not for a sum certain, as well as for other relief requiring evaluation and determination by the Court, this application for default judgment is properly directed to the Court under Rule 55(b)(2).

Plaintiffs are currently preparing a supplemental memorandum addressing liability, damages, and other relief, together with supporting affidavits, exhibits, and a proposed judgment. Plaintiffs anticipate filing those materials within 60 days of the date hereof.

Accordingly, Plaintiffs respectfully request that the Court:

1. grant Plaintiffs 60 days from the date hereof to file their supplemental memorandum and supporting materials;
2. hold this Application in abeyance and defer ruling until Plaintiffs have filed their supplemental memorandum and supporting materials; and

3. thereafter enter default judgment in the amount and form supported by the pleadings, applicable law, and evidentiary record, or order any further proceedings the Court deems appropriate.

Dated: August 5, 2026

Respectfully Submitted,

*/s/ Michael W. Vary*

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 5, 2026, I caused a true and correct copy of PLAINTIFFS' APPLICATION FOR DEFAULT JUDGMENT UNDER RULE 55(b)(2) AND REQUEST TO HOLD APPLICATION IN ABEYANCE to be served on Defendant Michael Chapiro by electronic mail at *Michael@Machcap.com*.

*/s/ Michael W. Vary*
Michael W. Vary