**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

# EXHIBIT F1 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

# OCTOBER POSTS

## Contents


OCTOBER POSTS ........ 2
I. Introduction ........ 2
II. Foreign Export ........ 3
III. Dissemination Risk ........ 4
IV. Argentina ........ 5
V. El Salvador ........ 10
VI. Vacuum Balloon ........ 11
VII. Engineer Recruitment ........ 12
VII.A. Photonics ........ 12
VII.B. Materials Science ........ 13
VIII. Eastern Europe Plans ........ 14
IX. Bohr Systems ........ 19
X. Chapiro's October 28, 2025 essay on X ........ 21


## OCTOBER POSTS

## I. Introduction

This exhibit is a compilation of public social-media posts made by Defendant between August and October 2025. Although titled October Posts for convenience, it includes several earlier entries that establish continuity of conduct and context for the more recent October statements. These posts collectively illustrate Defendant's ongoing public representations concerning weapons development, foreign manufacturing, and intended missile sales abroad.

# II. Foreign Export



Delta, Dirac (AKA Pan Guy)
@DeltaClimbs

My aerospace/defense investing track record this year:

1 company at X cap (I got an incredible price due to relationship with founder over 8 years)
Now:
- Agreement with a foreign country for sales of at least 3.5X
- Deposit of 0.2X will be made

Is that good? I'm new to this.

4:13 PM · Aug 28, 2025 · **605** Views

1 4 1

Figure 1: `https://x.com/DeltaClimbs/status/1961160168659644830`



Post

Delta, Dirac (AKA Pan Guy)
@DeltaClimbs

You: socializing, like a normal person

Me: socializing weapons concepts in the Pentagon and foreign procurement offices

We are not the same

4:51 PM · Oct 17, 2025 · **166** Views

1

Figure 2: `https://x.com/DeltaClimbs/status/1979289305249104292`

# III. Dissemination Risk




Figure 3: `https://x.com/DeltaClimbs/status/1977565918474694994`




Figure 4: `https://x.com/DeltaClimbs/status/1982145268477788295`

# IV. Argentina

X
https://x.com › DeltaClimbs › status

Delta, Dirac (AKA Pan Guy)

**Might fuck around, acquire this hypersonics company, have the not-too** ... **thereby kick-off serious bilateral military cooperation** that **ultimately saves the West** ...

Twitter
https://x.com › Lady_Astor › status

Lady Astor 🗡️ on X: "https://t.co/HL44tWSkGG" / X

Might fuck around, acquire this hypersonics company, have **the not-too-spicy manufacturing stay in Argentina**, and thereby kick-off serious bilateral military ...




Figure 6: `https://x.com/DeltaClimbs/status/1957880984025670127`




Figure 7: `https://x.com/DeltaClimbs/status/1965085244761280692`


Post

Delta, Dirac (AKA Pan Guy)
@DeltaClimbs

Question: as an American, is anything legally preventing me from advocating for El Salvador to instigate regime change against communism and take control throughout Central America, with weapons made by my companies in Argentina?

HYPOTHETICALLY. I'm not condoning anything!

J Michael Waller @JMichaelWaller · Oct 11
Update: In an effort to escape oversight from @SecRubio and @DeputySecState, Deputy Chief of Mission Patrick Ventrell at the @usembassyguate has pressured Guatemala's Supreme Court to hold a vote on Sunday to elect a new chief justice.
...
Show more

2:57 PM · Oct 11, 2025 · 1,448 Views

1 2 11

Figure 8: `https://x.com/DeltaClimbs/status/1977086276961775885`


Delta, Dirac (AKA Pan Guy) @DeltaClimbs · 51m
I sent a payment to Argentina with bitcoin

It arrived 10 minutes later

I sent an international wire to the UK

Hasn't arrived 10 days later and we are now having to figure out where the hell our money is

Serious people don't use play money; when you want finality, use bitcoin

4 163

Figure 9: `https://x.com/DeltaClimbs/status/1981922958919831922`




Figure 10: `https://x.com/DeltaClimbs/status/1982178906829709713`

# V. El Salvador


Delta, Dirac (AKA Pan Guy)
@DeltaClimbs

"this is my opinion, if you govern well you're going to be able to sustain it for a long time"

This is why El Salvador and bitcoiners need the turbines in my portfolio -- you cannot sustain the momentum on bitcoin NGU alone. You need the energy per capita per annum to go up!

Figure 11: `https://x.com/DeltaClimbs/status/1982297474686673033`

# VI. Vacuum Balloon



Delta, Dirac (AKA Pan Guy)
@DeltaClimbs

Nice! I remember telling people to invest in this in 2018 while YC was playing with shitcoins, oblivious to the threats facing Western civilization.

The frontier is a moving target.

I am going to make a vacuum balloon.

pfung @philfung · Oct 6
Huge congrats to Icarus drones on joining latest YC batch.
Been advising these guys for a while and their stratospheric internet drone tech is exciting.

linkedin.com/posts/activity...

12:43 PM · Oct 7, 2025 · 592 Views

Figure 12: `https://x.com/DeltaClimbs/status/1975602842372350206`



Delta, Dirac (AKA Pan Guy)
@DeltaClimbs

Some people are asking how it is we are putting 1000lb warheads into 300kg missiles, and why we are mixing units?

First, mixing units is American AF, we're patriots

Second, we include vacuum balloon technology, of which I am the sole inventor, that makes the math start mathing

12:02 AM · Oct 26, 2025 · 148 Views

Figure 13: `https://x.com/DeltaClimbs/status/1982296652888392164`

# VII. Engineer Recruitment

## VII.A. Photonics




Figure 14: `https://x.com/DeltaClimbs/status/1977423476194779522`

## VII.B. Materials Science




Figure 15: `https://x.com/DeltaClimbs/status/1982094109616820636`

# VIII. Eastern Europe Plans



Delta, Dirac (AKA Pan Guy)
@DeltaClimbs

What's the cost if I want a bespoke OpenX skill factory to train up a few hundred technicians in Eastern Europe, which I can then quickly redeploy across other countries?

Cody James @codyaims · Nov 11, 2023
Replying to @codyaims
Why are we building these?

Companies waste billions every year to search for people that don't exist...

7:39 PM · Oct 17, 2025 · 353 Views

Figure 16: `https://x.com/DeltaClimbs/status/1979331581564301329`



Figure 17: `https://x.com/DeltaClimbs/status/1979616084098740486`



**Delta, Dirac (AKA Pan Guy)**
@DeltaClimbs

Why would I build missiles in the UK that are meant for use in Ukraine?

I think we need to keep all our EU missile manufacturing in Eastern Europe, where Western values still exist. Will export from Poland and Baltics to the rest of Europe that wants to buy. Buy interceptors!

**Lee Harris** @addicted2newz · Oct 18
I can't believe what I've just watched.

A Jewish lawyer wearing a Star of David was arrested after the police alleged the symbol had "antagonised" pro-Palestine protesters.
...

5:27

1:02 PM · Oct 18, 2025 · **1,263** Views

Figure 18: `https://x.com/DeltaClimbs/status/1979593877142315124`

**Delta, Dirac (AKA Pan Guy)** @DeltaClimbs

Idk what I do for a living, but seems I may be going to the Baltics and standing up new types of missile factories with ITAR-free Argentine rocket engines 🤷‍♂️

What do you even call that?

> **Tim Denning** @Tim_Denning · 7h
> The #1 sign you're winning in life:
>
> No one understands what the hell you do for a living.

5:32 PM · Oct 19, 2025 · **330** Views

Figure 19: `https://x.com/DeltaClimbs/status/1980024209066938595`

**E=NC^2** @eeqnc2 · 13h
What's the 5 year goal?

1 · 67

**Delta, Dirac (AKA Pan Guy)** @DeltaClimbs

$2 billion in annual missile sales in 5 years

Suppose I probably want at least 1 kid by then so they have a chance of being less autistic than me

Every hardware system and research project firing on all cylinders

Fractional bitcoin SaaS financial tools getting built

8:32 PM · Oct 19, 2025 · **114** Views

3 · 1

Figure 20: `https://x.com/DeltaClimbs/status/1980069556321386754`




Figure 21: `https://x.com/DeltaClimbs/status/1981781432222855183`

# IX. Bohr Systems




Figure 22: Chapiro's website, demonstrating his affiliation with Bohr Systems as an angel investor, in violation of Section 13(b) of Radian Industries Inc.'s Founders Agreement.




Figure 23: Bohr Systems: Robust Navigation for Military Drones in GPS-Denied Environments.



## Bohr Systems

Navigating UAS in GPS-denied environments

Defense and Space Manufacturing · San Francisco, California · 259 followers · 2-10 employees

+ Follow ···

Home About Posts Jobs People Insights

### Overview

Bohr Systems is a navigation company dedicated to redefining modern navigation.

Show all details →

# X. Chapiro's October 28, 2025 essay on X

**On Global Arms Trade and US Doctrine**[1]

While I would like to avoid militarily strengthening nations that clearly hold views and act in ways contrary to US interests (I probably draw a harder line on that than the State Dept does), it may be time to admit that for the lower 80% of weapons systems, we cannot stop their acquisition. The buy side will get what they want no matter what we do. Blocking MQ-9 sales? Seriously?

China, Turkey, Israel, and others can and will increasingly be able to supply those sorts of capabilities. As the world's militaries increasingly shift toward a focus on affordable mass, the economic volume will shift that way too. When the lower 80% of capabilities becomes the lower 95% of economic volume, it becomes a higher order security risk, which the micro-managerial bureaucracy is ill-equipped to contend with.

I agree with @PalmerLuckey's recent sentiment as to the importance of America being the world's gun stores. "Guns" are first and foremost tools of defense, and as I mentioned, we know we cannot stop the bottom 80% from being purchased anyway, so we need to capture that business, both from an economic perspective and because that industrial base is actually critical for high end systems (to give an analogy to endurance sports, it is similar to how pro athletes spending the overwhelming majority of their training hours pushing low intensity VOLUME).

However, I think both Palmer and the various other companies in the past 4 year wave of defense tech have been putting themselves in a corner given the capability tier that startups typically focus on when operating as the prime integrator. They often don't have something that shifts capabilities enough to move needle on major programs of record, but they still get blocked or even slowed on exports, and other countries know this, making them very wary of even a single ITAR component. For instance, I was just in London for the Nightfall Industry Day

[1] https://x.com/DeltaClimbs/status/1983232524185911742

where they want a fairly "basic" ballistic missile capability, but emphasized it must be ITAR-free.

Allies in Europe and the IndoPacific insist upon domestic production, to the degree they can, and American companies are losing out quite often on that lower 80% because the reality is that if someone else wants to do it themselves, they can. The marginal technical/performance advantage is small enough that even a 6-month State Department delay may make it a worse option, especially when considering all the structural challenges to the US economy that add costs to US manufacturing that I will not elaborate on here.

There is a twofold solution to this. First we need more cowboy capitalism and less paint by numbers the Silicon Valley VC ponzi schemes drive so many founders toward. Of course, those VCs are operating with no sense that the American way of life is under threat, or a naive indifference to continued American hegemony under the premise that wealthy people are "global citizens" that can operate with indifference to geopolitical affairs. There is nothing stopping you from leveraging American capital markets with developments in other countries, something I have contemplated for a number of years, but only recently started actively pursuing.

Take the sword drone I recently posted about as an example – I can now go pitch that Silicon Valley and maybe raise some capital on American prices, but it can be built elsewhere in parallel. Now, it is likely covered under ITAR, which means I cannot send the exact CAD or other design files without export approval, but it is completely legal for me to go to the UK, or Poland, or South Korea, find some engineers and tell them, "sword drones are a pretty neat concept for stopping drones, take a look at this photo on twitter, and make something similar" and then giving them seed funding to do it. This is a true embodiment of the American spirit in "just doing things" and asserting one's liberty in the market is the way American ideals spread globally, without crushing regulations.

You do not need JVs with domestic companies. You do not need to be a very large company planning billion dollar production efforts. You do not need to be an equal partner with the domestic corporate run by MBAs that has existed for 50 years.

You can go and build defense startups globally, run by Americans, and assert Western principles of liberty and the innovation that follows on the soil of our global brethren who have been slipping from the American way in recent decades. The rest of the world will have defense companies too, but Americans can own them. We can seed a new defense industrial base throughout all allied regions, with wholly owned subsidiaries of US startup companies, rather than continuing to waste and destroy the output of the US money printer by recycling it back into the US real estate market ponzi. You need to go bigger. This is how we win.

“But I want a purely America first production approach!” It is great to want things. It is better to want things in a serious capacity that leads to actually reaching those objectives, and in this case, pursuing this in a naive, 1st order fashion is doomed, not to fail entirely, but certainly fall rather short. You know this. What we have seen in the past years however should make it increasingly clear that political efforts can prevail. If enough companies take this strategy, and even just the signaling as it begins, will give us tremendous leverage with Congress to break the onerous anti-private-property-rights regulations. Freedom is never granted; it must be seized. The United States will reform, not just on exports, but the entire regulatory regime and financial apparatus that stands in the way of repatriating that production and allowing America to maintain its “gun store” standing as the world shifts toward affordable mass. Just like in any relationship, sometimes a bit of distance and tension is needed to stabilize attraction.

There is the other component, as I mentioned, which is that last 5%, the truly exquisite capabilities that venture backed startups do not touch, the systems that often have 11 figure development costs (and beware the middle ground of systems that are neither exquisite or affordable where many startups bleed themselves out!). I actually was part of a major capability shift across a lot of those in my first company, but these things do not garner capital from the myopic fiat “professionally” managed economy due to the inherent illegibility of real breakthrough technology, which starts at a smaller scale, with raw, technological objectives as opposed to delivering system capabilities. Physical technology

breakthroughs are real, and they are not tapped out, but NO ONE wants to work on them due to “short term thinking” of the capital itself. We only managed it because we were all 20 and didn’t understand we were not billionaires.

The DoW does fund this stuff, but very reluctantly and inefficiently because of the way requirements flow top down, which is not the way technology advancement and innovation works. The DoW does not effectively advance raw technology because “science” is a new form of managerial bureaucracy that has captured what only **engineers** can do (full explanation out of scope here). It is only when there is a gap in the ability to meet an exquisite force structure requirement in which a (brute force) effort is brought to bear to close that gap. Raw technology jumps do not have clean boundaries, they usually allow you to expand your requirement and do things you did not imagine – this is why I had to make the pan. The pan represents the idea of ever expanding possibilities in raw performance, a lifting of one’s expectations for what is possible, an intolerance for mediocrity. We must have unbounded pursuits, but they must be pursued in particular ways to yield particular types of results that are not being sought or attained in the world today.

Everyone knows what I am saying is true and feels the pain of having to act in contrast to this truth out of pragmatism. I have tried to encourage VCs to act more (deca)billionairely over the years to little avail (non-ergodicity hits people hard). Their failures are valuable though in having pushed me to raise my own expectations and understanding the degree to which things must shift in the ways I am describing herein.

I will make this all come about on my own should I have to, but I welcome others to join me. I will generate more than enough capital to get going with my ‘next Bell Labs’ as well and get some of those raw, exquisite capability jumps that need to happen in America (unless @JeffBezos, who recently followed me, decides to fund it first).

Steal my playbook. I am but a single man. Even compete with me head on in the exact systems I seek to develop with my own strategy, brought on by this post, if you wish – I never had a problem with losing, only that I was not being defeated

honorably – give me death if it must come to that, but not these scams where you make a billion off of a fake hardware company that always has negative 200% margins until bankruptcy while you suck out the mimetic oxygen from the room where others are trying to work. Then you are not a competitor; you are an enemy adversary sowing the destruction of the West. I do not need to list them, we all know who they are, who is funding those sorts of people, and each individual operating in that way knows it too.

Ok, this was a nice bit of procrastination. Need to get back to writing stuff for customers :)