**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

# EXHIBIT F2 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

# SUPPLEMENTAL POSTS

This exhibit contains supplemental screenshots of public posts by Defendant Michael Chapiro collected in August 2026. The screenshots are organized below by subject for ease of reference.

## Contents

SUPPLEMENTAL POSTS . . . . . . . . . . 3
I. Russia Post . . . . . . . . . . 3
II. World Population / Depopulation Posts . . . . . . . . . . 4
III. Hitler-Related Posts . . . . . . . . . . 10
IV. Other Statements . . . . . . . . . . 16

# SUPPLEMENTAL POSTS

## I. Russia Post


Delta, Dirac
@DeltaClimbs

I don't know why so many right wing folks say we can't fuck with Russia because they have nukes--

a nuclear exchange would overwhelmingly wipe out liberals that are concentrated in cities and see America go right wing for decades/forever

12:09 AM · May 11, 2025 · 65.1K Views

Figure 1: https://x.com/DeltaClimbs/status/1921417300449656914

## II. World Population / Depopulation Posts


Delta, Dirac
@DeltaClimbs

Imagine if the world population were suddenly only 80 million people, 1% of what it is today

Suddenly, no "need" for behemoth megafactories of microplastics percolating throughout

100x "infinite abundance" overnight

What would you build then?

Run combinatorics... too small?🤨

1:28 PM · Aug 8, 2026 · 2,158 Views

Figure 2: https://x.com/DeltaClimbs/status/2086142577137369578

**Delta, Dirac**
@DeltaClimbs

"this is the only real existential crisis."

Only if you're a phaggot, sentimalist flattenner

The world will be far more pleasant when the population approaches a billion

Imagine civilization as a giant spring undergoing its first oscillation

What will be distilled by yr 2400?

> **vittorio** @IterIntellectus · Aug 23
> people don't realize this, but 2026 appears to be the first year in human history where humanity as a whole is below replacement fertility.
>
> this has never happened before. not during wars. not during pandemics.
> ...
>
> > **Crémieux** @cremieuxrecueil · Aug 23
> > 
> > It's shocking, but several countries have already reached peak population and they're now in decline:

10:05 PM · Aug 23, 2026 · **713** Views

Figure 3: https://x.com/DeltaClimbs/status/2091602796827357652

**Delta, Dirac**
@DeltaClimbs

Thanos was right

4 billion by 2040

Single issue "voter"




8:40 PM · Aug 15, 2026 · **915** Views

Figure 4: https://x.com/DeltaClimbs/status/2088787866058907744



**Delta, Dirac** @DeltaClimbs · Apr 28

Things that can be done with a much smaller **world population**

Few appreciate doing things the superlative natural way

> **Nick Renold** @nicolasrenold · Apr 28
> Replying to @uncledoomer
> May we live to see the return of natural latex tires

4 · 491

Figure 5: https://x.com/DeltaClimbs/status/2049294135077859830



**Delta, Dirac** @DeltaClimbs · Dec 24, 2025

At the height of the Cold War, with tens of thousands of nuclear ICBMs, you could only at most kill about half the **population.** Nuclear winter is also a myth.

Most people are aware of how Dems destroy countries internally, but the weakness of Dems has far broader implications.

> **Neoliberal Shill** @NeoliberalShell · 31m
> Replying to @ChampionsOTIce2
> Even if only 10% of Russia's warheads worked so around 560 that's still more than enough to annihilate the United States and most of Europe and plunge the world into Nuclear winter.

> **Neoliberal Shill** @NeoliberalShell · Dec 24, 2025
> Replying to @ChampionsOTIce2
> Even if only 10% of Russia's warheads worked so around 560 that's still more than enough to annihilate the United States and most of Europe and plunge the world into Nuclear winter.

1 · 5 · 774

Figure 6: https://x.com/DeltaClimbs/status/2003927095416942741



**Delta, Dirac**
@DeltaClimbs

End poverty?

I don't want to be too quick to oppose, but is it truly necessary to genocide all 7 billion of them?

**isabelle** @isabelleboemeke · Apr 5
Imagine if a documentary crew had been embedded with Oppenheimer, Fermi, and other scientists in the 1940s, watching history unfold in real time.

Capturing the awe, the hope, the breakthroughs, and the world-changing decisions as they happened....

2:00

11:50 AM · Apr 5, 2026 · 273 Views

Figure 7: https://x.com/DeltaClimbs/status/2040819290270806303




Figure 8: https://x.com/DeltaClimbs/status/2112037286065881307

# III. Hitler-Related Posts




Figure 9: https://x.com/DeltaClimbs/status/2026391391610540129



**Delta, Dirac**
@DeltaClimbs

Are Christians scared of Holocaust because secretly, they know we all know that no one actually wants to care about death, and it just exposed the weakness of hate and resentment that originates from the notion of "sin"? Is the real concern what bad taste in massacre Hitler had?

11:00 AM · Jan 26, 2026 · **209** Views

Figure 10: https://x.com/DeltaClimbs/status/2015817190348664865



**Delta, Dirac**
@DeltaClimbs

As a Jew, this makes me wonder if perhaps Hitler was right on a great many things?

The left wing should probably diversify their line of argumentation

**Zarathustra** @zarathustra5150 · Aug 2, 2025
Replying to @realJeremyCarl
A real article on MSNBC

Physical fitness has always been central to the far right. In "Mein Kampf," Hitler fixated on boxing and jujitsu, believing they could help him create an army of millions whose aggressive spirit and impeccably trained bodies, combined with "fanatical love of the fatherland," would do more for the German nation than any "mediocre" tactical weapons training.

12:55 AM · Aug 2, 2025 · **298** Views

Figure 11: https://x.com/DeltaClimbs/status/1951507071117021402



Delta, Dirac
@DeltaClimbs

Hi, maybe I can help?
I is comically "evil"
Especially comedic bit is it would be a Jewish Hitler 🤣
Surely, if Jews have done so well across so many fields, a Jew might also excel in cleaning up this mess?

@AngloCatholica · Feb 1
It’s almost like the Jews and the left are trying to summon a comically evil GigaHitler

1:18 PM · Feb 1, 2026 · **459** Views

Figure 12: https://x.com/DeltaClimbs/status/2018026063327310193

**Delta, Dirac**
@DeltaClimbs

Isn't the greatest challenge for a next Hitler figuring out where to march toward? For what if the nature of the world is a hierarchical clustering of networks -- what would it even mean to be a Hitler in driving toward such a world?

> **λέων** @Daseincel · Apr 1
>
> “At age thirty in 1919, Adolf Hitler had no accomplishments. He was a rootless loner, a corporal in a shattered army, without money or prospects. A little more than twenty years later, in autumn 1941, he directed his dynamic forces right up to the gates of Moscow and Leningrad.”



4:27 PM · Apr 1, 2026 · **177** Views

Figure 13: https://x.com/DeltaClimbs/status/2039439542755934539



**Delta, Dirac**
@DeltaClimbs

I'm Jewish and even I am starting to wonder whether Hitler was actually right in some regards, and that it was just the Holocaust part + invading Russia that was flawed?

Imagine if Hitler had embraced Jews such as Einstein and focused on The Federal Reserve and Bank of England.

**Moongazer** @joeybeastmarket · Dec 28, 2025
If my president does not personally hand me a one million dollar reparations check after he publicly executes one hundred thousand minnesotan fraudsters I will spend the rest of my life funding research to bring Hitler back to life

8:41 PM · Dec 28, 2025 · **644** Views

Figure 14: https://x.com/DeltaClimbs/status/2005454000649642159



**Delta, Dirac** @DeltaClimbs · Feb 14
Did **Hitler** do what he did out of hatred, or love?

**maro** @ProofofMaro · Feb 14
Love is a Quantum Event.
We experience it as an emotion, but the feeling of love, the desire to be close to the beloved, is actually an unconscious expression of the dynamic nature of sub-atomic particles eternally trying to regroup into the singularity that was their primordial

2 · 4 · 343

Figure 15: https://x.com/DeltaClimbs/status/2022562664581587054




Figure 16: https://x.com/DeltaClimbs/status/2056842214404173896




Figure 17: https://x.com/DeltaClimbs/status/2029622524951286199

# IV. Other Statements



Delta, Dirac @DeltaClimbs · 9m

Maybe it can be both at the same time. I'm still not sure if the schizo I funded to work on the thing you know about is pure schizo, or if it's a long tail option I can exercise in a few years. Project's dead for now after he went off deep end...

Matthew Pines @matthew_pines · 2h

The key to success nowadays is accurately sorting out which parts of your social graph are pulling you into *long tail opportunities with asymmetric impact* & which are pulling you into *deadend rabbit holes driven by schizophrenic autism*....

25

Figure 18: https://x.com/DeltaClimbs/status/1949638681733513227



Delta, Dirac
@DeltaClimbs

Patent lawsuits are state-sanctioned terrorism.

6:20 PM · Oct 9, 2024 · 124 Views

Figure 19: https://x.com/DeltaClimbs/status/1844140821291163863