**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

# EXHIBIT F3 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

# RAPPORT–SANTER CORRESPONDENCE

This exhibit contains the March 25–30, 2026 correspondence between Nathan Rapport and Professor Matthew Santer concerning proposed graduate research relating to the Vacuustat.

Gmail **Nathan Rapport <n.rapport@gmail.com>**

---

**Prospective PhD - Structural Systems**
5 messages

---

**Nathan Rapport** <n.rapport@gmail.com> Wed, Mar 25, 2026 at 9:17 PM
To: m.santer@imperial.ac.uk

Hello Professor Santer,

I've been working independently on hierarchical (fractal) structural systems and tensegrity-based architectures, and I'm reaching out because your work on lightweight and deployable structural systems seems closely aligned with this direction.

I developed and analyzed a structural system along these lines (Vacuustat), which led to a patent (Lighter-Than-Air Fractal Tensegrity Structures):
https://patents.google.com/patent/US10625842B2/en

I've also published a paper in Physics Essays (2022), which has been cited in Modern Physics Letters A:
https://scholar.google.com/citations?user=4NhYUqgAAAAJ

My background includes ~10 years of software engineering (Harvard/Smithsonian Center for Astrophysics, Wayfair, fintech), and I've built several high-performance systems.

I'm currently exploring the possibility of pursuing a PhD and would be very interested in discussing whether this line of work (structural systems, tensegrity, active stabilization) might fit within your group.

Best regards,
Nathan

---
Additional details (for context):

Patent: Lighter-Than-Air Fractal Tensegrity Structures (2020)
https://patents.google.com/patent/US10625842B2/en
* (see paragraphs 87–88 for applications)

Physics paper (2022):
https://osf.io/preprints/osf/vkb2z_v1
* (not planning further work in this area)

Software work:
* Client-side spell-checker: https://www.lexiathan.com/
* Significantly faster and more accurate than the industry standard

GitHub: https://github.com/Eratosthenes
* LR(0) parser
* InfraRed search engine

In-progress work:
* Calculus by Construction (a derivation-first approach to calculus and ODEs, including coverage of logic/proofs, combinatorics, linear systems, and recursive algorithms, integrated with complete Python implementations)

Educational background:
* B.S. Physics & Applied Math, Ohio State (National Merit Scholar)
* 260 earned credit hours
* Additional coursework (UW-Madison): structural mechanics, materials science, computer science

---

**Santer, Matthew** <m.santer@imperial.ac.uk> Fri, Mar 27, 2026 at 9:21 AM
To: Nathan Rappport <n.rapport@gmail.com>

Hi Nathan,

Thanks for getting in touch.

Hierarchical structures are certainly within bounds for my groups' research. Unfortunately,

though, there are no clear paths for funding this at the moment.

As an aside, I do not believe that you meet Imperial's entry requirements for PhD research. It is necessary to hold a good masters degree first.

Best wishes,

Matthew Santer PhD FRAeS AFAIAA
Professor of Aerospace Structures
Co-Director of Space, Security and Telecoms
Imperial College London

---

**From:** Nathan Rapport <n.rapport@gmail.com>
**Date:** Thursday, 26 March 2026 at 01:16
**To:** Santer, Matthew <m.santer@imperial.ac.uk>
**Subject:** Prospective PhD - Structural Systems

You don't often get email from n.rapport@gmail.com. Learn why this is important

**CAUTION:** This message came from outside Imperial. Do not click links or open attachments unless you recognise the sender and were expecting this email.

[Quoted text hidden]

---

**Nathan Rapport** <n.rapport@gmail.com> Fri, Mar 27, 2026 at 9:57 AM
To: "Santer, Matthew" <m.santer@imperial.ac.uk>

Hi Matthew,

Thank you very much for your reply.

Generally in the US, students find advisors and apply directly to PhD programs, and complete a master's degree along the way toward their PhD. However, I am discovering that this is not how other countries operate!

Ok, supposing that my GPA meets the requirement for an MSc in mechanical engineering at Imperial College London, and that I have some recommendations, and that I have a near-perfect GRE if that is required--is this a project you would be interested in advising me on for an MSc?

The basic proposal is: design, analyze, and manufacture a strut as shown in image 1 of the patent (attached), then test its compressive strength using a compression testing machine and analyze the data. If time permits, I could also design and test an active stabilization system.

Best,
Nathan
[Quoted text hidden]



**strut.png**
46K

---

**Santer, Matthew** <m.santer@imperial.ac.uk> Mon, Mar 30, 2026 at 3:17 AM

Gmail **Nathan Rappport <n.rapport@gmail.com>**

## Prospective PhD - Structural Systems

**Santer, Matthew** <m.santer@imperial.ac.uk> Mon, Mar 30, 2026 at 10:17 AM
To: Nathan Rappport <n.rapport@gmail.com>

That is not how it works for MSc programmes at Imperial either I'm afraid. Projects are allocated by individual faculty and then students are assigned to these according to their preference by algorithm.

Regarding your suggested project, my question would be what constituted the fundamental research. Structures such as this are well understood and simple design, analysis and test would not usually fit the brief for advanced research. Even active stabilisation for this class of structure is quite well covered in the literature.

Best wishes,

MS

[Quoted text hidden]