**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

# EXHIBIT F4 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

# BREAD FINANCIAL COMPENSATION RECORD

This exhibit contains a redacted excerpt of Nathan Rapport's 2024 Form W-2 and earnings summary from Bread Financial Payments Inc. The excerpt reports gross pay of $121,920.95 for 2024. Personal and tax-identification information not relevant to the damages calculation has been omitted.



Employee Reference Copy
W-2 Wage and Tax Statement 2024
Copy C for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 0000010375 UHD | R5-LM2 | CQRF | E S 5337 |

c Employer's name, address, and ZIP code
BREAD FINANCIAL PAYMENTS INC
3095 LOYALTY CIRCLE
COLUMBUS, OH 43219

e/f Employee's name, address, and ZIP code
NATHAN RAPPORT
1893 W 54TH STREET
CLEVELAND, OH 44102

2024 W-2 and EARNINGS SUMMARY

This summary section is included with your W-2 to help describe this portion in more detail. The reverse side includes general information that you may also find helpful. The following reflects your final pay stub, plus any adjustments made by your employer.

| | | | |
|---|---|---|---|
| GROSS PAY | 121,920.95 | SOCIAL SECURITY TAX WITHHELD BOX 04 OF W-2 | 6,942.69 |
| FED. INCOME TAX WITHHELD BOX 02 OF W-2 | 18,354.99 | MEDICARE TAX WITHHELD BOX 06 OF W-2 | 1,623.69 |
| STATE INCOME TAX BOX 17 OF W-2 | 3,382.01 | SUI/SDI BOX 14 OF W-2 | 0.00 |
| LOCAL INCOME TAX BOX 19 OF W-2 | 2,799.42 | | |

Figure 1: 2024 W-2 and earnings summary.