**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

# EXHIBIT F6 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

# VALUATION EVIDENCE

## Contents

VALUATION EVIDENCE .......... 3
I. MidCourse RFI Response .......... 3
II. Laser SkyFi .......... 9

# VALUATION EVIDENCE

## I. MidCourse RFI Response

The following is an excerpt from Radian Industries' response to a Missile Defense Agency ("MDA") Request for Information. Defendant Michael Chapiro authored the portions reproduced below. Technical details have been redacted to preserve the confidentiality of nonpublic technical information.

# Robust, Low-Latency Midcourse and Terminal Interceptor Guidance with Endogenous, Persistently Accurate, Low Cost, Low SWaP Gyros & IMUs

Radian Industries Inc. | UEI L5RRNLCD75X3 | CAGE 01V98 | JCP Cert 0089790
Business POC: Michael Chapiro | michael@radianindustries.com
(650) 766-8030
Technical POC: Nathan Rapport | nathan@radianindustries.com

MDA "IRON DOME" FOR AMERICA RFI INFORMATION PAPER

26th February, 2025

## 1 INTRODUCTION

Since World War II, superiority in precision has been a central element to US doctrine. In recent years, this strategy has been eroded in two ways: 1) the enemy has closed many of the gaps where we previously had a substantial offset; 2) A2/AD ranges continue expanding, which may threaten air assets needed for precision guidance of certain munitions. For lower end conflicts, GPS denial is now greatly limiting the capabilities of what were previously precision strike capabilities. In the event of a higher end conflict, regardless of greater robustness in variants within GNSS/GPS, or even a proliferated LEO or MEO GPS alternative, the possibility that practically all of space is destroyed cannot be neglected – large satellites are easy targets, and LEO can be attacked with deliberately induced Kessler syndrome.

In such an event, the United State could find itself facing only two options: a strategic conflict that is unlikely to rely on vulnerable systems, or an attrition conflict that cannot rely on precision. This weakens US posture since anything that moves conflict away from exquisite [redacted] to re-establish precision capabilities across tactical strike systems (as well as other platforms).

The reliance on novel phenomenology enables a significant element of surprise – for instance, if the US were to maintain a high degree of secrecy around this capability, until and if there is a large attack on space systems, such an attack would greatly advantage the US as we would have precision while the enemy does not. Moreover, we expect this precision capability will offer a degree of performance that may enable reducing the cost of terminal navigation subsystems, which would be transformative in shifting the number of vehicles that can be acquired, especially in hypersonic strike systems

**ENDOGENOUS PRECISION CAPABILITIES** Outside of strategic systems, existing FOG or RLG IMUs/IRUs are heavily dependent on GPS for primary position information and will rapidly lose position accuracy in tens of seconds to minutes. Radian Industries is working toward a [redacted]


Source Selection Information (FAR 2.101 & 3.104) | Copyright 2025, Radian Industries Inc.

# 6 DEMONSTRATION SCHEDULE AND ROM COST

We will outline two different cost scenarios to provide a sense of what we think can be delivered on different timelines. These should not be taken as offers or guarantees. Given the limited time to respond to this RFI and the early stage of the engineering development, like traditional IMUs, our errors will grow rapidly as time goes further out.

We would propose that there be an ongoing R&D effort, which then bifurcates and shifts toward integration on one side and continued R&D on the other. This would enable moving forward with these novel capability sets as soon as there is sufficient confidence in the component level, while also allowing further refinements to be developed for future systems. Traditional ring laser gyros have been in existence for decades, and FOGs are continuously improving. Whatever system is initially deployed will likely be improved upon substantially in the 5 years deployed, but only if we continue both the more basic efforts alongside integration efforts. Overall, this funding rate (including \$10m capex in FY29) of \$70m total over 7 years, is incredibly inexpensive for the capabilities we expect to be able to deliver. We expect pricing on drop-in IMUs to match or undercut existing options when produced in similar volumes as our technology does not rely on exotic materials, components, or manufacturing.

Assuming contract funding beginning in FY26, we will be operating on highly limited IRAD funds in 2025 to continue our experimentation. Over the next 6 months, we intend to [redacted]

For simplification purposes, we are primarily thinking about roughly how many people are needed, assuming half of costs related to personnel, and starting with \$200k/person/yr with overhead, we then start with \$400k/yr person to estimate total costs. Additionally, we estimate roughly 70-80% of personnel to be engineering focused vs business / program management. Given limited response length after providing the physics background info, we will not detail the planned personnel breakdown to achieve the different milestones within this response. \$4m/yr = 10 people; adding \$8m/yr = adding 20 people.

## 6.1 \$4m/yr capability extension R&D \$8m/yr integration/production R&D

**EPOCH 1 (FY26, \$4M/YR): PERSISTENT IMU DEMONSTRATION, SPIN RATES** We expect we will be able to build out and test a fully operational demonstration unit by the end of calendar year 2026 if funding begins at the start of fiscal year 2026.

This initial demonstration would be focused on demonstrating the characteristic function at the IMU level, as opposed to the scientific proof we have described herein. We will have a couple designs being developed in parallel, one of which is focused on minimum risk of capability demonstration, and the other focused on SWaP and ability to withstand more

(U) PROPRIETARY, DISTRIBUTE ONLY TO DoD/IC OR TECHNICAL REVIEWERS UNDER NDA
Source Selection Information (FAR 2.101 & 3.104) | Copyright 2025, Radian Industries Inc.

extreme environments from a shock and vibration perspective. The latter will be based on constructing a monolithic component for the optical system, as opposed to assembling a number of discrete components.

The principle class of test is demonstrating that position and attitude can be effectively [redacted]

**EPOCH 2 (FY27-28, $4M/YR): COMPACT IMU DEMONSTRATION, HIGH SHOCK/VIBRATION, SPACE SURVIVABILITY** With the demonstration in place, the next step is refining the design, ensuring manufacturability, and developing all the capabilities to operate as a drop-in replacement. Following design and construction of the first production ready units, a far more robust battery of tests will be carried out, including launching a test unit into space and having it re-enter in a descent capsule. Ground tests for shock and vibration will be carried out to show performance does not degrade, and that if an interceptor goes unused for years, the IMU will still perform as needed.

**EPOCH 3 (FY29-30, $12M/YR): INITIAL INTEGRATION AND INTERCEPT TESTS** In epoch 3 we would want want ramp up funding with the $4m/yr supporting ongoing R&D efforts, while the $8m/yr would be focused on transition/commercialization efforts. Transitioning to production will involve more engineers, including QA/QC, and collaborating with the prime. This will likely also increase overall costs since program integration will likely require obtaining security clearances, a secure facility, and classification on supply chain could further increase costs or require further in-housing of sub-component production.

We would ideally have our guidance systems implemented in actual intercept tests to establish performance improvements both with external signals, and in the total absence of external signals other than target data.

**EPOCH 4 (FY31-32, $12M/YR): DEVELOP CONFIGURATIONS ACROSS ALL INTERCEPTORS** With actual interceptor tests, we expect will need to work with every prime on every interceptor to upgrade guidance capabilities.

Beyond Epoch 4, we expect we might not need additional MDA funding for these efforts if revenue can sustain operations and further development. In fact, we expect revenue to begin earlier, such that the lack of inflation adjustment in these ROM costs is balanced out be revenue phasing in.

**$10M PRODUCTION CAPEX BUILDOUT** We anticipate we will need around $10m to build out a production capability to support production of hundreds of IMUs per year. Increasing automation and scaling to 10,000+ units per year is also possible with greater capex and would greatly reduce unit costs.

(U) PROPRIETARY, DISTRIBUTE ONLY TO DoD/IC OR TECHNICAL REVIEWERS UNDER NDA
Source Selection Information (FAR 2.101 & 3.104) | Copyright 2025, Radian Industries Inc.

### 6.2 Other Related Capabilities and Platforms

This information paper focuses primarily on the midcourse and terminal guidance opportunities, but there are a number of other high value applications we should briefly mention that arise from our novel gyro architecture, which enables very precise pointing in addition to positional information. Except for precision strike, most of these platforms have more complex integration challenges. We intend to share the space LADAR concept in more detail with the SDA for their "Iron Dome" RFI.

1. Free Space Optical Communications – we anticipate two orders of magnitude faster linking for space to space, and space to ground, the latter of which a company operating in this space has told us is in fact more limited by pointing error than atmospheric disturbance.
2. Directed Energy – any laser DE system must have very precise position and pointing information about the DE platform and the target
3. Space LADAR – whereas radar from space is challenging from an energy perspective, the focus of a laser enables vastly more power on target, enabling a large jump in signal to noise ratio. Hypersonic vehicles are dim and hard to track – if the IR from an ICBM can be detected in boost, and active space LADAR can maintain custody throughout the rest of flight, it may greatly expand intercept opportunities.
4. Precision Strike – for left of launch targeting of missile silos, the ability to autonomously navigate to a target under heavy GPS denial, with a much lower cost missile that can enable saturation of air defenses could be instrumental, especially if there are a large number of left of launch targets.

## 7 ASSOCIATED RISKS / TRL, INDUSTRIAL CAPACITY, CONTRACT VEHICLES, PARTNERS, AND MANAGEMENT TEAM

**INDUSTRY CAPABILITY** From a manufacturing and supply chain perspective, while our techniques are novel, they can be implemented with existing materials and components. Some of the components we will use do need to be custom designed, but they are available on reasonable timeframes. For certain integrated optical components, if we need to surge capacity, that should be possible with a small capex investment.

**POTENTIAL PARTNERS** Our company does not plan to construct interceptors, or provide integrated missile defense services. We will be a component supplier, so we intend to partner and collaborate with the major primes that manufacture interceptors, including, but not limited to, Lockheed Martin Space, Lockheed Martin Fires & Controls, Boeing Space & Defense, RTX, Northrop Grumman, BAE. Given the criticality of this capability, we want to ensure it remains readily available to all primes, and this will be best achieved if MDA can help us expediently get the capital we need – if a single prime offers significant funding for exclusivity, and this is the only path forward, it poses a risk of much higher platform level costs for the taxpayer.

**ASSOCIATED RISKS AND TRL** We want to ensure we are not overselling our capabilities, as we have made some bold claims throughout. However, given the low TRL, it is also important


Source Selection Information (FAR 2.101 & 3.104) | Copyright 2025, Radian Industries Inc.

that we are not underselling either. We have our "$e = mc^2$" level demonstration experimentally validated, and that in itself is of far greater significance than a TRL of 3 would suggest. It is a breakthrough in applied physics despite the product/component capability not being developed yet. We have a development path that indicates we can overcome risks related to vibration, error, and so forth with ordinary engineering efforts, so there are not more breakthroughs that remain. TRL is sometimes presented in a linear fashion, but we would argue that the the first 90% of the risk is behind us – of course, the last 10% can also be "another 90%," hence, our emphasis on the need to get to a flight demonstration quickly, with R&D funds for that, at which point the imperative to ramp up fund will be unquestionable. We need to hit our "Trinity" demonstration, and the largest risk there is the funding for a team of 10 people.

**CONTRACT VEHICLES** A major problem is that R&D dollars are hard to come by, and they are particularly challenging when architectures shift and radically depart from a prior way of doing things rather than R&D based on an iterative process that anchors to an incumbent technology (case in point: Mantis Composites in initial stages of developing additive C/C capabilities).

As a company, we are primarily focused on building and delivering products our customers need. Of course, the defense industry makes that trickier than in other industries, but from the position of a component supplier that is just starting out, it is difficult to imagine we will be playing a role in acquisition reform.

If we really had our choice, well, look at what was done in the cold war with early Skunk Works aircraft programs. There were aircraft that were funded by funneling money into shell companies of the employees. In fact, if you look at how Radian Industries is funded today, it is largely via the revenue of an unrelated company owned by Michael Chapiro, the co-founder and CEO. This company, which has the tradename of Chroma, sells a number of rather useful medical/health/sleep devices directly to consumers on the website getchroma.co. Under RFK Jr.'s (the recently confirmed HHS director) Make America Healthy Again, this sort of hardware would be rather well aligned with the administration's need. Moreover, our products can almost certainly put a dent in the veteran suicide rate, among other things. If the MDA can find a way to get other organizations to buy that hardware, we can funnel funds into Radian Industries. This also supports maintaining a high level of secrecy around the technology.

Of course, since that probably is not feasible, we could suggest OTAs where cost-sharing is provided from us via "credit" toward purchasing production units, SBIR/STTR funds, or congressional ads.

**MANAGEMENT TEAM** Radian Industries is being built by Nathan Rapport (CTO) and Michael Chapiro (CEO). Nathan, a senior software engineer formally educated in physics and applied math, is the principal inventor of the underlying gyro technology, his background includes writing search infrastructure for Wayfair and wrangling astrophysics data for NASA. Michael, a materials engineer, previously co-founded Mantis Composites and spearheaded the concepts for their work with carbon/carbon – this work has become foundational and enabling across the roadmaps for a number of critical US (and UK) platforms (hypersonic strike systems, strategic systems, and missile interceptors). Michael also built a consumer hardware company that has achieved sales in roughly 70 countries. Michael and Nathan originally connected over a shared interest in certain esoteric aerostructural concepts.

(U) PROPRIETARY, DISTRIBUTE ONLY TO DoD/IC OR TECHNICAL REVIEWERS UNDER NDA
Source Selection Information (FAR 2.101 & 3.104) | Copyright 2025, Radian Industries Inc.

# II. Laser SkyFi

The following is a November 10, 2024 business plan authored by Defendant Michael Chapiro titled *Laser SkyFi*. The document describes a proposed commercial telecommunications application of Radian Industries' technology, proposed exclusive commercial rights, network economics, and a capital roadmap.

# Laser SkyFi

Michael Chapiro

November 10, 2024

## 1 Introduction

Telecommunications is one of the world's largest industries at around $2 trillion per annum. It is now abundantly clear that the internet is also the critical foundation of human liberty, peace, and prosperity, transferring the information needed to expediently transform the physical world. Although telecom systems have improved tremendously in the past decades and continue to grow at a fast clip, the fundamental paradigms being used to deliver internet have remained mostly the same, leaving a third of the global population without internet, a massive, untapped market.

In recent years, the rise of 5G fixed wireless access and Starlink have shown it is possible to rapidly deploy and scale new internet architectures, especially when they are done in ways that do have massive regulatory barriers. T-Mobile and Verizon currently offer a 5G home internet service with 9 million users in the US, which grabs market share from wired access providers such as Comcast (in India, the cost of scaling 5G is a small fraction of what it is in the US so it is growing far faster there), while Starlink has 4 million customers across 100 countries.

Yet between these two systems there is a fundamental gap: Starlink can achieve global coverage that 5G cell towers cannot match due to limitations in laying fiber and users per tower unit economics, but 5G is a vastly more cost effective system where it works – this cost effectiveness cannot be engineered away through clever software or hardware as it is due to the fundamental physics of wave propagation. This bring us to the critical concept of *free-space path loss*, which tells us that the loss in energy between two antennas (e.g. from a satellite or a tower to your cell phone) is inversely proportional to the square of the distance, and proportional to the square of the wavelength being transmitted. So a Starlink satellite at 300 miles is 100x farther than a 3 mile distance cell tower, which means 10,000x lower efficiency. This is why even as Starlink grows, it can never be a major portion of total broadband the way 5G will (nor its competitors such as OneWeb or Amazon Kuiper).

Physics and engineering are full of these sorts of tradeoffs. One might ask, is there a feasible way to simultaneously obtain the wide coverage of Starlink, the ability to bypass ground tower infrastructure, and operate in un-owned

spectrum bands, while also achieving the incredible, low cost data throughput of 5G? We will show that such an architecture exists, and is now uniquely viable due to the emergence of an unexpected, proprietary technical capability.

## 2 A Space Laser to Aircraft Architecture

Laser communications are able to overcome the long distance data limitations. Compared to a Starlink Ka band which has a wavelength around 1 cm, a near-infrared laser with a wavelength near 1000 nm is 10,000x shorter, meaning 100 million times lower losses. This is a much much bigger 'pipe', but just like you do not have a large cargo ship deliver to your doorstep despite its low cost per ton-mile, lasers need a last mile solution. That is where we will use RF.

Current work for laser coms is primarily focused on inter-satellite links or space to ground links, with military interests around aircraft linking as well. These technologies have seen many one-off demonstrations, but are only recently approaching meaningful commercialization, with the first ever US military in-space optical link announced September, 2024. This test achieved a <100 second link time, but fell short of the SDA's stretch goal of <10 seconds.

The core limitation to optical linking is PAT – pointing, acquisition, and tracking. A mere 5 microradian pointing error (<0.0003 degrees) will result in being off by 12 meters at a distance of 300 miles. Radian Industries Inc. has developed an unprecedented capability for precision positioning and pointing that no one else will come close to matching, which opens up new possibilities for optically linked networks. Laser SkyFi will purchase exclusivity rights from Radian Industries Inc. for 1) all commercial telecom application; 2) all commercial optical communication terminal (OCT) applications.

### 2.1 The Laser SkyFi Network

Without the limitations of RF from space, we can have a higher altitude MEO satellite, though we will stay in the lower portions of MEO to keep latency low. At 3000 miles, 10x higher than Starlink, we will eventually have a constellation in the low hundreds of satellites as opposer to the many thousands of Starlink satellites. In MEO, we will avoid the uninsurable catastrophic total loss risk of Kessler Syndrome, and we will not have to constantly be replacing expensive satellites.

Each satellite will have low tens of OCTs connecting to commerical aircraft. Each aircraft in the network will use RF coms over a 100+ mile radius from cruising altitude. Since 90% of the air in the atmosphere is below 30,000 ft, the challenge of linking from a satellite to a moving aircraft instead of a fixed point on the ground is partly offset by the reduction in atmospheric disturbance and near total absence of clouds. This also enables doubling the frequency of the laser used within the near IR range. There will also be space to ground links and inter-sat links.



Proprietary & Copyright 2024, Michael Chapiro

**The Telecom Energy Physics** For the aircraft to ground link, we will have a dual band class, with one class optimized for going direct to device through buildings, and the other, optimized for line of sight with a separate receiver. Between Ka band, one of the bands that Starlink uses, and lower frequency bands such as those used by 4G LTE, there is a 10x frequency difference.

Starlink is 300 miles up and uses Ka band all the way down. The laser portion of our system rounds to 0 in terms of energy cost as shown earlier, even with a satellite at 10x the distance. For a 30 mile distance from aircraft to ground with an LTE band, we have a wavelength that is 10x longer, which matches Starlink since these are both inverse square laws. That means we can go direct to cell with similar performance to what SpaceX achieves with a fixed antenna receiver. If we use a receiver and Ka band, then we have **a 100x energy advantage over Starlink,** and of course, we can also use intermediary bands that would fall into the 5G range.

This will relegate Starlink, OneWeb, and Amazon Kuiper to ultra-remote areas we cannot reach. This allows us to compete in the same league as 5G – the physics will not make our system always be the right solution, but we will capture enough of the fractionated, commoditized market that we can become the most profitable global telecom company, bringing enough growth in internet access to add percentage points to global GDP in the coming decades.

**Network Economics** To not waste satellites, we ideally will be operating across the world in the first tranche, and simply select a limited number of airline partners initially. The initial tranche will have higher altitude satellites, which will increase latency, but allow us to start with 20 or so satellites. If each satellite has 10 OCTs for aircraft linking, we can support 200 linked aircraft.

If each satellite weighs 500 lbs, it will cost around $5m to build and launch, for a total cost of $100m. Each aircraft retrofit will be around $250k, including install, for a total of $50m. If we assume a conservative 0.5% increase fuel burn, the cost is $30k/year for narrowbodies, and with net profits per plane around $300k/yr, we expect airlines will be happy to work with us if we pay $75k/yr in total, or $15m/yr

Unlike 4G LTE or 5G towers, we will not have the same fiber backhaul limitations, so instead of 20 Gbps, we could target 100 Gbps for each aircraft. So across 200 aircraft with a total bandwidth capacity equivalent to 1000 cell towers, which is a seventeenth of Verizon's tower numbers. Given the average price of 1 GB of data in developing nations is 10x lower than the US, we can estimate an initial revenue opportunity 170th of Verizon's, which works out to $788m/yr, which leaves a lot of room for errors in our cost modeling.

**A comment on Starlink** It's interesting that the overwhelming majority of Starlink customers are based in the US, followed by Canada, and then countries in Europe... it's almost as if the majority of Starlink is driven by being able to undercut a hyper-regulated non-competitive market with extreme government interference pushing up prices an order of magnitude. Either way, we'll take the



Proprietary & Copyright 2024, Michael Chapiro

cheap launch from SpaceX.




**Laser SkyFi 2.0** A future architecture could include ground based lasers to aircraft for lower latency. We could also focus on providing backhaul services and partnering with existing telecom companies that control tower infrastructure and own spectrum.

# 3 Operational Roadmap and Engineering

## 3.1 Capital Roadmap

- \$2.3m (Pre-Seed) to purchase 7.5% of Laser SkyFi and an option for an additional 20% (for a total of 27.5%).
  - The option shall have an execution cost of \$12.7m (Seed) and an expiry date of January 10th, 2026. An option to extend the expiry date for 6 months at a cost of \$1m.
- \$200m+ round in 3-4 years to build out and deploy first constellation
- \$1b+ debt in 5-6 years to scale capacity faster
- IPO in 7-8 years

Note, if the initial \$15m is scaled up 1.5x to \$22.5m it may lead to better outcomes and reduce the odds of needing an additional round prior to being ready to ramp up production.



Proprietary & Copyright 2024, Michael Chapiro

### 3.2 Key Milestones

Building and launching satellites is expensive, and we can't generate meaningful revenue until we have enough capital to cover enough launch, so initial work will focus on maturing core subsystems to prove that we can make this architecture work. Additionally, we need more precise techno-economic modeling, as well as ensuring we can work with key partners.

1. **Higher Performance Gimbals** Most space components are surprisingly under-optimized from a materials and manufacturing perspective since there are simply many competing opportunities and growth opportunities that companies often consider to have higher ROI – this is especially true in small sats that share launches and aren't always fulling paying their weight, just their volume. However, as soon as we go vastly higher attitude accuracy, we run into a bottleneck somewhere else in the system, which in this case is the gimbal. We will develop an advanced multi-axial hollow carbon fiber gimbal structure. We will target an order of magnitude lower error. These design will have vastly lower thermal expansion, faster acceleration, faster vibration damping, and lower jitter.

2. **Pointing Test 1 – Mountain ↔ Truck** Linking between a fast driving offroad truck and a mountain, starting in both directions is one of the most challenging tests that can be easily performed at a low cost. This will show our ability to point exactly to the right spot and hit it rather than the iterative process that lead to a <100s linking time for SDA's recent test. We will have around a 50 mile gap.

3. **Pointing Test 2 – Speed Boat → Cessna** We cannot easily and safely mount something to clunky to a Cessna so we will simply have a sensor target and point at it from the fast moving boat so that both pointing laser and receiver are in harsh conditions. We would have to do some analysis to try to quantify just how hard this is, but intuitively it seems quite a bit harder than air to air linking given how violently a high speed boat accelerates as it bounces along the water.

   [Note, across both pointing tests, we will use a simplified system that simply checks pointing accuracy rather than fully integrating a communication system as those components are already well understood to work so we do not get anything out of burning money on that before it's needed.]

4. **Systems Engineering Analysis and Report**

## 4 Disclaimer

This document does not construe an investment offer. Content is provided for informational purposes only. Provided as is, without any warranties expressed



Proprietary & Copyright 2024, Michael Chapiro

or implied. The information should be understood as being speculative in nature and no guarantee of correctness or financial outcomes is provided. This document is only for intended recipients.



Proprietary & Copyright 2024, Michael Chapiro