**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

# EXHIBIT F8 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

# GOVERNMENT FORMS

## Contents

GOVERNMENT FORMS . . . . . 3
I. Joint Certification Program — DD Form 2345 . . . . . 3
II. Joint Certification Program Approval Letter . . . . . 5
III. IRS Section 83(b) Election — Michael Chapiro . . . . . 7

# GOVERNMENT FORMS

This exhibit contains contemporaneous government forms concerning Radian Industries Inc. The Joint Certification Program materials document Radian's defense-contracting status, Cleveland physical address, IMU research and development, and Defendant Michael Chapiro's representation that Radian was developing technologies expected to fall under ITAR. The Section 83(b) election records Chapiro's signed statement identifying his Radian equity as 490,000 shares of common stock, partly subject to a vesting/repurchase arrangement.

## I. Joint Certification Program — DD Form 2345

Chapiro executed this DD Form 2345 as Radian's CEO. The form identifies Radian's physical address as 1893 W. 54th St., Cleveland, Ohio; describes Radian as a prime contractor and manufacturer of IMUs engaged in IMU R&D under NAICS 541715; and states: "We are developing technologies that will fall under ITAR." The Joint Certification Program approved the certification on December 9, 2024.

# MILITARILY CRITICAL TECHNICAL DATA AGREEMENT

*For use with the Joint Certification Program*

*(Read the Agency Disclosure Notice and Instructions on the back before completing this form.)*

*OMB No. 0704 0207*
*OMB approval expires 20250731*

**1. TYPE OF SUBMISSION** *(X one)* [X] **a. INITIAL** [ ] **b. REVISION** [ ] **c. RENEWAL**

**2. ENTITY OR INDIVIDUAL DATA** *(Referred to as a 'Certified Contractor' upon approval by the Joint Certification Program Office)*

| | |
|---|---|
| **a. NAME OF ENTITY OR SOLE PROPRIETOR** *(must match CAGE registry)*<br>RADIAN INDUSTRIES INC. | **b. ADDRESS** *(Physical Address of CAGE, including P.O. if applicable)*<br>1893 W 54TH ST CLEVELAND, OH 44102-3256 |
| **c. NAME** *(For Use by UNIVERSITY, COLLEGE, or HIGHER LEARNING INSTITUTION Only)* | |
| **d. CAGE CODE** *(Mandatory)* 01V98 | |

| **3. DATA CUSTODIAN** *(Primary)* | **3.1. DATA CUSTODIAN** *(Alternate)* |
|---|---|
| **a. NAME** *(First, Initial, Last)*: Michael Chapiro | **a. NAME** *(First, Initial, Last)*: |
| **b. TELEPHONE NUMBER** *(Direct line)*: 650-766-8030 | **b. TELEPHONE NUMBER** *(Direct line)*: |
| **c. OFFICIAL TITLE:** CEO | **c. OFFICIAL TITLE:** |
| **d. BUSINESS EMAIL ADDRESS:** michael@radinindustries.com | **d. BUSINESS EMAIL ADDRESS:** |

**4. DESCRIPTION OF RELEVANT BUSINESS ACTIVITY**

1) We are a Prime Contractor
2) We are a prime
3) We are a manufacturer of IMUs
4) IMU R&D related to NAICS 541715
5) We are a manufacturer
6) Currently we do not have CCL or USML
7) We are not registered with DDTC
8) We do not possess an Export License
9) We are developing technologies that will fall under ITAR,
10) We do not require access to any systems
11) No requester at this time

**5. AS A CONDITION OF RECEIVING MILITARY CRITICAL TECHNICAL DATA, THE ENTITY AND/OR INDIVIDUAL CERTIFIES THAT:**

| | |
|---|---|
| a. They acknowledge all responsibilities under applicable U.S. export control laws and regulations (including the obligation, under certain circumstances, to obtain an export license from the U.S. Government prior to the release of military critical technical data within the United States) or applicable Canadian export control laws and regulations, and agree not to disseminate militarily critical technical data in a manner that would violate applicable U.S. or Canadian export control laws and regulations. | d. That the CITIZENSHIP/RESIDENCY STATUS of the individual(s) designated by name in Item 3 above, who will act as custodian(s) of the militarily critical technical data on behalf of the entity, is/are citizen(s) or person(s) admitted lawfully for permanent residence into (X) 1 or (X) 2<br>[X] **1. THE UNITED STATES** [ ] **2. CANADA**<br>Data Custodian(s)'s lawful residency must be in the entity's country of certification. |
| b. The data is required to bid or perform on a contract with any agency of the U.S. Government or the Canadian Government or for other legitimate business activities in which the contractor is engaged or plans to engage as specifically disclosed in item 4. | e. They are not themselves debarred, suspended or otherwise ineligible to perform on U.S. or Canadian Government contracts, and have not violated U.S. or contravened Canadian export control laws and have not had a certification revoked under the provisions of U.S. DoDD 5230.25 or Canada's TDCR. |
| c. They will not provide access to militarily critical technical data to persons other than their employees or eligible persons designated by the certified entity to act on their behalf unless such access is permitted by U.S. DoDD 5230.25, Canada's TDCR or the U.S. or Canadian Government agency that provided the technical data. | f. No person employed by, or eligible persons designated by the certified entity to act on their behalf, who will have access to military critical technical data is disbarred, suspended, or otherwise ineligible to perform on U.S. or Canadian Government contracts or has violated U.S. or contravened Canadian export control laws or has had a certification revoked under the provisions of U.S. DoDD 5230.25 or Canada's TDCR. |

**6. AUTHORIZED ENTITY REPRESENTATIVE CERTIFICATION**

I certify that the information and certifications made by the Data Custodian and myself are true, complete, and accurate to the best of my knowledge and belief and are made in good faith. I understand that a knowing and willful false statement on this form can be punished by fine or imprisonment or both.
*(For U.S. contractors see U.S. Code, Title 18, Section 1001 and for Canadian contractors see the Defense Production Act.)*

| **a. NAME OF INDIVIDUAL** *(First, Middle Initial, Last)* | **b. TITLE** | **c. SIGNATURE** | **d. DATE SIGNED** |
|---|---|---|---|
| Michael, R, Chapiro | CEO | MICHAEL, R, CHAPIRO | 20241014 |

**7. CERTIFICATION ACTION** *(For JCPO Use Only)*

| | | |
|---|---|---|
| [X] **a. CERTIFICATION APPROVED.** This certification number, along with a statement of intended military critical technical data use, must be included with each request for militarily critical technical data. | **b. CERTIFICATION NUMBER**<br>0089790 | **c. EXPIRATION DATE** *(YYYYMMDD)*<br>20291209 |

| **8. DoD OFFICIAL** *(For JCPO Use Only)* | | **9. CANADIAN OFFICIAL** *(For JCPO Use Only)* | |
|---|---|---|---|
| **a. NAME OF U.S. REPRESENTATIVE** *(First, Middle Initial, Last)*<br>Pahl, Sara T | | **a. NAME OF CANADIAN REPRESENTATIVE** *(First, Middle Initial, Last)*<br>Cassidy, Rachel | |
| **b. TITLE** U.S. Representative for U.S. / Canadian Joint Certification Office | | **b. TITLE** Canadian Representative for U.S. / Canadian Joint Certification Office | |
| **c. SIGNATURE** | **d. DATE SIGNED**<br>20241209 | **c. SIGNATURE** | **d. DATE SIGNED**<br>20241209 |

**DD FORM 2345, OCT 2022**

PREVIOUS EDITION IS OBSOLETE.

## <u>II. Joint Certification Program Approval Letter</u>

The Defense Logistics Agency confirmed that Radian’s DD Form 2345 application was accepted and approved, and stated that the certification would remain valid for five years. The approval enabled Radian, subject to the program’s additional requirements, to request unclassified DoD export-controlled militarily critical technical data.

# UNITED STATES / CANADA JOINT CERTIFICATION PROGRAM

**9 December 2024**

**Memorandum for:** Michael Chapiro, RADIAN INDUSTRIES INC., CAGE 01V98

**Subject:** Approved Militarily Critical Technical Data Agreement, DD Form 2345

Your application for Certification under the **United States / Canada Joint Certification Program** (**JCP**) has been **Accepted and Approved**. Along with this approval letter, a copy of the **Approved DD Form 2345** has been attached to your approval email. Your entity's certification number that has been assigned is shown in Block 7b on the attached form. This certification is valid for a five-year period with the expiration date shown in Block 7c. After you receive this letter, please note it could take between 24-72 hours for the various DLA systems to update the permission settings.

All future requests for Unclassified DoD Export Controlled Militarily Critical Technical Data ("Controlled Technical Information" and "Covered Defense Information") or requests for Directly Arranged Visits (DAV) initiated by your facility must be accompanied by a valid copy of your facilities approved DD Form 2345 and a statement of intended data use.

All JCP certified entity's MUST HAVE a current up to date NIST SP 800-171 Assessment documented on the Supplier Performance Risk System (SPRS) website (https://www.sprs.csd.disa.mil/); for instructions see the following:(SPRS Access for NIST SP 800-171 (disa.mil)).

**NOTE:** The Joint Certification Program Office does not provide access to DoD Unclassified Export Controlled Militarily Critical Technical Data; entities must still be registered on the approved sites to log in and access the required information.

To gain access to DoD Unclassified Export Controlled Militarily Critical Technical Data, you must register with the following agencies:
SAM.gov – Contract Opportunities https://sam.gov
Defense Technical Information Center (DTIC) https://discover.dtic.mil/

You must have DLA Enhanced Validation (DEV) for DIBBS access.
DLA Internet Bid Board System (DIBBS) https://www.dibbs.bsm.dla.mil/
Points of Contact for problems with cFolders:
System Issues/Passwords and Resets – DISA Global Service Desk 844-DISA-HLP (844-347-2457)
**Press 5, then speak or enter D-L-A**
Customer Service for Data Issues – 804-279-3477 (DSN 695-3477) or https://www.dibbs.bsm.dla.mil//feedback/

Certified contractors must submit a revised DD Form 2345 whenever information previously furnished becomes outdated, for example, name of the entity (company), new person designated as the Data Custodian, or if there is a change of address information. A fillable PDF version of a blank DD Form 2345 and current instructions for filing out the form are available from the main web page of the JCP website.

Contact the JCP office by email at jcp-admin@dla.mil should you have any questions concerning the Joint Certification Program. The JCP Admin email box is manned by qualified JCP knowledgeable individuals, that will provide answers to any questions and/or concerns regarding the JCP Program; also, please use jcp-admin@dla.mil for all DD Form 2345 submissions and revisions**.**

If you have any other Non-JCP questions, DLA Customer Interaction Center (CIC) is available 24 hours a day, 7 days a week, including government holidays. Toll Free: 1-877-DLA-CALL (1-877-352-2255) or Email: dlacontactcenter@dla.mil

IMPORTANT REMINDER:
A Certified Entity must not provide and/or impart military critical technical data to a Non-Certified Entity.
- This violation may result in revocation of certification and potential legal action against the Entity.

In closing, it is highly recommended that a copy of this approval letter and your approved DD Form 2345 be retained and kept in a safe place for future use.

Respectfully,

U.S./Canada Joint Certification Program Office
Defense Logistics Agency/J34A Logistics Operations

# III. IRS Section 83(b) Election — Michael Chapiro

Chapiro identifies the property subject to the election as "490,000 shares of common stock in Radian Industries, Inc." and states that the shares were partly subject to a vesting/repurchase agreement released quarterly over two years. He signed the form on December 17, 2024, beneath the form's declaration under penalty of perjury that the information supplied was true, correct, complete, and made in good faith.

| Form **15620** (October 2024) | Department of the Treasury - Internal Revenue Service **Section 83(b) Election** | OMB Number 1545-0074 |
|---|---|---|

The undersigned taxpayer hereby elects, pursuant to § 83(b) of the Internal Revenue Code of 1986, as amended, to include in gross income as compensation for services the excess (if any) of the fair market value of the property described below over the amount paid for the property.

1. The taxpayer's name, taxpayer identification number (TIN), and address:

| Taxpayer's name | Taxpayer's TIN |
|---|---|
| Michael Chapiro | [redacted] |

Address *(number and street)*
300 Lenora St

| City | State or province | ZIP or postal code | Country |
|---|---|---|---|
| Seattle | WA | 98121 | USA |

2. The property which is the subject of this election is *(describe property and quantity below)*
490,000 shares of common stock in Radian Industries, Inc.

3. The date the property was transferred
11/30/24

4. Taxable year for which the election is being made *(taxable year that includes the date the property was transferred as reported in Box 3)*
2024

5. The property is subject to the following restrictions *(describe applicable restrictions below)*
Partly subject to a vesting/repurchase agreement that vests / is released on a quarterly basis over the course of 2 years.

6. The total fair market value of the property at the time of transfer is

| a. Value per item | | b. Quantity | | c. Total fair market value |
|---|---|---|---|---|
| $0.001 | x | 490,000 | = | $490 |

7. For the property transferred, the taxpayer paid a total of

| a. Price paid per item | | b. Quantity | | c. Total price paid |
|---|---|---|---|---|
| $0.001 | x | 490,000 | = | $490 |

8. The amount to include in gross income for the taxable year is *(the result of the amount reported in Box 6(c) minus the amount reported in Box 7(c))*
$490

9. Name, TIN, and address of the person for whom the taxpayer is providing services in connection with the transfer of property:

| Name | TIN |
|---|---|
| Radian Industries Inc. | 99-4658772 |

Address *(number and street)*
30 N Gould St STE R

| City | State or province | ZIP or postal code | Country |
|---|---|---|---|
| Sheridan | WY | 82801 | USA |

The undersigned taxpayer is the person performing the services in connection with which the property was transferred. The taxpayer will file this election with the Internal Revenue Service office with which taxpayer files his or her annual income tax return not later than 30 days after the date of transfer of the property. A copy of the election also will be furnished to (i) the person for whom the services were performed and (ii) the transferee of the property if the taxpayer and the transferee of the property are not the same person. Under penalty of perjury, the undersigned taxpayer declares that, to the best of undersigned taxpayer's knowledge and belief, the information entered on this Form 15620 is true, correct, complete, and made in good faith.

| Taxpayer signature | Date signed |
|---|---|
| [signature] | 12/17/24 |

Catalog Number 95376D www.irs.gov Form **15620** (10-2024)