**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport, and<br>Radian Industries Inc.,<br><br>*Plaintiffs*,<br><br>v.<br><br>Michael Chapiro,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

**EXHIBIT F9 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

# VACUUSTAT EMAIL

Gmail **Nathan Rapport <n.rapport@gmail.com>**

## Vacuum Balloons

**Michael Chapiro** <michael@machcap.com> Tue, Sep 8, 2026 at 5:08 AM
To: Nathan Rapport <n.rapport@gmail.com>

We're selling the first 15 units from a production facility in Poland now; then they will want hundreds. Will help quite a bit on drone detection. I imagine you might be able to build them too in the US now that AI makes it so much easier to design mechanical systems? Would be great to see!