**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Nathan Rapport and<br>Radian Industries Inc.,<br>*Plaintiffs,*<br><br>*v.*<br><br>Michael Chapiro,<br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-02071-CEF<br><br>Judge Charles E. Fleming |

**EXHIBIT F10 TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

Michael W. Vary, Ohio Reg. 33,789
Counsel for Plaintiffs
17710 Westview Drive
Bainbridge, Ohio 44023
vary.michael@gmail.com
216-496-3429

**DECLARATION OF MICHAEL W. VARY IN SUPPORT OF ATTORNEY'S FEES**

I, Michael W. Vary, declare as follows:

1. I am counsel for Plaintiffs in this action. I was admitted to practice law in Illinois in 1982 and Ohio in 1985 and have extensive experience in intellectual-property disputes and federal litigation.

2. In 2019, I was appointed special master in *ASK Chemicals LLC v. Novis Works, LLC*, No. 5:19-cv-01585-BYP (N.D. Ohio), and billed the parties at an hourly rate of $750. I request the same rate for my services in this action.

3. Attorney's fees billed or incurred in this litigation through September 2026 total $70,012.50. The estimated 217.5 compensable hours at the proposed $750 hourly rate yield an interim lodestar of $163,125, subject to verification against my time records and supplementation for subsequent work.

4. Additional fees continue to accrue. The final fee request will reflect updated time records and credit any fees previously awarded.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 11/02/2026

Signature:

Michael W. Vary

Michael W. Vary