# **Certificate of Service**

The undersigned hereby certifies that on November 2, 2026, I caused a true and correct copy of Plaintiffs' Supplemental Memorandum in Support of Motion for Default Judgment along with all of its Exhibits, to be served on Defendant Michael Chapiro by electronic mail at *Michael@Machcap.com*.

/s/ Michael W. Vary
Michael W. Vary